DEFENDANT: CLARA M. MUELLER

DOB:        1950

ADDRESS:
            Colorado Springs, CO 80920


COMPLAINT FILED?        _____ YES  X  NO


OFFENSE:  **Count 1:**        18 U.S.C. § 286 - Conspiracy to File False Claims for Refund

          **Count 13:**       18 U.S.C. § 287 – False Claim for Refund (Form 1099-OID)

          **Count 14:**       18 U.S.C. § 371 – Conspiracy to Corruptly Endeavor to Obstruct or Impede the Due Administration of the Internal Revenue Laws

          **Count 18:**       26 U.S.C. § 7212(a) and 18 U.S.C. § 2 – Corrupt Endeavor to Obstruct or Impede the Due Administration of the Internal Revenue Laws and Aiding and Abetting

LOCATION OF OFFENSE:    El Paso County, Colorado

PENALTY:  **Count 1:**        NMT 10 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment

          **Count 13:**       NMT 5 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment

          **Count 14:**       NMT 5 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment

          **Count 18:**       NMT 3 years imprisonment; NMT $5,000 fine, or both; NMT 1 year supervised release; and $100 Special Assessment

AGENT:          Special Agent Adam Rutkowski, IRS CI
                Special Agent Klaton Knabb, TIGTA

AUTHORIZED BY:  Matthew T. Kirsch, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:
_____ five days or less
___X__ over five days
_____ other


THE GOVERNMENT
_____ will seek detention in this case
___X__ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:    _____        Yes        __X__  No