AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>JOHN J. PAWELSKI<br>*Defendant* | )<br>)<br>) Case No. 13-cr-00392-CMA<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JOHN J. PAWELSKI ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 286 - Conspiracy to File False Claims for Refund
18 U.S.C. § 287 - False Claim for Refund (Form 1099-OID)
18 U.S.C. § 371 - Conspiracy to Corruptly Endeavor to Obstruct or Impede the Due Administration of the Internal Revenue
            Laws
26 U.S.C. §7212(a) - Endeavor to Obstruct or Impede the Due Administration of the Internal Revenue Laws
18 U.S.C. § 2 - Aiding and Abetting

Date: 09/23/2013                                                s/D. Kalsow, Deputy Clerk
                                                              *Issuing officer's signature*

City and state:   Denver, Colorado                             Jeffrey P. Colwell, Clerk of Court
                                                              *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____                                                _____<br>                                                                                    *Arresting officer's signature*<br><br>                                                                                    _____<br>                                                                                    *Printed name and title* |

AO 442  (Rev. 01/09)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                                                 Weight:

Sex:                                                                    Race:

Hair:                                                                   Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: