PS 40  (Rev. 09/10) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

TO:  United States Department of State
Office of Passport Services
Legal Affairs Division
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, DC 20037

FROM:  United States District Court
District of Colorado
901 19th Street, Room A105
Denver, CO  80294

☒ Original Notice
Date: 10/7/13
By: [signature]

☐ Notice of Disposition
Date: _____
By: _____

Defendant: Mimi M. Vigil
Date of Birth: 1951
SSN: _____

Case Number: 13-CR-392-CMA-3
Place of Birth: Colorado

Notice of Court Order (Order Date: 10/2/13)

☐ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☒ The above-named defendant surrendered passport number 220470880 and/or passport card number _____ to the custody of the U.S. District Court on 10/7/13.

## NOTICE OF DISPOSITION

The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant (or representative)
Clerk of Court