AO 442 (Rev. 01/09) Arrest Warrant

39967-013

# UNITED STATES DISTRICT COURT
### for the
### District of Colorado

United States of America
v.

MIMI M. VIGIL

Defendant

Case No.   13-cr-00392-CMA

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2013 OCT -7  AM 8:42
JEFFREY P. COLWELL
CLERK
____ DEP. CLK

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   MIMI M. VIGIL
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 286 - Conspiracy to File False Claims for Refund
18 U.S.C. § 287 - False Claim for Refund (Form 1099-OID)
18 U.S.C. § 371 - Conspiracy to Corruptly Endeavor to Obstruct or Impede the Due Administration of the Internal Revenue Laws
26 U.S.C. §7212(a) - Endeavor to Obstruct or Impede the Due Administration of the Internal Revenue Laws
18 U.S.C. § 2 - Aiding and Abetting

Date:  09/23/2013

s/D. Kalsow, Deputy Clerk
*Issuing officer's signature*

City and state:   Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* 9/26/2013, and the person was arrested on *(date)* 10/2/2013
at *(city and state)* Colorado Springs, CO

Date:  10/2/2013

[signature]
*Arresting officer's signature*

KEATON KNABB SPECIAL AGENT
*Printed name and title*