IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 13-cr-00392-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

3.     MIMI M. VIGIL,

        Defendant.

---

**NOTICE OF APPEARANCE AS COURT-APPOINTED COUNSEL
ON BEHALF OF MIMI M. VIGIL**

---

COMES NOW the law office of John S. Tatum, P.C., and its associate, John S. Tatum, Esq., and hereby enters its appearance as court-appointed counsel of record for the above-named Defendant Mimi M. Vigil pursuant to court appointment under CJA.

Respectfully submitted this 8th day of October, 2013.

    Respectfully submitted,

    JOHN S. TATUM, P.C.

    s/ John S. Tatum
    John S. Tatum
    12351 East Cornell Avenue
    Aurora, Colorado  80014
    Telephone: (303) 750-6888
    Facsimile: (303) 750-8279
    Email:  john@johntatumlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of October, 2013, a true and correct copy of the foregoing *Notice of Appearance as Court-Appointed Counsel on Behalf of Mimi M. Vigil* was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Matthew T. Kirsch, Esq.
Assistant United States Attorney
Email:  matthew.kirsch@usdoj.gov

s/ Mary Unrein