IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 13-cr-00392-CMA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. George Thomas Brokaw,
2. John J. Pawelski,
3. **Mimi M. Vigil**, and
4. Clara M. Mueller,

       Defendants.

---

**DEFENDANT MIMI M. VIGIL'S MEMORANDUM OF LAW AND FACTUAL SUBMISSION IN SUPPORT OF MOTION FOR SEVERANCE OF DEFENDANTS AND RELIEF FROM PREJUDICIAL JOINDER (DOC. #143)**

---

Defendant Mimi M. Vigil, by Counsel, the law office of John S. Tatum, P.C., respectfully supplements her previously filed *Motion for Severance of Defendants and Relief from Prejudicial Joinder* (Doc. #143) and states as follows:

1. Ms. Vigil is charged in a multi-count Indictment with offenses sounding in the nature of filing false claims for tax refunds and obstructing the Internal Revenue Service and with conspiracies to commit said offenses. See, *Superseding Indictment*, Counts 1, 12, 14 & 17 (Doc. #53, filed 10/21/13).

2. From review of the Indictment and the discovery provided to date, it appears that the evidence regarding Defendant Vigil's involvement in this case is substantially less than that of Mr. Brokaw or Mr. Pawelski. Further, it is apparent that Ms. Vigil's defense is drastically antagonistic to the defenses of Mssrs. Brokaw and Pawelski. Accordingly, Defendant Vigil will be

significantly prejudiced if she is required to stand trial with these named defendants. Ms. Vigil is not seeking a separate trial from Co-Defendant Clara Mueller as the issues raised herein are not applicable to Ms. Mueller.

## FACTUAL CIRCUMSTANCES WARRANTING SEVERANCE OF MS. VIGIL FROM DEFENDANTS BROKAW AND PAWELSKI

The Government has alleged that Ms. Vigil was involved with Co-Defendants Brokaw, Pawelski and Mueller in two separate, but related, conspiracies. Both conspiracies deal with Ms. Vigil's involvement with efforts to avoid payment of Federal income taxes.

One alleged conspiracy (Count 1, Superseding Indictment, Doc. #53) involves a scheme to obtain tax refunds by the filing of documents known as 1099OID's with the Internal Revenue Service (IRS) claiming exorbitant dollar figures are owed in refunds to taxpayers who are somehow entitled to get money back from the Government for loans the taxpayer previously had taken out for the purchase of real estate, car purchases, and other consumer credit accounts. According to the Superseding Indictment (Doc. #53, Para. 6 – 7), Ms. Vigil filed a claim for refund in the amount of $372,000.00 for tax year 2005. According to discovery provided to date, Ms. Vigil's 2005 reported taxable income was less than $25,000.00 per year. When a taxpayer reports a very modest income, one might wonder (as the IRS apparently did), "How in the world could the taxpayer seek a refund approaching nearly half a million dollars?" Defense counsel has spent a number of hours over the past several months trying to figure that out – frankly, without much success.

2

However, it turns out that counsel's inability to solve the riddle is not for the want of available information and purveyors of same on the subject. In fact, if the *Superseding Indictment* and discovery provided to date are any indication, Co-defendants Brokaw and Pawelski are experts on the subject. According to the Government's allegations, between 2004 and 2007, Mr. Pawelski made 1099OID claims for refunds totaling over twenty million dollars (Doc. #53, Para 6 – 7). Although Mr. Brokaw is alleged to have claimed only about $355,000.00 in refunds between 2003 and 2008, according to evidence provided in discovery, he has solicited his Trust Clients to involve themselves in the 1099OID refund process and similar schemes. See, for example, Exhibit A, *MOI of Kevin Tebedo*, dtd. 11-22-11, Bates #00002564. Mr. Brokaw and Mr. Pawelski were also involved in instructing a Government undercover agent and others in how to somehow separate themselves from jurisdiction of the IRS and other governmental agencies.

Mr. Pawelski has also seen fit to provide the Court with something of a "treatise" on the topic of 1099OID theory by way of his *DEFENDANT'S MOTION TO DISMISS INDICTMENT WITH PREJUDICE BASED ON SUPPORTING MEMORANDUM OF LAW RELATED TO l0990IDS (ORIGINAL ISSUE DISCOUNTS)*, Doc. #103, filed 2/26/14. According to Mr. Pawelski, any citizen can claim a refund on his/her taxes because when we are born, our birth certificate becomes some kind of registered security representing our life-long labor in admiralty/maritime law (Para. 15), thus creating some kind of trust agreement with the Attorney General (Para. 16), which in turn creates some kind of accounts/bonds, the account numbers of which are recorded on the reverse of our Social Security Card (Para. 18), which we may somehow redeem using the 1099OID process (Para. 22 and elsewhere) to obtain refunds due to us later

3

on in life. Somehow this process also interrelates to the Federal Reserve banking system such that (according to Mr. Pawelski):

> 39. For example, when a party of The Source seeks the assistance of a Federal Reserve chartered Bank for a "loan" what is really happening is the applicant is seeking a draw/draft from his own fungible trust funds to use to acquire a product/service.
>
> 40. The method of redemption of The Source's future interest is the filing of IRS Form 10990ID. This shows what was expended by The Source that is being redeemed.

Say, what???  All of this is, of course, cast in the setting of a Federal Government which is devoid of the power to tax all but a select few federal employees and folks unfortunate enough to reside in federal territories, a taxing scheme administered by a fraudulent IRS which is in reality a Puerto Rican Corporation, and a judiciary so inept that only one wise Utah Supreme Court Justice has been able to divine that the Civil War is not over and *Amendment 14, Constitution of the United States* is invalid and void.  See, *Dyett v. Turner*, 439 P2d 266 (1968).  The net result appears to be (according to Defendants Brokaw and Pawelski) that the 1099OID processes they advance are perfectly legal and the Government is perniciously prosecuting these poor gentlemen.[1]

This is not to say that Defendants Brokaw and Pawelski are the only experts on the topic of 1099OID submissions.  In fact, the evidence in this case will show that an "accountant" by the name of Curtis Morris was instrumental in the current plight of Ms.

---

[1] See, for example, Defendant Brokaw's *Wish For Declaratory Judgment* (Doc. #94), filed 2/18/14, at p. 4 of 15:  "These court officers, being public officials and having fiduciary duties to the trust, have willfully and fraudulently come before this court to mislead this court to believe that the party in question is lost or is deceased while the living soul of the living man or woman has now received injuries and is entitled to damages when both of these court officers failed to notify the judge that the real party of interest is alive and stands before this court as a living man."  Undersigned counsel for Ms. Vigil has no idea what Mr. Brokaw is asserting here, but we doubt it is a cognizable legal theory.  Undersigned counsel rejects assertions of fraudulent conduct on the part of Government Counsel in this case.

4

Vigil regarding the 1099OID. It was Mr. Morris who advised Ms. Vigil and who prepared the tax return which forms the basis for Counts 1 and 12 of the *Superseding Indictment*. Upon information and belief, Curtis Morris is the unindicted co-conspirator identified as "C.M." in at least Paragraphs 8 and 9 of the *Superseding Indictment*. While not specified in the *Superseding Indictment*, the evidence will show that in addition to providing tax advice and preparing tax returns, Curtis Morris actually conducted seminars on the propriety of filing 1099OID claims for refunds and that Ms. Vigil was a participant in those educational seminars. See, for example, Exhibit B, E-mail correspondence from Curtis Morris to seminar participants dated November 25, 2008. We do know for certain that Curtis Morris was convicted of criminal tax charges in the case known as, *United States v. Morris*, et. al., Case No. 10-cr-00317-REB, before the Honorable Robert Blackburn, and he is now serving a lengthy sentence in the Bureau of Prisons for having misled numerous clients into filing fraudulent tax returns - a significant component of which included the 1099OID process. Either through Mr. Morris, Mr. Pawelski, Mr. Brokaw or in combination with their associates, in approximately November or December, 2008 (or a few weeks before she filed the suspect tax return), Ms. Vigil was provided a copy of a document titled: *A "RELATIVELY" BRIEF HISTORY OF HOW ORIGINAL ISSUE DISCOUNT (OID) CAME TO BE AND WHY IT MUST RETURN TO THE SOURCE (Y. O.U.)*, dtd. 10/25/08. This document, copy attached as Exhibit C, lays out in official and authoritative sounding language, why the 1099OID process is apparently legitimate. Ms. Vigil, as many others before and after her, was sucked into believing in this nonsense and as a result finds herself charged with serious tax charges.

If all that were not enough, as a late night TV infomercial might say, "But wait, there's more!" We are only now getting to the second alleged conspiracy (*Superseding Indictment*, Doc. 53, Count 14). Here, the Defendants are charged with conspiring to corruptly endeavor to obstruct and impede the due administration of the Internal Revenue laws by attempting to thwart the legitimate collection of taxes owed to the IRS by them and others and to reduce their tax liability and the tax liability of others to the IRS, all in violation of Title 26, United States Code, Section 7212(a). The Government more specifically alleges the defendants "submitted and caused to be filed or submitted to the IRS a variety of false, fraudulent, or illegitimate documents which purported to constitute payments of taxes owed to the IRS. These documents included 'Private Registered Bonds for Setoff,' 'Private Registered Indemnity Bonds,' 'Registered Private Offset and Discharge Bonds,' and Registered Bonded Promissory Notes.' The defendants also used other similar documents for this purpose, including IRS documents on which they added handwritten text such as 'money order' or 'accepted for value,' as well as purported electronic funds transfer (EFT) instruments drawn on closed bank accounts." *Superseding Indictment*, p. 9, para. 21.

Ms. Vigil is alleged to have submitted offset type bonds on four occasions in 2009 on her own behalf. *Superseding Indictment*, pp. 10 - 11, paras. 27 – 30. The amounts of these bonds were $100 billion, $300 million, $300 million, and $100 billion respectively. Considering again that according to discovery provided to date, Ms. Vigil is a taxpayer with income averaging below $25,000 per year, and the filing of offsets against her tax liability approximating two and a half billion dollars would be at least slight overkill, the question is begged: Why?

And, again, we need not look far beyond the confines of this prosecution to find the answer: Co-defendants Brokaw and Pawelski, accountant Curtis Morris and the "real" government of the United States – a.k.a. the Republic Of The United States. Upon information and belief and based upon information provided in discovery to date, Mr. Pawelski is or was the Colorado Representative of the Republic Of The United States (see, Exhibit D, Pawelski E-mail to Vigil, et. al., dtd. 10/27/10). It further appears that Mr. Pawelski is or was a "Colorado Republic" Senator and Mr. Brokaw is or was a "Colorado Republic" Representative (see, Exhibit E, listing of Colorado Republic Officers). In addition to spreading propaganda about the fraudulent nature of the illegitimate federal government, these agents of the so-called "Republic" held educational seminars and spread disinformation in the form of instructional materials, explaining step by step how to file the very offset bonds which form the basis of the Counts against Ms. Vigil in the *Superseding Indictment*. See, Exhibit F, Excerpts & Section 3, *Freedom Documents*. Due to the voluminous nature of the seminar materials, we excerpted portions relating to how to fill out forms for the filing of the offset bonds, etc., relevant to the obstruction related charges in the *Superseding Indictment* for illustrative purposes. At trial, the actual bonds and notes filed by Defendant Vigil will, in almost all respects, mirror the sample forms contained in the seminar materials with the addition of her personal information in the fill-in-the-blank sections.

We know that Mr. Pawelski and Mr. Brokaw taught people like Ms. Vigil and Ms. Mueller how to separate themselves from the status of taxpayer and jurisdiction of the federal government because they did the same thing with undercover agents in this very prosecution. For example on July 7, 2011, after exchanging telephone calls and e-mail correspondence, Mssrs. Brokaw and Pawelski provided such counseling and instruction

7

to an undercover agent and another person as documented in an official investigative report and provided to the defense in discovery at Bates No. 00003108 (which is not attached for potential security issues), but is excerpted from as follows:

> Based upon surveillance conducted of the meeting, RuSA members GEORGE THOMAS BROKAW, JOHN JOSEPH PAWELSKI, GORDON REEVES, ARTHUR KIMBREL, and LINDA BOSSERMAN attended the meeting.
>
> BROKAW and PAWELSKI instructed the UCA and BOSSERMAN on how to complete their "Freedom Documents ".

This excerpt is only one example, and the discovery contains a number of references as well as the actual audio and video files documenting the various instructional sessions Mssrs. Brokaw and Pawelski had with the undercover agent and others. Other such meeting attendees reported to the undercover agent that Mr. Brokaw had also taught them how to prepare and file their tax avoidance documents. In addition, provided discovery contains copies of various surveillance and communications monitoring requests by the case investigators to higher authorities. In a request dated 3/25/11 and memorialized at Bates No. 00001857, agents describe Mr. Brokaw thus:

> BROKAW is currently a leader in the anti-government group known as the Republic of Colorado. The local group is associated with the Republic for the united States of America (RuSA), which evolved from the Guardians of the Free Republics (GFR), and previously it was known as the Restore America Plan (RAP). The interim President of RuSA is JAMES TIMOTHY TURNER from Ozark, Alabama. BROKAW is the Foreman of the RuSA "de jure" Colorado Grand Jury and the interim Representative for the Republic of Colorado.

Accordingly, none of the depth of involvement of Mssrs. Brokaw and Pawelski will come as a surprise to the Government because their activities have been known and

8

monitored for years. It is inconceivable that if Mssrs. Brokaw and Pawelski should be convicted after a trial that the Government would not advance in their sentencing argument that these gentlemen were not organizers and leaders of the conspiracy.

As recently as April 7, 2014, Co-Defendant Brokaw has filed pleadings with this Court persisting in debunked legal theories including, but not limited to: The Government has indicted some property interest, to wit: "GEORGE THOMAS BROKAW" with the name in capital letters and not himself, "a man with a soul" and therefore this Court has no jurisdiction; all the matters pertaining to this Indictment are civil in nature and not criminal; and, through some reasoning that the undersigned as a lawyer with thirty years' experience cannot begin to decipher, this Court would have to assume the role of a military tribunal presiding over the trial of an alien combatant (or something like that) to hear this action. See, Doc. #148, Brokaw's *Wish For Dismissal* and Doc. #149, Brokaw's *Counterclaim-2nd Notice*, filed April 7, 2014.

Counsel for defendant Vigil has no animas toward Defendants Brokaw and Pawelski. We have met these gentlemen and they seem like nice people. However, we have a responsibility to our client to protect her from actions by any party that in our judgment will adversely affect her rights to a fair trial – whether that be the Government or a co-defendant. The posture of this case as we approach trial is such that Counsel for Ms. Vigil will have no choice but to not only disavow the agendas of unindicted co-conspirator Curtis Morris, Co-Defendants Brokaw and Pawelski, and any affiliates of the Republic of the United States, but also to affirmatively point out the destructive nature of those agendas upon Ms. Vigil.

Again, by way of example and not limitation, we need look no further than Paragraph 29 of the Superseding Indictment (Doc. #53) to observe how the antagonistic

nature of the anticipated defenses will play out at trial.  The Government alleges therein that:  "Vigil signed and submitted or caused to be submitted to Timothy Geithner, Secretary of the Treasury, a document entitled "Registered Private Offset and Discharge Bond" in the amount of $300 Million."    At page 000020 of Exhibit F to this Motion, the Court will see a pro forma "Registered Private Offset and Discharge Bond" with the addressee of Treasury Secretary Timothy Geithner in the precise amount of $300 Million.  This document is part of the "freedom document" package found during the search of Ms. Vigil's home and promoted by Defendants Brokaw and Pawelski and others as legitimate methods for dealing with tax issues with the IRS.  Ms. Vigil's counsel must point out the leadership and organizational roles played in these activities by Mssrs. Brokaw and Pawelski at trial.  They, in turn, will feel the need to respond, if not retaliate.  The prejudicial impact of quarrelling defendants at trial cannot be understated and is not something that may be glossed over in the name of prosecutorial expediency.

**LEGAL ARGUMENT AND AUTHORITY FOR SEVERANCE
DUE TO ANTAGONISTIC DEFENSES**

Ms. Vigil intends to argue at trial that she lacked the requisite mental state for completion of the alleged crimes; rather, she acted in good faith.  Ms. Vigil will present evidence and seek a corresponding instruction on the issue of good faith similar to the instruction given by the Honorable Robert Blackburn in *United States v. Morris*, et. al., Case No. 10-cr-00317-REB (See, Exhibit G, Instruction No. 22, at Doc. #514, *U.S.A. v. Morris*, filed 4/30/12).  Ms. Vigil may further seek an instruction similar to that utilized by

the 7th Circuit Court of Appeals as may be relevant and reprinted here for illustration and convenience only:

> 26 U.S.C. § 7212   Good Faith
>
> If the defendant believes in good faith that he is acting within the law or that his actions comply with the law, he cannot be said to have acted [corruptly, or] with the purpose to obtain an unlawful benefit for himself or someone else. This is so even if the defendant's belief was not objectively reasonable. However, you may consider the reasonableness of the defendant's belief together with all the other evidence to determine whether the defendant held the belief in good faith.
>
> Committee Comment:
>
> See *Cheek v. United States*, 498 U.S. 192, 202, 204–06 (1991); *United States v. Becker*, 965 F.2d 383, 388 (7th Cir. 1992).

Ms. Vigil's defense theory will necessarily be inconsistent with and antagonistic to the anticipated defenses of Mssrs. Brokaw and Pawelski as we will contend that they are among the purveyors of nonsensical legal theories that resulted in Ms. Vigil being caught up in the current Indictment and alleged conspiracies.  So far as we can ascertain, these gentlemen will persist in the theories advanced thus far in their Motions.  This is not simply speculation on the part of defense counsel.  We ask the Court to take judicial notice that Mssrs. Brokaw and Pawelski were appointed learned and capable defense counsel pursuant to the Criminal Justice Act to defend them in this case.  Further, both filed motions to proceed *pro se* and abandoned their attorneys at least in part because their attorneys would not litigate the very nonsensical theories that they seek to advance on their own initiative.  These *pro se* strategies of Mssrs. Pawelski and Brokaw have compounded the risk of a meltdown in trial. In other words, prejudice to Ms. Vigil's right to a fair trial is real – not simply imagined.

The analysis of a Rule 14 motion requires a federal district court to engage in a three-step inquiry when considering a motion for severance:

(1) It must determine whether the defenses presented are so antagonistic that they are mutually exclusive;

(2) Because "mutually antagonistic defenses are not prejudicial *per se*," a defendant must further show a serious risk that a joint trial would compromise a specific trial right or prevent the jury from making a reliable judgment about guilt or innocence;

(3) If the first two factors are met, the trial court exercises its discretion and weighs the prejudice to a particular defendant caused by joinder against the obviously important considerations of economy and expedition in judicial administration. *U.S. v. Pursley*, 474 F.3d 757, 765 (10th Cir. 2007) (quotations omitted) (citations omitted).

Defenses are mutually antagonistic if "the conflict between codefendants' defenses [is] such that the jury, in order to believe the core of one defense, must necessarily disbelieve the core of the other." *U.S. v. Linn*, 31 F.3d 987, 992 (10th Cir. 1994). "The conflict between co-defendants must be so intense that there is a danger the jury will unjustifiably infer from the conflict alone that both defendants are guilty. *U.S. v. Peveto*, 881 F.2d 844, 857 (10th Cir. 1989). This can be accomplished by showing that the guilt of one defendant tends to establish the innocence of the other. *Id.*

This is precisely the nature of conflict between anticipated defenses that exists in this case. It is incumbent upon counsel for Ms. Vigil to demonstrate that she believed she acted in good faith because persons she knew and trusted (Accountant Morris, friends and associates Brokaw and Pawelski) led her to believe that these were legitimate tax practices. Morris was an accountant with many clients. Brokaw and Pawelski attended seminars given around the country by persons represented to be credible and returned to host meetings and train friends and associates with mountains of legally appearing forms and documentation referring to the Constitution, statutes and

12

judicial decisions – all the while professing the accuracy of their views to people with emotional or financial issues.  It is further incumbent upon Ms. Vigil's counsel to point out to the jury in no uncertain terms that Mssrs. Brokaw and Pawelski were purveyors of garbage in order to advance their own political agendas and that she was duped by these people she trusted as was Co-defendant Clara Mueller.  Our defenses could not be more antagonistic and the prejudice to Ms. Vigil's right to a fair trial could not be more evident.

WHEREFORE, Defendant Mimi Vigil requests that her trial be severed from Co-defendants George Thomas Brokaw and John J. Pawelski and for such other and further relief as the Court deems fit in the premises.

Respectfully submitted this 8th day of April, 2014.

Respectfully submitted,

JOHN S. TATUM, P.C.

s/ John S. Tatum
John S. Tatum
Attorney for Mimi Vigil
12351 East Cornell Avenue
Aurora, Colorado  80014
Telephone: (303) 750-6888
Facsimile: (303) 750-8279
Email:  john@johntatumlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this 8th day of April, 2014, a true and correct copy of the foregoing *DEFENDANT MIMI M. VIGIL'S MEMORANDUM OF LAW AND FACTUAL SUBMISSION IN SUPPORT OF MOTION FOR SEVERANCE OF DEFENDANTS AND RELIEF FROM PREJUDICIAL JOINDER (DOC. #143)* was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Matthew T. Kirsch, Esq.
Assistant United States Attorney
Email: matthew.kirsch@usdoj.gov

Miller Leonard, Esq.
Attorney for Clara Mueller
E-mail: miller@themillerleonardlawfirm.com

And via United States Mail, postage pre-paid, and via e-mail to the following:

George Thomas Brokaw, Pro Se
2260 Palm Drive
Colorado Springs, Colorado   80918
E-mail: tombrokaw33@msn.com


John Pawelski, Pro Se
6432 Rockville Drive
Colorado Springs, Colorado  80923
E-mail: johnski9999@gmail.com

                                                                                           s/ Mary Unrein