# A "Relatively" Brief History of
## How Original Issue Discount (OID) Came to Be
## and Why It Must Return to the Source (Y.O.U.)

Remember those great old Western movies we watched as kids where the robbers thundered on horseback after the railroads and the stage coaches looking to steal the gold? That's what happened here in this country. The robbers stole the gold, the substance behind our money. In cahoots, were the international bankers, the politicians, and the power brokers behind the curtains, all of whom conspired for their own greater good. What you are about to read is the history that preceded this credit debacle that as Americans, we are seemingly in. Some say the light at the end of the tunnel is an on-going train. By the time you finish reading, maybe you will see how it is the light of hope.

### Preface

In 1870, the Supreme Court case of Knox v. Lee decided that the government could issue "legal tender" not backed by gold and silver, thus paving the way for the Federal Reserve Act of 1913 and the "confiscation" of gold in 1933. The Supreme Court was acting as a Court of Equity, which operates under different rules than a common law court. The presumption in a court of equity is that the government is sovereign, owning everything, and that the defendant and the plaintiff are US citizens. As citizens and whether as the defendant or the plaintiff, we are viewed as debtors to the "sovereign" government. The court that adjudicates actions between two debtors in the US is an admiralty court which operates under equity rules. Given this presumption, it is perfectly valid for the court to make decisions regarding who owes who what debt. The court believes it is right and fitting for it to tell the parties what the sovereign (government) wants done with the assets that they (the plaintiff and defendant) use. The argument presented by Attorney General Akerman reflects this attitude of sovereignty resting with the government. You probably thought that the "people" held the sovereignty, but the government wants you think differently! Akerman suggests why the national government should be able to issue paper currency that is not backed by gold.

> Congress ... to exercise a power conferred by the Constitution, [then] the means which it selects are constitutional, whatever may be the opinion of the court of its practical wisdom, because the decision, whether practically conducive to the end proposed, is a political and administrative question, and not a judicial one ... If the government needed gold, and it was in the possession of A, it could take it from him, as they could take his personal service, against his will, or could batter down his house, if it stood in the way of military operations. [Much of what is done that seems to violate the Constitution is done under the "law of necessity" which derives its authority from military or martial law. This case was after the Civil War had concluded, but the Attorney General is arguing as if the war was still being fought.] If A had said, "I owe this gold to B, and am on my way to pay him my debt," the officers of the government could accompany him to his creditor, and when the payment was made, seize it from him. What difference does it make whether it was the form in which it was done, or whether it was taken from A, and there was furnished him certifies that the money belonged to B, and intended for him, was taken by the government, which would he responsible to B for its payment? [Attorney General Akerman; Knox v. Lee, 79 U.S. 457 (1870)]

Akerman is suggesting that since the government has the right to take the gold, it doesn't matter if it is taken from person "A", the debtor, or if it is taken from person "B", the creditor. Akerman's presumption is that the government has the right to the gold. If the government does have the right to the gold, then they can just give "A" a piece of paper, a certificate or legal tender, that "A" can give to "B". Ackerman suggests there is no difference. If the government took the gold and other substance based money, then the government would be responsible for all debts because they took the substance based money out of

EXHIBIT C - 000001                                    SW SHADY-00001241

circulation. Then, the government gives a certificate in its place. Since the government removed the ability of the people to pay, the government is responsible for the debt. If the government took the gold out of circulation, it would be responsible for all debts because the government is the only one with the ability to pay. No one else has anything of substance with which to pay. You have heard it said, "He who has the gold makes the rules." But it can also be said, "He who has the gold pays."

> But it has been claimed to be a proper regulation of commerce, for Congress to provide a uniform national currency; and that these legal tender notes were, in effect, a mortgage on the whole property of the nation [This is very similar to what was said during testimony on the emergency banking legislation passed on March 9, 1933. See the quote below.] and therefore, the best secured and most uniform currency the nation could have. Although, in truth, the security for this or any national debt is exactly the extent to which the people will consent to contribute through taxation to its payment. [Knox v. Lee, 12 Wall. 287,298, (1870)]

The Knox v. Lee case set the stage for the events in 1913 when the Federal Reserve Act was passed and in 1933 when the country was taken off the gold standard and all of the property of the citizens (including title to the citizens themselves) was made the security for the US Bankruptcy.

EXHIBIT C - 000002

SW SHADY-00001242

## PART ONE: CREATION OF THE FEDERAL RESERVE BANK

This drama began its real escalation with the creation of the Federal Reserve Bank in 1913. Much has been written about how the Federal Reserve Bank came to be. It is well known to be a privately owned bank and that the owners represent the wealthiest banking families from Europe and America. As fascinating as that story is, there is not room here to recount it, so let's dive in to the subject at hand.

On September 18, 1913, the House version of the Federal Reserve Act passed by a vote of 287 to 85. On December 19, 1913, the Senate version of the bill passed by a vote of 54-34. But there were over 40 differences between the bills. The opponents to the bill in both chambers were lead to believe that no further action would occur until after the Christmas break, so they did not organize. As Congressmen prepared to leave Washington, supporters of the bill quickly took advantage of the situation. In a single day, all the disputes about the bill were ironed out in conference committee and the bill was brought to a vote. The bill was passed on December 22, 1913, in the House by 282-60 and the Senate 43-23. Some of the bills most vocal critics had already left Washington. Even though, it was a longstanding political courtesy that important legislation would not be acted upon during the week before Christmas, President Wilson signed the measure into law the very next day, December 23, 1913. To this day, historians refer to this time as the Christmas Massacre.

> "An Act to provide for the establishment of Federal reserve banks, to furnish an elastic currency, to afford a means of rediscounting commercial paper, to establish a more effective supervision of banking in the United States, and for other purposes."

**Twenty years later, the privately owned Federal Reserve Bank forced the United States government into bankruptcy, where it still is to this day (just exactly as the founders of the Federal Reserve Bank had planned from the beginning.)**

3
October 25, 2008

EXHIBIT C - 000003

SW SHADY-00001243

## PART TWO: THE BANKRUPTCY OF THE UNITED STATES

"Mr. Speaker, we are here now in chapter 11. Members of Congress are official trustees presiding over the greatest reorganization of any Bankrupt entity in world history, the U.S. Government. We are setting forth hopefully, a blueprint for our future. There are some who say it is a coroner's report that will lead to our demise." [Rep. James Traficant, Jr. (Ohio) addressing the House, Congressional Record, March 17, 1993, Vol. 33, page H-1303]

Decades earlier, in 1929, the United States entered the Great Depression. At that time, Americans were permitted to own gold and our currency was backed by gold and silver. People could deposit their gold in Federal Reserve banks and the bank gave them a note to use to withdraw their gold on demand. Due to the panic in the economic markets after the crash of 1929, people were trying to withdraw the funds from the banks in the form of currency, i.e. silver and gold.

President Herbert Hoover asked the Federal Reserve Board of New York for a recommendation on how to deal with the situation.

"Resolution Adopted By The Federal Reserve Board of New York. Whereas, in the opinion of the Board of Directors of the Federal Bank of New York, the continued and increasing withdrawal of currency and gold from the banks of the country has now created a national emergency ..." [Herbert Hoover private papers of March 3, 1933]

Franklin D. Roosevelt was inaugurated as President on March 4, 1933. In his inauguration speech, he requested that Congress grant him emergency powers equal to those he might have in times of war to allow him to deal with the crisis. On March 5, 1933, he issued Proclamation 2038, which requested a Special Session of Congress beginning March 9, 1933, to deal with the banking emergency. Then on March 6, 1933, President Roosevelt issued Proclamation 2039 to indicate to the Congress what emergency powers he was requesting. This proclamation had exactly the same wording as that proposed by the Federal Reserve Board, but still the Proclamation had no authority until Congress met to give him the required authority.

The very first act passed by Congress when they met in Special Session has the following preamble.

"Be it enacted by the Senate and the House of Representative of the United States of America in Congress assembled, That the Congress hereby **declares that a serious emergency exists** and that it is imperatively necessary speedily to put into effect remedies of uniform national application." [emphasis added]

On the first day of the special session, Congress approved Proclamation 2039. On the same day, President Roosevelt re-issued it as Proclamation 2040.

"Whereas, under the Act of March 9, 1933, all Proclamations heretofore or hereafter issued by the President pursuant to the authority enforced by section 5(b) of the Act of October 6, 1917, [The Trading With The Enemy Act] as amended, are approved and confirmed;" [President Roosevelt's Proclamation 2040].

On that same day, Congress passed the following statute.

"During time of war or during any other period of national emergency declared by the President, the President may, through any agency that he may designate, or otherwise investigate, regulate, or prohibit under such rules and regulations as he may prescribe by means of licensure or otherwise, any transaction in foreign exchange, transactions of credit between or payments by banking institutions as defined by the President and export, hoarding, melting, or ear markings of gold or silver coin or bullion or currency, **by any person within the United States or anyplace subject to the jurisdiction thereof.**" [Title 1, Sec. 2, 48 Statute 1, March 9, 1933, emphasis added]

EXHIBIT C - 000004

SW SHADY-00001244

This exact language was found in the 1917 Trading with the Enemy Act, with the exception of the section in bold. As adopted in 1933, the effects of the Trading with the Enemy Act extended to US citizens.

**NOTE:** The Trading with the Enemy Act of 1917 was passed to protect America against the activities of immigrants living in the US who came from countries with which the US was at war (WWI).

Now, this statute can be found in the United States Code at 12 USC § 95b, the current version of the statute. Notice that the wording is almost identical to that found in the 1933 statute (shown in above paragraph).

> "Sec. 95b. - Ratification of acts of President and Secretary of the Treasury under section 95a. The actions, regulations, rules, licenses, orders and proclamations heretofore or hereafter taken, promulgated, made, or issued by the President of the United States or the Secretary of the Treasury since March 4, 1933, pursuant to the authority conferred by section 95a of this title, are approved and confirmed" [12 USC § 95b]

This version says that the authority is granted in 12 USC § 95a. But in looking in the notes to that statute, we find that the original source authority is located in "Oct. 6, 1917, ch. 106, Sec. 5(b), 40 Stat. 415" and later in "Mar. 9, 1933, ch. 1, title I, Sec. 2, 48 Stat. 1". So, the President still has the authority as it was originally granted in 1917 and later modified in 1933.

The effect of this emergency power is that all Americans are part of the Trading with the Enemy Act, as amended in 1933, i.e., all United States citizens have been declared to be enemies of the United States, to have no rights under the Constitution for the united States of America, no standing in court and no right to operate in commerce without a license!

At the pivotal time in 1933, the banks didn't have gold to pay out, so President Roosevelt used Proclamation 2039 and 2040 along with the provisions of 12 USC § 95b to create a banking holiday. This can be verified, if we read the definition for "Bank Holiday of 1933":

> "Bank holiday of 1933. Presidential Proclamations No. 2039, issued March 6, 1939, and No. 2040, issued March 9, 1933, temporarily suspended banking transactions by member banks of the Federal Reserve System. Normal banking functions were resumed on March 13, **subject to certain restrictions**. The first proclamation, it was held, had no authority in law until the passage on March 9, 1933, of a ratified act (12 U.S.C.A. § 95b). The present law forbids member banks of the Federal Reserve System to transact banking business, except under regulations of the Secretary of the Treasury, during an emergency proclaimed by the President. 12 U.S.C.A. § 95." [Black's Law Dictionary, Revised 4th Edition, emphasis added]

The restrictions mentioned in the above definitions are that the banks had to be licensees before they could be reopened. A license is a grant of authority to do something that would otherwise be illegal. Trading (or conducting business) with the enemy (Americans on American soil) was made an illegal activity unless licensed. President Roosevelt's papers reveal that the government will grant the license.

> "The Secretary of the Treasury will issue licenses to banks which are members of the Federal Reserve system whether national bank or state, located in each of the 12 Federal Reserve bank cities, to open Monday morning." [President Roosevelt's papers]

Another provision passed on March 9, 1933, gave Federal Reserve agents the authority to act as agents of the U.S. Department of Treasury. This seems very strange since the Federal Reserve is a private business.

> "When required to do so by the Secretary of the Treasury, **each Federal Reserve agent shall act as agent of the Treasurer of the United States** or of the Comptroller of the currency, or both, for the performances of any functions which the Treasurer or the Comptroller may be called upon to perform in carrying out the provisions of this paragraph. [48 Stat. 1, emphasis added]

Insiders had removed, i.e., stolen, most of the gold from the banks before the American people started demanding their money from the banks. Since banks didn't have the money people were demanding, the

5
October 25, 2008

EXHIBIT C - 000005

SW SHADY-00001245

banks needed protection. To do this, the American people had to be declared the enemy. The Trading with the Enemy Act, as revised in 1933, accomplished this. Then Congress passed a statute which authorized stiff fines and/or prison sentences, if the "individuals" didn't turn in their gold.

> "Whenever in the judgment of the Secretary of the Treasury such action is necessary to protect the currency system of the United State, the Secretary of the Treasury, in his discretion, **may regulate any or all individuals**, partnerships, associations and corporations to pay and **deliver to the Treasurer of the United States any or all gold coin, gold bullion, and gold certificates owned by such individuals**, partnerships, associations, and corporations. … **Whoever shall not comply with the provisions of this act shall be fined not more than $10,000 or if a natural person, may in addition to such fine be imprisoned for a year, not exceeding ten years**." [Stat 48, Section 1, Title 1, Subsection N, March 9, 1933, emphasis added]

So, not only were American citizens not able to get their gold, but their gold was confiscated by the government. Since all money was gold and silver certificates and this money had to be turned in, the people were left without any money.

> "During this banking holiday it was at first believed that some form of script or emergency currency would be necessary for the conduct of ordinary business. We knew that it would be essential when the banks reopened to have an adequate supply of currency to meet all possible demands of depositors. Consideration was given by government officials and various local agencies to the advisability of issuing clearing house certificates or some similar form of local emergency currencies. On March 7, 1933, the Secretary of the Treasury issued a regulation authorizing clearing houses to issue demand certificates against sound assets of the banking institutions. But this authority was not to become effective until March 10[th]. In many cities, the printing of these certificates was actually begun. But after the passage of the Emergency Banking Act of March 9, 1933, (48 Stat. 1) it became evident that they would not be needed because **the act made possible the issue of the necessary amount of emergency currency in the form of Federal Reserve Bank Notes** which could be based on any sound assets owned by the banks." [Roosevelt's papers, emphasis added]

So we see that Roosevelt's papers admit that the Emergency Banking Act made it possible to issue emergency currency, which was based upon bank assets rather than upon gold or silver, i.e., removing the U.S. from the gold standard. The "emergency currency" was "Federal Reserve Bank Notes". Federal Reserve Notes are still in use today.

Next we will see what was to be used to back the "Federal Reserve Bank Notes".

> "Upon the deposit with the Treasurer of the United States, (a) of any **direct obligations of the United States**, or (b) of **any notes, drafts, bills of exchange or bankers acceptances acquired under the provisions of this Act, any Federal Reserve bank** making such deposit in the manner prescribe by the Secretary of the Treasury shall be entitled to receive from the Comptroller of the currency circulating notes in blank, duly registered and countersigned." [Emergency Banking Act of March 9, 1933, section 4, Public Law 89-719]

Roosevelt also issued the following Executive Order (cited in part) on April 5, 1933, in an attempt to divest the citizens of all of their gold.

## Executive Order of April 5, 1933
UNDER EXECUTIVE ORDER OF THE PRESIDENT
Issued April 5, 1933
All persons [The order applied to persons which term did not include men. So when men turned in their gold, they did so voluntarily.] are requited to deliver ON OR BEFORE MAY 1, 1933, all GOLD COIN, GOLD BULLION, AND GOLD CERTIFICATES now owned by them to a Federal Reserve Bank,

EXHIBIT C - 000006

SW SHADY-00001246

branch or agency, or to any member bank of the Federal Reserve System.

## EXECUTIVE ORDER
### FORBIDDING THE HOARDING OF GOLD COIN, GOLD BULLION, AND GOLD CERTIFICATES

By virtue of the authority vested in me by Section 5(b) of the Act of October 6, 1917 as amended by Section 2 of the Act of March 9, 1933, entitled "An Act to Provide Relief in the Existing Emergency in Banking, and for other purposes" [The "state of emergency", due to the "law of necessity", was used as an excuse for issuing the order.] in which Amendatory Act Congress declared that a serious emergency exists, I, Franklin D. Roosevelt, President of the United States of America, do declare that said national [The use of the word "national" seems to signify the civil government acting as sovereign while under the original intent of the Constitution the people were viewed as sovereign and the source of all authority.] emergency still continues to exist, and pursuant to said Section do hereby prohibit the hoarding of gold coin, gold bullion, and gold certificates within the continental United States by individuals, partnerships, associations and corporations.  [The order only applies to these entities, but men were excluded from the order, noting that "individuals" are not living people by definition.] and hereby prescribe the following regulations for carrying out the purposes of this Order.

Section 1. For purposes of this regulation, the term "hoarding" means the withdrawal and withholding of gold coin, gold bullion or gold certificates from the recognized and customary channels of trade. The term "person" means any individual, partnership, association or corporation. [Again, the order applies only to artificial entities and not to men.]

Section 2. All persons are hereby required to deliver on or before May 1, 1933, to a Federal Reserve Bank or branch or agency thereof or to any member bank of the Federal Reserve System all gold coins, gold bullion or gold certificates now owned by them or coming into their ownership on or before April 23, 1933, except the following:

  (a)  Such amount of gold as may be required for legitimate and customary use in industry, professions, or art within a reasonable time, excluding gold prior to refining and stocks of gold in reasonable amounts for the usual true requirements of owners mining and refining such gold.

  (b)  Gold coins and gold certificates in an amount not exceeding in the aggregate $100 belonging to any one person; and gold coin having a recognized special value to collectors or rare and unusual coins.

  (c)  Gold coin and bullion earmarked or held in trust for a recognized foreign government [Men are foreign to the government; they are outside "the box" or outside "the public.".] (or foreign central bank or the Bank for International Settlements).

  (d)  Gold coin and bullion licensed for other proper transactions (not involving hoarding) including gold coin and bullion imported for re-export or held pending action on application for export license.

Section 3. Until otherwise ordered by any other person becoming the owner of any gold coin, gold bullion or gold certificates after April 23,1933, shall within three days after receipt thereof, deliver the same in the manner prescribed in Section 2: unless such gold coin, gold bullion or gold certificates ore held for any of the purposes specified in paragraphs (a), (b), or (c) of Section 2: or unless such gold coin, or gold bullion is held for purposes specified in paragraph (d) of Section 2 and the person holding it is, with respect to such gold coin or bullion, a licensee or applicant for license pending action thereon.

Section 4. Upon receipt of gold coin, gold bullion or gold certificates delivered to it in accordance with Section 2 or 3, the Federal Reserve Bank or member bank will pay therefore an equivalent amount of any form of coin or currency coined or issued under the laws of the United States. [The value of gold had been arbitrarily held to a fixed value by the Federal government. It was not permitted to float in value as it is today. If someone turned in $10,000 worth of gold, the banks would give an equivalent amount of currency. On the surface, it would appear that value ($10,000 in gold) was given for value ($10,000 in currency). However, the gold had real intrinsic value while the currency was worthless paper. This was not an exchange but rather a transfer of the gold from natural beings to the government.]

Section 5. Member banks shall deliver all gold coin, gold bullion and gold certificates owned or received

7

October 25, 2008

EXHIBIT C - 000007

SW SHADY-00001247

by them (other than as exempted under the provisions of Section 2) to the Federal Reserve Banks of their respective districts and receive credit or payment therefore. [This indicates that the Federal Reserve Banks are holding the credits for the gold.]

Section 6. The Secretary of the Treasury, out of the sum made available to the President by Section 301 of the Act of March 9, 1933, will in all proper cases pay the reasonable costs of transportation of gold coin, gold bullion or gold certificates delivered to a member bank or Federal Reserve bank in accordance with Section 2, 3, or 5 hereof, including the cost of insurance, protection, and such other incidental costs as may be necessary, upon production of satisfactory evidence of such costs. Voucher forms for this purpose may be procured from Federal Reserve Banks.

Section 7. In cases where the delivery of gold coin, gold bullion or gold certificates by the owners thereof within the time set for the above will involve extraordinary hardship or difficulty, the Secretary of the Treasury may, in his discretion, extend the time within which such delivery must be made. Applications for such extensions must be made in writing under oath, addressed to the Secretary of the Treasury and filed with a Federal Reserve Bank. Each application must state the date to which the extension is desired, the amount and location of the gold coin, gold bullion and gold certificates in respect of which such application is made and the facts showing extension to be necessary to avoid extraordinary hardship or difficulty.

Section 8. The Secretary of the Treasury is hereby authorized and empowered to issue such further regulations as he may deem necessary to carry out the purpose of this order and to issue licenses there under, through such offices or agencies as he may designate, including licenses permitting the Federal Reserve Banks and member banks of the Federal Reserve System, in return for an equivalent amount of other coin, currency or credit, to deliver, earmark or hold in trust [This is a vitally important concept. The Federal government set up a trust where the Secretary of the Treasury is acting as the trustee. The people voluntarily transferred their gold to the government. The gold and perhaps other things are the assets of the trust. The people are the beneficiaries of this trust.] gold coin and bullion to or for persons showing his need for the same for any of the purposes specified in Paragraphs (a), (c) and (d) of Section 2 of these regulations.

Section 9. Whoever willfully violates any provision of this Executive Order or of these regulations or of any rule, regulation or license issued there under may be fined not more than $10,000, or if a natural person, may be imprisoned for not more than ten years, or both and any officer, director or agency of any corporation who knowingly participates in any such violation may be punished by a like fine, imprisoned, or both.

This order and these regulations may be modified or revoked at any time.

## FRANKLIN D. ROOSEVELT

THE WHITE HOUSE
April 5, 1933
Further Information Consult Your Local Bank
GOLD CERTIFICATES may be identified by the words "GOLD CERTIFICATE" APPEARING THEREON. The serial number and the Treasury seal on the face of a GOLD CERTIFICATE are printed in YELLOW. Be careful not to confuse GOLD CERTIFICATES with other issues which are redeemable in gold but which are not GOLD CERTI bankruptcy FICATES. Federal Reserve Notes and United States Notes are redeemable in gold but are not "GOLD CERTIFICATES" and are not required to be surrendered.

**Special attention is directed to the exceptions allowed under Section 2 of the Executive Order**

### CRIMINAL PENALTIES FOR VIOLATIONS OF EXECUTIVE ORDER

After analyzing the complete order, it becomes clear that people voluntarily gave up their gold, a substance with intrinsic value, for worthless paper. The gold was to be held in trust for the people by the government. The Secretary of the Treasury acts as the trustee of this trust. The people, and by extension

8
October 25, 2008

EXHIBIT C - 000008

SW SHADY-00001248

their children and heirs, are the beneficiaries of this trust. This means we have a beneficial interest in the assets of the trust.

The next major step was making it illegal to require gold as a valid form for payment of debts.  The House of Representatives passed a joint resolution to "Suspend The Gold Standard and Abrogate The Gold Clause" which says in part:

**House Joint Resolution 192**

## JOINT RESOLUTION TO SUSPEND THE GOLD STANDARD AND ABROGATE THE GOLD CLAUSE

### JUNE 5, 1933
### H.J. 192 73rd Cong. 1st Session

Joint resolution to assure uniform value to the coins and currencies of the United States.

"To assure uniform value of the coins and currencies of the Untied States,

Whereas the holding of or dealing in gold affect the public interest, and are therefore subject to proper regulation and restriction; and

Whereas the existing emergency [Again an "emergency" was used as the excuse for the action.] has disclosed that provisions of obligations which purport to give the obligee [A United States citizen or any other party holding a Gold Certificate or any other obligation of the United States Government] a right to require payment in gold or a particular kind of coin or currency of the United States, or in an amount of money of the United States measured thereby, obstruct the power of the Congress to regulate the value of the money of the United States, and are inconsistent with the declared policy [Congress is setting a public policy, which is defined as "principles and standards regarded by the legislature or by the courts as being of fundamental concern to the state and the whole society." Black's Law Dictionary 7th Edition] of the Congress to maintain at all times the equal power of every dollar, coined or issued by the United States, in the markets and in payment of debts.

Now, therefore, be it Resolved by the Senate and House of Representatives of the United States of America in Congress assembled, that

(a) **every provision** contained in or made with respect to any obligation which purports to give the obligee a right to **require payment in gold** or a particular kind of coin or currency [Currency would include all M1, M2 and M3 money as defined by the Federal Reserve.] , or in an amount in money of the United States measured thereby, **is declared to be against public policy**; and no such provision shall be contained in or made with respect to any obligation hereafter incurred. [This clause makes it contrary to public policy for any creditor to require payment in any particular form. This means that no creditor can demand payment by check, cash, or cashiers check. It also means that they are not permitted to dishonor a valid form of payment.] Every obligation, heretofore or hereafter incurred, whether or not any such provisions is contained therein or made with respect thereto, shall be discharged [You can no longer "pay off" a debt. You can only discharge a debt.] upon payment, dollar for dollar, in any such coin or currency which at the time is legal tender for public and private debts. [Any valid form of "legal tender" must be accepted in discharge of a debt. The debt must be discharged "dollar for dollar" which means that we discharge the exact amount shown on a charging instrument (bill or invoice).] Any such provision contained in any law authorizing obligations to be issued by or under authority of the United States, is hereby repealed, but the repeal of any such provision shall not invalidate any other provision or authority contained in such law.

EXHIBIT C - 000009

SW SHADY-00001249

(b) As used in the resolution, the term "obligation" means an obligation (including every obligation of and to the United States, excepting currency) payable in money of the United States; and the term "coin or currency" means coin or currency of the United States, including [The term "including" means that what follows is a partial list and it implies that other things may also belong in the list. On the other hand, the term "includes" is a limiting term that indicates only the specific items listed may be included.] Federal Reserve notes and circulating notes of Federal Reserve banks and national banking associations.

SEC. 2. The last sentence of paragraph (1) of subsection (b) of section 43 of the Act entitled "An Act to relieve the existing national economic emergency by increasing agricultural purchasing power, to raise revenue for extraordinary expenses incurred by reason of such emergency, to provide emergency relief with respect to agricultural indebtedness, to provide for the orderly liquidation of joint-stock land banks, and for other purposes", approved May 12, 1933, is amended to read as follows:

"All coins and currencies of the United States (including [Due to the use of the word "including," other things may also be valid currency.] Federal reserve notes and circulating notes of Federal Reserve banks and national banking associations) heretofore and hereafter coined or issued, shall be legal tender [Just because other forms of payment are not listed does not exclude them from being valid forms of legal tender. You will notice that checks and credit cards are accepted in commerce but these instruments are not listed.] for all debts, public and private, public charges, taxes, duties, and dues, except that gold coins, when below the standard weight and limit of tolerance provided by law for the single piece, shall be legal tender only at valuation in proportion to their actual weight."

Approved June 5, 1933, 4:30 p.m. 31 U.S.C.A. 462,463

House Joint Resolution 192, 73rd Congress, Sess. I, Ch.48, June 5, 1933 (Public Law No. 10)

NOTE that this is "public policy", not "public law".

"**policy**. The general principles by which a government is guided in its management of public affairs." [Black's Law Dictionary, 7th Edition]

"**public policy**. Broadly, principles and standards regarded by the legislature or by the courts as being of fundamental concern to the state and the whole of society." [Black's Law Dictionary, 7th Edition]

Public policy is not the same thing as public law!

"**public law**. The body of law dealing with the relations between private individuals and the government, and with the structure and operation of the government itself; … A statute affecting the general public…" [Black's Law Dictionary, 7th Edition]

This is a rather startling admission on the part of Congress. What they say they are doing by refusing to pay the federal debt in gold is not according to the law, but rather a public policy.

So, we see that currency is no longer backed by gold (even if it is only a pubic policy). The new currency was Federal Reserve Bank Notes and these notes were and still are backed by "direct obligations of the United States" which are Treasury notes. They are also backed by bank "notes, drafts, bills of exchange, and bank acceptances." This last group contains notes (loans) that Federal Reserve member banks were holding against loans they had made to people and institutions. So the public or private debt instruments of the banks were considered assets to be deposited in the Treasury in exchange for "circulating notes". This can be proven further by excerpts from the Congressional Record during the debate over the Emergency Banking Act of 1933.

[Mr. McPhadin] "… The first section of the bill, as I grasped it, is practically the war powers that were given back in 1917. I would like to ask the chairman of the committee if this is a plan

EXHIBIT C - 000010

SW SHADY-00001250

to change the holding of the security back of the Federal Reserve notes to the Treasury of the United States rather than the Federal Reserve agent."

[Mr. Stiggle] "This provision is for the issuance of Federal Reserve bank notes; and not for Federal Reserve notes; and the security back of it is the obligations, notes, drafts, bills of exchange, bank acceptances, outlined in the section to which the gentleman has referred."

[McPhadin] "Then the new circulation is to be Federal Reserve bank notes and not Federal Reserve notes. Is that true?"

[Stiggle] "Insofar as the provisions of this section are concerned, yes."

[Mr. Britain] "From my observations of the bill as it was read to the House, it would appear that **the amount of bank notes that might be issued by the Federal Reserve System is not limited.** That will depend entirely upon the amount of collateral that is presented from time to time from exchange for bank notes. Is that not correct?"

[McPhadin] "Yes, I think that is correct."

For historical reference and more clarity, the following definitions from Wikipedia, make the distinction between the terms "Federal Reserve Notes", "Federal Reserve Bank Notes" and "United States Notes":

A **Federal Reserve Note** (**FRNs** or **ferns**, commonly referred to as **U.S. paper money**, or **bills**, and not to be confused with a "Federal Reserve Bank Note") is a type of banknote issued by the Federal Reserve System and is the only type of U.S. banknote that is still produced today.

Federal Reserve Notes are fiat currency, with the words *"this note is legal tender for all debts, public and private"* printed on each bill. (See generally 31 U.S.C. § 5103.) They are issued by the Federal Reserve Banks and have replaced United States Notes, which were once issued by the Treasury Department.

**Federal Reserve bank notes** were United States currency banknotes issued by individual Federal Reserve Banks. They were based upon the earlier National Bank Notes. They differed from Federal Reserve Notes in that they could only be redeemed at the Federal Reserve bank that issued them. On the other hand, Federal Reserve Notes could be redeemed at any Federal Reserve bank

A **United States Note** (known popularly in its day as a "greenback") is a fiat paper currency that was issued directly into circulation by the United States Department of the Treasury. These **bills of credit** were also known as Legal Tender Notes because of the inscription on each obverse face stating "This Note is a Legal Tender." They were among the first national United States currency, authorized by the **Legal Tender Act of 1862** and began circulating during the American Civil War. After the death of Abraham Lincoln on 15 April 1865, additional "first charter period", i.e. banks chartered between 1863 and 1882, National Bank Notes and Gold Certificates of 1865 were issued. The notes were issued until January 1971, after which they were entirely replaced by the Federal Reserve Notes which had circulated alongside them since 1914.

As a result of HJR 192 (House Joint Resolution), we the people, can no longer pay our debts. We have nothing of value to give in exchange for the goods and services we need. According to HJR 192, we can only discharge our debts. This was a huge change in our society, but very few people realize what has occurred.

By now, it should be clear that the currency was no longer backed by gold, but by a promise to pay on various debt instruments (loans to private individuals or businesses and the government). So, there were no hard assets backing up the currency, only promises. In the case of government loans, the collateral would be the "full faith and credit of the United States." This is very strong evidence that the federal government was bankrupt at that time. If it weren't, the federal government would still be willing to pay

EXHIBIT C - 000011

SW SHADY-00001251

its obligations in gold and the currency would still be backed by gold.

Who did the federal government owe money too? The obvious answer is the Federal Reserve Bank, which was holding the "direct obligations of the United States." The Federal Reserve is a private bank. It is not part of the government. The logical conclusion is that the government is bankrupt and the Federal Reserve is the creditor.

12

EXHIBIT C - 000012

SW SHADY-00001252

## PART THREE: WHAT DOES THE FEDERAL GOVERNMENT HAVE TO OFFER IN PAYMENT OF ITS DEBTS?

First, as a point of interest, understand that the IRS is just the accounting department (and collection agency) for the Treasury. The job of the IRS is simply to make the accounts balance. Like the Federal Reserve Bank, they are private companies and not a part of the United States government. If you look at a FRN (Federal Reserve Note), you will see that there are two signatures:

"Treasurer of the United States" <u>and</u> "Secretary of the Treasury"

The signatures on the FRN represent the agreement of the two sides of the United States bankruptcy – The Treasurer of the United States represents the United States government (the bankrupt party) and the Secretary of the Treasury represents the creditor (the Federal Reserve Bank) of the bankrupt entity. It's shocking to note that no one represents the "united states of America" or the American people in all this!

The next quote answers the question: What does the Federal Government have to offer in payment of its debts?

> "Under the new law the money is issued to the banks in return for Government obligations, bills of exchange, drafts, notes, trade acceptances, and banker's acceptances. The money will be worth 100 cents on the dollar because it is backed by the credit of the Nation. It will represent a mortgage on **all the homes and other property of all the people in the Nation.**" [Senate Document No. 43, 73rd Congress, 1st Session, Congressional Record, March 9, 1933, emphasis added]

**We see here that the federal government has offered all private property in the nation to its creditor, the Federal Reserve. Thus, the government can offer the property and labor of the people of the nation!**

Here is how it was done as one purpose for enacting the Federal Reserve Act was:

> (3) to authorize "**hypothecation**" of obligations including "United States bonds or other securities which Federal Reserve Banks are authorized to hold" under Section 14 (a); 12USC; ch. 6,38 Stat. 251 Sec. 14 (a)

The term "**hypothecation**" is defined as:

> 1. Banking. Offer of stocks, bonds, or other assets owned by a party other than the borrower **as collateral for a loan, without transferring title.** If the borrower turns the property over to the lender who holds it for safekeeping, the action is referred to as a **pledge. If the borrower retains possession, but gives the lender the right to sell the property in event of default, it is a true hypothecation.**
>
> 2. Securities. The pledging of negotiable securities to collateralize a broker's **margin** loan. If the broker pledges the same securities to a bank as collateral for a broker's loan, the process is referred to as **rehypothecation.**"
>
> [Dictionary of Banking Terms, Fitch, pg. 228 (1997)]

As seen from these definitions, in hypothecation there is **equitable risk** to the **actual owner**.

Section 16 of the current Federal Reserve Act, which is codified at 12 USC 411, declares that "Federal Reserve Notes" are "obligations of the United States".

> Federal Reserve notes, to be issued at the discretion of the Board of Governors of the Federal Reserve System for the purpose of making advances to Federal reserve banks through the Federal reserve agents as hereinafter set forth and for no other purpose, are authorized. The **said notes shall be obligations of the United States** and shall be receivable by all national and member banks and Federal Reserve Banks and **for all taxes, customs, and other public dues**. They shall be redeemed in lawful money on demand at the Treasury Department of the United

EXHIBIT C - 000013

SW SHADY-00001253

States, in the city of Washington, District of Columbia, or at any Federal Reserve bank. (12 USC 411)

So we see the "**full faith and credit" of the Untied States**, which is the **substance** of the American citizenry, i.e., **their** real property, wealth, assets, credit, and productivity - that **belongs** to them, is thereby **hypothecated and rehypothecated** by the United States to its obligations, as well as to the Federal Reserve **for the issuance and backing of Federal Reserve Notes as legal tender** "for all taxes, customs, and other public dues."

So, the government has pledged (mortgaged) our property as collateral to their creditor, the Federal Reserve. If we thought the only person who could mortgage a property was the owner, we are correct. The implication is that through some mechanism, the government has taken over controlling interest in our property. If this is the case, it is a violation of the 5th Amendment to the Constitution.

"… nor shall private property be taken for public use **without just compensation**."

You may wonder how we got roped into paying someone else's debts. The answer can be found in the 14th Amendment.

The validity of the public debt of the United States … shall not be questioned." [14th Amendment, Section 4]

After the passage of the 14th Amendment, everyone born in the United States became a 14th Amendment [federal] citizen. As such, we are held liable for the "public debt of the United States."

QUICK SEGUE HERE:  THE TRICK THAT WAS PLAYED AS A RESULT OF THE PASSAGE OF THE 14TH AMENDMENT IN 1866 IS EVERYONE IN THE UNITED STATES HAS BEEN "LED (BY THE NOSE)" TO BELIEVE WE ARE CITIZENS OF THE "UNITED STATES".  NOTHING COULD BE FURTHER FROM THE TRUTH!!!  IT'S AN OLD MAGICIAN'S TRICK REALLY.  "IF YOU JUST LOOK AT WHAT I AM DOING IN MY LEFT HAND, I CAN PULL OFF THE "MAGIC TRICK" BY USING MY RIGHT HAND TO PULL YOUR WALLET RIGHT OUT OF YOUR POCKET, WITHOUT YOU NOTICING."

HERE IS HOW IT WAS DONE.  EVERY TIME WE REGISTER TO VOTE, FILL OUT A SOCIAL SECURITY APPLICATION, PASSPORT APPLICATION, ETC., ETC., ETC….  WE ARE ASKED WHETHER WE ARE A "CITIZEN OF THE UNITED STATES".  AND OF COURSE, WITHOUT A THOUGHT, WE PROUDLY CHECK THE LITTLE BOX AND CONVICT OURSELVES.  WE JUST MADE OURSELVES RESPONSIBLE FOR THE DEBTS OF THE UNITED STATES.

CONGRATULATIONS, WE ARE THE NEW WINNERS!!  WE JUST BECAME 14TH AMENDMENT CITIZENS OF THE UNITED STATES AND ARE FULLY RESPONSIBLE FOR ITS IRRESPONSIBLE AND UN-PAYABLE DEBT.

HERE IS WHAT WE JUST DID.  THE "UNITED STATES" IS A CORPORATION THAT HAS JURISDICTION OVER WASHINGTON D.C. AND THE TERRITORIES AND POSSESSIONS AND FORTS AND MAGAZINES OF THE UNITED STATES.  WE ARE ONLY A CITIZEN OF THE UNITED STATES IF WE WERE BORN IN ONE OF THOSE GEOGRAPHICAL PLACES OR HAVE TAKEN ON CITIZENSHIP THEREOF.  IF WE WERE BORN IN COLORADO OR ANY ONE OF THE OTHER 49 STATES, WE ARE CITIZENS OF THE "UNITED STATES OF AMERICA" AND CITIZENS OF THE STATE IN WHICH WE RESIDE.  THE "UNITED STATES" AND THE "UNITED STATES OF AMERICA" (CONTRARY TO WHAT THE GOVERNMENT DESPERATELY WANTS US TO BELIEVE) ARE TWO DISTINCTLY DIFFERENT ENTITIES.  THE "UNITED STATES" IS FOREIGN TO THE "UNITED STATES OF AMERICA" MUCH LIKE "IRAQ" IS FOREIGN TO THE "UNITED STATES".

WELL, THAT IS A WHOLE 'NUTHER DISCUSSION, FOR WHICH THERE IS NOT TIME HERE, BUT YOU GET THE DRIFT.  AND, IN THE "OH – BY THE WAY DEPARTMENT", IF THEY TOLD YOU IN SCHOOL "LISTEN UP PEOPLE" AND YOU TOOK IT FOR GRANTED THAT WAS WHO YOU WERE, YOU MIGHT WANT TO DISCOVER IF YOU ARE REALLY A "PEOPLE" (AS IN "WE THE

EXHIBIT C - 000014

SW SHADY-00001254

**PEOPLE") OR A PERSON.  THE GOVERNMENT TREATS EVERYONE IN THIS COUNTRY AS IF THEY ARE A "PERSON" – SOME ARE, AND SOME AREN'T.  OKAY – BACK TO THE STORY!**

To provide further evidence of government control of our property, consider the fact that we pay property taxes. Prior to 1913, when the Federal Reserve Act was passed, most Americans owned property through allodial titles when no property taxes are levied in this situation. When we buy property now, we are not given an allodial title. Instead we receive a title deed which is not fee simple absolute. To better understand, let's look at the definitions of these terms.

"Allodial. Free; not holden on any lord or superior; owned without obligation of vassalage or fealty…" [Black's Law Dictionary, 5th Edition]

"Fee simple. A fee simple absolute is an estate limited absolutely to a man and his heirs and assignees forever without limitation or condition. An absolute or fee simple estate is one in which the owner is entitled to the entire property, with unconditional power of disposition during his life, and descending to his heirs and legal representatives upon his death intestate." [Black's Law Dictionary, 5th Edition]

"Deed. A conveyance of realty; a writing signed by grantor, whereby title to realty is transferred from one to another." [Black's Law Dictionary, 5th Edition]

From these definitions, it should be obvious that we do not have fee simple absolute title to our land. If we had an allodial title (without obligation), no one would have the authority to tax the land. The government also would not have a right to sell the property if taxes weren't paid, impose zoning restrictions, etc., etc., etc.  But when the property was hypothecated, the government took that authority. The title deed is evidence that a title does exist.  But the question remains, "Who holds title to the property?" It would seem that the government has taken control of our property and then they lease it back to us for what is called property taxes.

It is also clear that title must be thought of as either "legal title" or "equitable title":

**Legal title.** One cognizable or enforceable in a court of law, or on which is complete and perfect so far as regards the apparent right of ownership and possession, but which carries no beneficial interest in the property, another person being equitably entitled thereto; in either case, the antithesis of "equitable title." …  [Black's Law Dictionary, 5th Edition]

**Equitable title.** A right to the party to whom it belongs to have the legal title transferred to him; or the beneficial interest of one person whom equity regards as the real owner, although the legal title is vested in another. See also Equitable ownership. [Black's Law Dictionary, 5th Edition]

**Equitable ownership.** The ownership interest of one who has equitable as contrasted with legal ownership of property as in the case of a trust beneficiary. Ownership rights which are protected in equity. See also Equitable interest. [Black's Law Dictionary, 5th Edition]

Thus, we hold the right of possession and the government at some level (county, state, federal) acts as trustee to hold the equitable interest.  The county acts as trustee of the equitable interest in our real property for which we pay property taxes and in fact the Governor owns the real property in the state. The federal government holds title to us in the form of our birth certificates and for which we pay income taxes and social security taxes.  The state holds title to our automobiles for which we pay registration fees and must insure their property to indemnify the state.

In return for turning over all the property in the U.S., the Federal Reserve Bank agreed to extend the federal government all the credit (money substitute) it needed. Like any other debtor, the federal government had to assign security to their creditors as a condition of the credit extended. Since the federal government didn't have any assets, they assigned the private property of their "economic slaves," the UNITED STATES citizens (meaning anyone they could trick into volunteering to be called 14th Amendment United States citizens), as collateral against the un-payable federal debt. They also pledged

15
October 25, 2008

**EXHIBIT C - 000015**

SW SHADY-00001255

the unincorporated federal territories, national parks and forests, as collateral against the federal debt (for evidence of this, see the United Nations plaques in most major national parks).

Evidence of your economic slavery is the fact that you pay Social Security taxes and income taxes.

The federal government also pledges the labor of the citizens. The federal government gets the benefit of your labor in the form of federal employment [income] taxes. What you may not know is that the federal government does not have constitutional authority to tax your wages. So the income tax is voluntary. You volunteer to pay off the public debt when you apply for a social security number and then give it to your employer when you file a W4 form. If you don't believe it, find a canceled check that you have written to the I.R.S. On the back, you will see that the check was endorsed for deposit in a Federal Reserve account. So, your check to pay your "income tax" was deposited into the Federal Reserve, a private bank, who is the creditor for the federal government. By the way, the Federal Reserve Bank is part of the International Monetary Fund. The "sole" purpose and use of every dollar of the income tax always has been and always will be servicing the interest that is ever accumulating on the United States debt (debtor in bankruptcy) to the Federal Reserve Bank (ever smiling creditor to the bankruptcy).

Not only has the Federal Government put up all our property as security for its debt to the Federal Reserve, they have also put up title to us. Before the hospital will let the newborn baby out of the hospital, they make certain the parents have signed a birth certificate, which is title to the person. That birth certificate is sent to the Department of Commerce and an account is established in our names at the United States Treasury. The government issues our credit off our birth certificate (as security) and our Treasury Account (SS#) to carry out its programs.

### AHH, YES- THE "BIRTH CERTIFICATE"

Upon the United States bankruptcy in 1933 and because a pledge of assets was required to enable the now-bankrupt corporation (United States) to continue to operate, the governors of all the States met to discuss the "emergency", the bankruptcy declared by President Roosevelt, and how to reorganize the United States to continue functioning within bankruptcy by means of insurance underwriting by the creditors.

The governors of the States made a "pledge" to the United States to underwrite the bankruptcy through a scheme of limited-liability insurance. The citizens, through their "Certificates of Live Birth" registered in the States, became pledged assets to the federal bankruptcy and the citizens' energy was thereby established as the collateral for backing the whole operation – the entire national debt. Since the States, being fictitious commercial entities with no capacity to recognize real beings could not pledge private living beings or their property, a "bridge" was needed between the living beings and the bankruptcy. To accomplish this result, a new legal fiction was created in the form of a living being's name punctuated with all-capital letters, which then functioned as a "strawman" i.e., a shill put out front to operate publicly in place of the living beings. The scheme had to be so clever that the human beings would agree to operate as surety for the debts, charges, and obligations of the strawman without truly knowing what was happening to them, who did it, what they were agreeing to, or how the whole process worked.

When the governors made the pledge, they agreed to register the State-issued birth certificates of the people, which are all the States had the right to pledge, since they had no claim on the real people per se, with the U.S. Department of Commerce. The birth certificate is a bill of lading, a document of bailment, signed by the delivering mother and witness (usually the Doctor), which ships the cargo (birth certificate) into the special maritime jurisdiction of the creditors where it operates as the security instrument (collateral) used to back the pledge. The strawman or the legal fiction was created by the federal Department of Commerce by fabricating a new birth certificate using the name on the State birth certificate, but changing the punctuation to all-capital letters. This all-caps legal fiction, the "strawman", is "birthed" – like a vessel – into the private, international – law domain of the bankers, et al, as a "citizen of the United States born [birthed] or naturalized in the United States and subject to the jurisdiction thereof." Thereby living people assumed the roll of representative, guarantor, accommodation party, and **surety** for the legal fiction (strawman) that functioned for the benefit and enrichment of the creditors. In

EXHIBIT C - 000016

SW SHADY-00001256

this scheme, the strawman, not the living being, is what operates throughout the entirety of today's law and commerce. One only need look at the Social Security card, school records, passports, driver license, credit cards, bank accounts, utility bills, etc., all of which are always in all-capital letters, to see the ubiquitous use of the strawman in today's commercial and legal world.

As fictitious entities cannot contract with natural beings, a transmitting utility is required for the connection. The strawman is the transmitting utility, so all contracts are made between the strawman and the Public entity, not between the Private living soul and the Public entity.

> "Inasmuch as every government is an artificial person, an abstraction, and a creature of the mind only, a government can interface only with other artificial persons. The Imaginary, having neither actuality nor substance, is foreclosed from creating and attaining parody with the tangible. The legal manifestations of this are that no government, as well as any law, aspect, court, etc. can concern itself with anything other than corporate, artificial persons and the contracts between them. Anonymous, in reference to US case: Penhallow v. Doans Administrators, 3 US (3 Dall.) 54 (1795).

A "**surety**" is defined as "the one who is responsible to pay". The real man is the surety and liable by contract to pay for the debts and obligations of the strawman, even though the real man is not, nor does he or she own, nor receive title to anything purchased or accomplished by use of the strawman. The strawman is owned by the United States and the banks that purchased bonds raised against the strawman's birth certificate.

The private, international law that governs the legal/commercial system today is the Uniform Commercial Code, established as the law of the land in the United States in Public Laws 88-243 and 88-244.

The Department of Treasury issues bonds on the birth certificates, which are sold through securities exchanges – by extending credit on the banks' books – by the Federal Reserve Bank, which uses the bonds as "reserves" for creating credit in the fractional reserve system. The people's labor becomes the collateral for issuing Federal Reserve Notes or some other form of "debt obligation" (see 12 USC §411). The bonds are held in trust for the purchaser, now the "secured party" and holder in due course, at the Resolution Trust Company.

The all-caps name, "STRAWMAN" (JOHN PAUL JONES) is what the system deals with, since it cannot interface directly with real beings. However, the real being is presumed to have ratified the deal and agreed to the pledge, by the three means for signifying ratification of implied contracts. Those means of ratifying an implied contract, i.e., a unilateral offer from the system to us, are: 1) Do nothing, i.e. be silent; 2) Accept benefits from the system; and 3) Fail to know, declare, and properly notice the appropriate parties in the system of your applicable law (a contract is law personal to the parties to the contract). Thereafter the system functions on the basis of possessing complete authority to do anything it wishes with the strawman, which is the system's own creation and property and does not belong to the living being to whom the strawman purportedly pertains.

This scheme of legal/commercial peonage and slavery is outside the Constitution, which does not apply in any matters concerning the resulting process. The system functions in the realm of private contract, private international law, in international commerce, i.e., the private international law of the private, colorable Law Merchant, not within the direct purview of the Constitution, which merely sanctifies the operational right to contract.

Thereafter, every time the real being signs his/her name on any legal/commercial document, more debt-currency is created into existence, signing as the "surety", or "accommodation party" per the Uniform Commercial Code §3-415. He or she is also placing title to whatever property is involved in the hands of the bond-holder.

In this scenario, the "name", i.e., strawman, is credit and is a constructive trust (trust created by operation of law, i.e., fiat) holding all the real assets or "sweat-equity", created by the labor of the real being. The right to use has been separated from the title. The "strawman" holds the title and belongs to the

17

October 25, 2008

EXHIBIT C - 000017

SW SHADY-00001257

bondholder, not the real being. The flesh-and-blood man or woman has only naked possession with a limited "right" to use the "thing", such as one's body, possessions, or land. Such illusion of ownership and right is essential to maintain *the Sting* on an ongoing basis.

When the strawman violates some rule or statute, such as is presumed whenever the strawman receives even a traffic ticket, the flesh-and-blood being must appear at an arraignment and admit that he is the surety and accommodation party for the strawman, and thereby agree to provide the "energy" necessary for providing whatever fine or penalty is deemed due and payable. The real being has now re-confirmed the contract of implied unification of the real being with the strawman by saying "here" when the strawman's name is called in the *idem sona,* ("same-sound") tribunal. This is why it is essential for the operation of the system that people "voluntarily give" their names to the court. The "Defendant" in the action is the strawman, not the real being. The real being confirms that he is, or may legally be treated the same as, the Defendant.

It is important to remember that the strawman is not the property of the real being. The living man or woman is merely the surety providing the labor, life-energy, and sweat-equity for the fiction owned by the United States and the bond-holder. The strawman is the front that enables the secured party to act in legal/commercial dealings without revealing his identity and to deceive the real being (who signs in all matters as a surety and accommodation party) into thinking that the real being is doing something for himself rather than his owners/masters. Everything the real being signs on behalf of the strawman places title to whatever property is involved into the hands of the United States and the bond owner, the secured party over the strawman.

**In summary, the federal government is bankrupt. The Federal Reserve is the creditor to the federal government. We now see how the United States has pledged your property and labor to pay the debts of the federal government. As a UNITED STATES citizen, you are held liable for the public debt.**

EXHIBIT C - 000018

SW SHADY-00001258

## PART FOUR: WHAT HAS OUR "MONEY" BECOME?

Let's clarify that the difference between real money (backed by a hard asset) and a paper money substitute. Federal Reserve Notes (FRNs) is nothing more than promissory notes backed by UNITED STATES Treasury securities (T-Bills) - a promise to pay the debt to the Federal Reserve Bank. They allow the federal government to create debt which causes inflation through devaluation of the currency. Inflation occurs whenever an increase of a money supply in the economy occurs without a corresponding increase in the gold and silver backing. Inflation is an invisible form of taxation that irresponsible governments inflict on their citizens. The Federal Reserve Bank has access to an unlimited supply of FRNs, since each birth certificate represents unlimited credit.   In fact each time a FRN is issued, it is issued from the credit of one United States citizen and the FRN serial number is recorded in the account of that citizen.  A copy of the list of FRN serial numbers that have been issued against your credit can be ordered, but be prepared to pay several thousand dollars, as the list is very long indeed.

Federal Reserve Notes say, "This note is legal tender for all debts, public and private." Our politicians say the "full faith and credit of the United States" is behind the money, but that is an empty statement. The government has no assets, except the labor and property of the people. So our government has pledged our labor (through our birth certificate and Social Security Account) and our property to pay its debt.

"Currency cannot be redeemed, or exchanged, for Treasury gold or any other asset used as banking. The question of just what assets 'back' Federal Reserve notes has little but bookkeeping significance." [I Bet You Thought, Federal Reserve Bank of New York, p. 11, emphasis added]

"**Banks are creating money based on a borrower's promise to pay (the IOU)... Banks create money by 'monetizing' the private debts of business and individuals.**" [*I Bet You Thought*, Federal Reserve Bank of New York, p.19, emphasis added]

"**In the United States neither paper currency nor deposits have value as commodities. Intrinsically, a dollar bill is just a piece of paper.** Deposits are merely book entries. Coins do have some intrinsic value as metal, but generally far less than their face amount.

"**What, then, makes these instruments** – checks, paper money, and coins – **acceptable at face value** in payment of all debts and for other monetary uses? Mainly, it is the confidence people have that they will be able to exchange such money for other financial assets and real goods and service whenever they choose to do so. **This partly is a matter of law; currency has been designated 'legal tender' by the government** – that is, it must be accepted." [*Modern Money Mechanics*, Federal Reserve Bank of Chicago, revised October 1982, p. 3, emphasis added]

If one thinks about the debt based money system, we come to realize that **the total money supply is backed by nothing but debt.** This is hard enough to fathom but it's even more difficult to grasp that if everyone paid off their debt, *there would be no money left in existence*. Something else to consider is that the trillions of dollars in circulation appear to represents a tremendous amount of assets. But every bit of this money is debt owed by someone.

"**If all the bank loans were paid, no one could have a bank deposit, and there would not be a dollar of coin or currency in circulation.** This is a staggering thought. We are completely dependent on the commercial banks. Someone has to borrow every dollar we have in circulation, cash, or credit. If the banks create ample synthetic money we are prosperous; if not, we starve. We are absolutely without a permanent money system. When one gets a complete grasp of the picture, the tragic absurdity of our hopeless situation is almost incredible – but there it is." [*100% Money*, Irving Fisher, p. xxii. This quote appears in the forward to the book. The author is quoting Robert Hemphill who was the Credit Manager of the Federal Reserve Bank in Atlanta. Emphasis added]

EXHIBIT C - 000019

SW SHADY-00001259

Where a debt based money system exists, the money is created when a loan is approved and credited to your account. In this situation, you do not use the lender's asset. The lender created the asset with the stroke of a pen or an entry on a computer.

This leads to questions about where does the money come from to pay the interest on the debt that created the money? One might think that the money needs to be borrowed since it appears that all money is created by debt. But this position does not consider the exchange of value (borrowed money) for labor. If we take out a loan of $10,000 with payments of $900 per month, part of each payment is interest. We earn the money to pay the interest with our labor. That's why we say that **about the only thing the government has to offer in exchange for the pubic debt is our labor.** They collect the benefit of our labor in the form of income taxes.

*CONCLUSION: OUR MONEY IS NOTHING BUT "DEBT"!!!*

EXHIBIT C - 000020

SW SHADY-00001260

## PART FIVE: IMPACT OF THE US BANKRUPTCY – PAY VS. DISCHARGE

We need to understand that there is a fundamental difference between "paying" and "discharging" a debt. To pay a debt, you must pay with value or substance (i.e. gold, silver, barter or a commodity). With FRNs, you can only discharge a debt. **You cannot pay a debt with a debt** currency system. You cannot service a debt with a currency that has no backing in value or substance. No contract in common law is valid unless it involves an exchange of "good and valuable consideration."

> "There is a distinction between a debt discharged and one paid. When discharged the debt still exists, though divested of its character as a legal obligation…" Stanek v. White, 215 NWR 784 (1927).

Federal Reserve Notes are only evidence of debt owed by the Federal Reserve Bank and Federal Reserve Notes are a commercial obligation or lien on the Federal Reserve Bank.

Other than FRNs, most "money" that flows in our economy result in just bookkeeping entries or digits in various computers. When debts are discharged, no real money flows. The only thing that happens is that bookkeeping entries are made on various computer systems. When you write a check to a merchant, eventually the merchant's checking account will be credited with the amount of the check and your checking account will be debited with the same amount. When you use a debit card, the same thing happens. The only thing that is different is that no check is written; it's all done electronically.

What does the Constitution have to say about money?

> [Congress shall have Power] To coin Money, regulate the Value thereof, and of foreign Coin … [Article 1, Section 8, clause 5]

> No State shall … make anything but gold and silver Coin a Tender in payment of Debts… [Article 1, Section 10, clause 1]

From these quotes, we can conclude that the people have delegated power to Congress to coin money and set its value. Also, the States agreed that only gold and silver coins would be valid payment of debts. This concept of paying a debt will be very important to our discussion, so let's see how "pay" is defined.

> **Pay**. To discharge a debt by tender of payment due; to deliver to a creditor the value of a debt, either in money or in goods, for his acceptance. [Black's Law Dictionary 5th Edition]

While the above definition uses the word "discharge," the words "pay" and "discharge" carry very different meanings. Notice that pay carries with it the concept of "deliver to the creditor the value of a debt, either in money or in goods." This means that "pay" includes the concept of "exchange."

> **Exchange**. To barter; to swap. To part with, give or transfer for an equivalent… [Black's Law Dictionary 5th Edition]

So the idea of an exchange is one in which two parties transfer items one to the other for like value. We conclude from this definition that an exchange pays a debt in full. Both parties received something of equal value. Now let's look at the definition for "discharge."

> **Discharge**. To release; liberate; annul; unburden; disencumber; dismiss. To extinguish an obligation; … [Black's Law Dictionary 5th Edition]

From this definition, it is clear that "discharge" is very different from "pay". **There is no exchange of equal value occurring when a debt is discharged.**

The system that was set when our republic was founded allowed people to "pay" their debts. Gold and silver both are substances that have been recognized to have intrinsic value for thousands of years. If someone wanted to buy a cow and a price of $20 was agreed between the buyer and the seller, an exchange takes place between the parties when the buyer exchanges the $20 gold piece for the cow.

EXHIBIT C - 000021

SW SHADY-00001261

Our concept of money has changed since the founding of our country from using gold and silver coins to using paper money not backed by gold (fiat money).

Thus, since 1933, **it is no longer "possible" for anyone in the United States to pay a debt** – **a debt may only be "discharged"**.  After all, when a Bankruptcy is filed in the US Bankruptcy Court, what is one doing?  We are "discharging" our debts, not paying them.  Well, we are all caught up in the jurisdiction of the Bankruptcy of the United States and within that bankruptcy, we can only "discharge" our debts – we have no way to "pay" them!!

22

October 25, 2008

EXHIBIT C - 000022

SW SHADY-00001262

## PART SIX: OUR EXEMPTION

We have seen that the government, as trustees, holds equitable interest in the United States citizens and our property. **We have been placed in the position of being the creditors of the government**. So, what have we been given in exchange? We are owed a huge debt because the government has used our property and substance (and indeed our very credit) to help with its bankruptcy.

And remember:

"... nor shall private property be taken for public use **without just compensation**." [5th Amendment]

"For the Firth Amendment commands that, however great the Nation's need, private property shall not be thus taken even for a wholly public use without just compensation. If the public interest requires, and permits, the taking of property of individual mortgagees in order to relieve the necessities of individual mortgagors, resort must be had to proceedings by eminent domain; so that, through taxation, the burden of the relief afforded in the public interest may be borne by the public." Louisville Bank v. Radford, 295 US 555, 602 (1935)

"Private property, the Constitution provides, shall not be taken for public use without just compensation." United States v. Russell, 13 Wall. 623, 627 (1871)

We have been duped into believing that we are responsible to repay the national debt. In fact, we have been the surety for the debt.

Debtors are also principals and surety; the principal debtor is bound as between him and his surety to pay the whole debt, and **if the surety pays it, he will be entitled to recover against the principal.** [Bouvier's Law Dictionary 1856]

There is a difference between the principal debtor, the government and the surety, the 14th Amendment United States citizens. The principal debtor is responsible to pay the debt. But **if we, as the surety, do pay the debt, the surety is entitled to recover the cost from the debtor.** We have been paying the debt with our property, our labor and our taxes. We are owed a great deal indeed.

"The **right of subrogation** is not founded on contract. It **is a creature of equity**; is enforced solely for the purpose of accomplishing the ends of substantial justice; and **is independent of any contractual relations between the parties.**" Memphis & L.R.R. Co. v. Dow, 120 U.S.287, 301-302 (1887).

**The rights of a surety to recovery on his risk or loss when standing for the debts of another** was reaffirmed in 1962 in Pearlman v. Reliance Ins. Co., 371 U.S. 132, when the Court said:

"...sureties compelled to pay debts for their principal have been deemed entitled to reimbursement, even without a contractual promise ... And probably there are few doctrines better established..."

**Surety**: "One who undertakes to pay or **to do any other act in event that his principal fails therein.** Everyone who **incurs a liability in person or estate for the benefit of another**, without sharing in the consideration, **stands in the position of a "surety"**. Black's Law Dictionary, 5th Ed.

Constitutionally and in the laws of equity, the United States could not borrow or pledge the property and wealth of its private citizens, put it at risk as collateral for its currency and credit, without legally providing us equitable remedy for recovery for what is due us.

What the people are owed is manifest in two ways: **the people are beneficiaries in the trust and the people have been given an exemption.**

**Exemption**. Freedom from a general duty or service; immunity form a general burden, tax or charge. Immunity from certain legal obligations ... [Blacks Law Dictionary 5th Edition]

EXHIBIT C - 000023

SW SHADY-00001263

We have been given an exemption from having to pay our debts. We now have the ability to discharge our debts.

So, what form of "payment" can we use to discharge our debts? Remember this quote from Part Five of this paper?

> "**Banks are creating money based on a borrower's promise to pay** (the IOU)... Banks create money by 'monetizing' the private debts of business and individuals." [*I Bet You Thought*, Federal Reserve Bank of New York, pg 19, emphasis added]

*I Bet You Thought*, Federal Reserve Bank of New York, further explains on page 5, that **banks create new money by depositing IOU's, promissory notes, offset by bank liabilities called checking account balances**.

Quoting from Paragraph 13. of Walker Todd's Affidavit (quoted below in Part 7):

> 13. The publication, Anne Marie. L. Gonczy, MODERN MONEY MECHANICS, 7-33, Federal Reserve Bank of Chicago, (rev. ed. June 1992)...contains standard bookkeeping entries demonstrating that *money* ordinarily is recorded as a bank *asset*, while a bank *liability* is evidence of *money* that a bank owes. The bookkeeping entries tend to prove that **banks accept cash, checks, drafts, and promissory notes/credit agreements (assets) as** *money* **deposited to create credit or checkbook money that are bank** *liabilities*, **which shows that, absent any right of setoff, banks owe** *money* **to persons who deposit** *money*... **Cash (money of exchange) is money, and credit or promissory notes (money of account) become money when banks deposit promissory notes with the intent of treating them like deposits of cash.** *See,* 12 U.S.C. Section 1813 (*l*)(1) (definition of "deposit" under Federal Deposit Insurance Act). The Plaintiff acts in the capacity of a lending or banking institution, and the newly issued credit or money is similar or equivalent to a promissory note, which may be treated as a deposit of money when received by the lending bank. Federal Reserve Bank of Dallas publication MONEY AND BANKING, page 11, explains that **when banks grant loans, they create new money. The new money is created because a new "loan becomes a deposit, just like a paycheck does."** MODERN MONEY MECHANICS, page 6, says, "**What they [banks] do when they make loans is to accept promissory notes in exchange for credits to the borrowers' transaction accounts." The next sentence on the same page explains that the banks' assets and liabilities increase by the amount of the loans.**

### 12 USC 1813

(l) The term "**deposit**" means—

(1) the unpaid balance of money or its equivalent received or held by a bank or savings association in the usual course of business and for which it has given or is obligated to give credit, either conditionally or unconditionally, to a commercial, checking, savings, time, or thrift account, or which is evidenced by its certificate of deposit, thrift certificate, investment certificate, certificate of indebtedness, or other similar name, or a check or draft drawn against a deposit account and certified by the bank or savings association, or a letter of credit or a traveler's check on which the bank or savings association is primarily liable: Provided, That, without limiting the generality of the term "money or its equivalent", **any such account or instrument must be regarded as evidencing the receipt of the equivalent of money when credited or issued in exchange for checks or drafts or for a promissory note upon which the person obtaining any such credit or instrument is primarily or secondarily liable**, or for a charge against a deposit account, or in settlement of checks, drafts, or other instruments forwarded to such bank or savings association for collection.

So, it is quite clear that we can "**discharge**" our **debts** using "**privately issued promissory notes**", which represent **our "credit" that we are issuing**. That credit originates with our **signature** and is "**funded**" or

EXHIBIT C - 000024

SW SHADY-00001264

"enabled" by our "exemption" (for which our birth certificate is "security"), which **exemption** is the "**remedy**" afforded us by **HJR 192**.

NOTE: In reality, every form of **money** which has been in use for the discharge of debt since 1933 has been in the form of a "**promise to pay**" (and rightfully so, since we can no longer actually pay), i.e., a "**promissory note**", whether it is a "Federal Reserve (Promissory) Note", a check from our bank accounts, a money order, or a "privately issued promissory note" like we might present when "taking out a mortgage".

See Part 7 - Walker Todd's Affidavit - for an understanding of the relationship of the term "money" to "legal tender", as it relates to this topic.

As we have seen, **our promise to pay (our issuance of credit) is money** and by its very terms, HJR 192 provides that: "…every provision…which purports to give the obligee a right to require payment in gold or a particular kind of coin or currency…is declared to be against Public Policy;…". Further, it states that "…no such provision shall be …made with respect to any obligation hereafter incurred." Pursuant to HJR 192, this makes way for the discharge and recovery on the United States public debt due the Principals and Sureties of the United States, providing as "**public policy**" for the discharge of every obligation, including every obligation of and to the United States, dollar for dollar, allowing those backing the United States financial reorganization to recover on it by discharging an obligation they owed to the United States or its sub-corporate entities, against the same amount of obligation of the United States owed to them; thus providing the remedy for the discharge (i.e., the "exemption", which includes the process of the 1099-OID) and orderly recovery of equity interest on United States Corporate public debt due the Sureties, Principals, and Holders of the United States. That portion of the debt so discharged is accomplished without expansion of credit, debt or obligation on the United States or these its prime-creditors. It satisfies equitable remedy to, while gaining for each bearer of the evidence of "our credit" (known and accepted as "money"), discharge of obligation equivalent in value "dollar for dollar" to any and all "lawful money of the United States".

**The issuance of "our credit" (known and accepted as "money") against the obligations of the United States, by those whose private property is at risk to collateralize the government's debt and currency by issuing said credit against the obligations of the United States to that part of the public debt due its Principals and Sureties, is required by law to be accepted as "legal tender" of payment for all debts public and private and as we have seen, are defined in law as "obligations of the United States" on the same par and category with Federal Reserve Notes and other currency and legal tender obligations.**

Thus, when we issue **our credit** (we have seen is "**credit money**", but in any event recognized as "**money**" including the concept of "legal tender", but not limited thereto), which act is at the base level accomplished by making our **signature**, whether we sign a promissory note for a home loan, a car loan, a line of credit, a credit card application or a check from our checking account, at that moment, we have **discharged the debt**. We did so through the use of our "**exemption**". Now, all that must happen is to file a 1099-OID and a 1040 to **direct the return of your credit to the source (you)** to realize the benefit of the "exemption". Thus, the return of the Original Issue Discount is the expression of the exemption realized.

It is the inability of people to "pay" at law their debts that empowers them under Public Law 73-10 to be able to exercise their exemption (exempt from paying) and to achieve setoff (mutual cancellation of debt).

THE "EXEMPTION" IS OUR REMEDY AT LAW FOR THE GOVERNMENT TAKING AWAY OUR ABILITY TO "PAY" OUR DEBTS.

Another way to look at our monetary system is to say that **everything in our society is pre-paid**. All money is backed by the people, labor and our property (including our credit). Without us, there would be no money in our current system. Everything in society has been paid at the manufacturing level with the money created from us and our property, created by the use (mostly unauthorized) of our credit. Therefore, everything in existence in our society is an extension of what we are owed and therefore **everything is pre-paid by us and for us**.

25
October 25, 2008

EXHIBIT C - 000025

SW SHADY-00001265

All the products of the economic system are pre-paid by virtue of public policy and Public Law (P.L. 73-10 – HJR 192), arising out of the necessity that there is no longer existing constitutionally authorized money to "pay" with at law. After the government took away our gold/silver backed currency, mandated in Article I, Section 10, of the Constitution of the united States of America, making it impossible to "pay" at law for anything, the government (which had seized the gold) must under public policy, pay all the bills for each of us. Thus everything is pre-paid. Everything must be paid for by the government to preclude the charges of high treason against Congress, Secretary of Treasury, Board of Governors of the Federal Reserve Bank, and the Comptroller of the Currency.

The reason everything is pre-paid is because the whole country is regulated under a credit policy as a result of HJR 192. When a vendor sends us a bill with no accompanying check with which to pay for the bill, the vendor has voluntarily withheld from us the taxable income we report on 1099OID and 1040, assessing that as our personal income. The bill is pre-paid by virtue of our names and credit therefrom being assumed and thereby used to provide funds for investment to produce the product that we are billed for. Since our credit was used by them to produce the product for which we are billed, that credit pre-pays for the resulting product, as a matter of fact.

Since there is no money of substance, the remedy for the people of the United States, being unable to "pay" our debts, is that everything is pre-paid (our "exemption") for us, so everything we pay is a tax (paid twice) and the tax (which represents our unreturned extension of credit and therefore has been "withheld" from us) must come back (be taxed back) to us (the "source").

This whole system was set up to satisfy the legal (constitutional) requirement of the federal government to provide a remedy, which is the ability to "discharge" our debts through our "exemption" and the 1099-OID is just one path with which to achieve that remedy.

Remember the 5th Amendment:

"… nor shall private property be taken for public use **without just compensation**."

26
October 25, 2008

EXHIBIT C - 000026

SW SHADY-00001266

## PART SEVEN: ONLY PEOPLE (LIVING BEINGS) CAN ISSUE ORIGINAL CREDIT

**People do the labor.  Corporations do nothing**.  **A corporation is a legal fiction**.  A corporation is a non-producing fiction.  It does not actually earn profits because it never contributes anything of substance, such as labor.  All dollars that come in as income to a corporation are in fact "taxes".  All those dollars to arrive as income to the corporation must be funded to Treasury, so that the people who have bought the corporation's products can get a refund for the income they've paid the corporation.

**All people possess the potential for virtually unlimited credit**, because all have the potential to pay back virtually an unlimited amount of debt.  This concept of unlimited credit does not hold true for artificial entities, like governments and other corporations.  Artificial entities are not living beings and cannot produce even one product or idea except through the efforts of people.  If a banker is willing to give a corporation a large amount of credit, it is only because the banker is convinced that the corporation has organized its people in such a way to create the amount of wealth necessary to repay the debt.  In fact, one could say that **artificial entities can only create debt**.  It takes no creative power to create debt.  However, it does take creative power to repay debt.

When a company "issues a person credit" is the company really risking any of its own resources to give the credit?  A careful study of Modern Money Mechanics, a publication of the Federal Reserve Bank of Chicago, makes it clear that **banks don't have any money of their own to lend and are forbidden from lending their depositors' "money" when they issue us credit**.  **What they do is exchange** (an even swap of value) **our promise to pay for credit in an account** (FRNs) so we can buy goods and services.  **Since there was an even exchange, we don't owe them anything**.  They got the note, (our promise to pay) as an asset (which they can take to the Federal Reserve Bank and fractionalize, i.e. leverage, 10 times) and we got FRNs in an account to spend.  Since nothing was loaned in the first place, the idea of calling them a creditor seems misleading.  So when the term "creditor" is used in this essay, it is in quotes to remind us that they didn't loan us anything other than our own credit.  We, the living souls, are the real ultimate "creditors" because it is only through our labor and ideas that any wealth is created.  What we have always called "creditors" in the past are really just fictional organizations ("persons" created by the government) to whom we issue some of our own credit.

To summarize the points made here, **the only kind of "money" in our economic system is credit or promises to pay.**  When we use a credit card, we are using credit, which is a promise to pay.  When we write a check, we promise that our bank will honor it and transfer credits from our account to the account of the party to whom the check is written.  When we give FRNs for goods and services, we give a promise to pay made by the federal government.  So, all we really have is a promise to pay.  There is no lawful money of substance in our economy.

> **Labor** – "Physical or mental exertion; work; toil."  Webster's New World College Dictionary, 4th Ed. (2000)

### Walker Todd Affidavit

The following informative and telling quote is taken from the Affidavit of Walker F. Todd, Expert Witness for Defendants in a State of Michigan case involving Bank One (the "Bank") and Defendants, dated December 5, 2003.  The case involved a Promissory Note that Defendants had presented to the Bank, which was apparently dishonored by the Bank.  Mr. Todd had worked for 20 years as an attorney and legal officer for the legal departments of the Federal Reserve Banks of New York and Cleveland and is a recognized expert on the legal history of central banking and the pledging of notes, bonds, and other financial instruments at the discount window to enable the Federal Reserve to make advances of credit that became money.

> "3. Banks are required to adhere to Generally Accepted Accounting Principles (GAAP).  GAAP follows an accounting convention that lies at the heart of the double-entry bookkeeping system called the Matching Principle.  This principle works as follows:  When a bank accepts bullion, coin, currency, checks, drafts, promissory notes, or any other similar instruments (hereinafter

27
October 25, 2008

EXHIBIT C - 000027

SW SHADY-00001267

"instruments") from customers and deposits or records the instruments as assets, it must record offsetting liabilities that match the assets that it accepted from customers. The liabilities represent the amounts that the bank owes the customers, funds accepted from customers. In a fractional reserve banking system like the United States banking system, most of the funds advanced to borrowers (assets of the banks) **are created by the banks themselves** and are not merely transferred from one set of depositors to another set of borrowers.

4. .,.a common misconception about the nature of money unfortunately has been perpetrated in the U.S. monetary and banking systems, especially since the 1930's. In classical economic theory, once economic exchange has moved beyond the barter stage, there are two types of money: money of *exchange* and money of *account*. For nearly 300 years in both Europe and the United States, confusion about the distinctiveness of these two concepts has led to persistent attempts to treat money of account as the equivalent of money of exchange. In reality, especially in a fractional reserve banking system, a comparatively small amount of money of exchange (e.g., gold, silver, and official currency notes) may support a vastly larger quantity of business transactions denominated in money of account. The sum of these transactions is the sum of credit extensions in the economy. With the exception of customary stores of value like gold and silver, the monetary base of the economy largely consists of credit instruments. Against this background, I conclude that the Note…clearly contemplates both disbursement of funds and eventual repayment or settlement in money of account (that is, money of exchange would be welcome but is not required to repay or settle the Note.) The factual basis of this conclusion is the reference in the Disbursement Request and Authorization to repayment of $95,905.16 to Michigan National Bank from the proceeds of the Note. That was an exchange of the credit of Bank One (Plaintiff) for credit apparently and previously extended to Defendants by Michigan National Bank. Also, there is no reason to believe that Plaintiff would refuse a substitution of the credit or another bank or banker as complete payment of the Defendants' repayment obligation under the Note. This is a case about exchanges of money of account (credit), not about exchanges of money of exchange (lawful money or even legal tender).

5. Ironically, the Note explicitly refers to repayment in "lawful money of the United States of America" (see "Promise to Pay" clause). Traditionally, and legally, Congress defines the phrase "lawful money" for the United States. Lawful money <u>was</u> the form of money of exchange that the federal government (or any state) could be required by statute to receive in payment of taxes or other debts. Traditionally, as defined by Congress, lawful money only included gold, silver, and currency notes redeemable for gold or silver on demand. In a banking law context, lawful money was only those forms of money of exchange (the forms just mentioned, plus U.S. bonds and notes redeemable for gold) that constituted the reserves of a national bank prior to 1913 (date of creation of the Federal Reserve Banks). *See,* Lawful Money, *Webster's New International Dictionary* (2nd ed. 1950). In light of these facts, I conclude that Plaintiff and Defendants exchanged reciprocal credits involving money of account and not money of exchange; no lawful money was or probably ever would be disbursed by either side in the covered transactions. This conclusion also is consistent with the bookkeeping entries that underlie the loan account in dispute in the present case. Moreover, it is puzzling why Plaintiff would retain the archaic language, "lawful money of the Untied States of America," in its otherwise modern-seeming Note. It is possible that this language is merely a legacy from the pre-1933 era. Modern credit agreements might include repayment language such as, "The repayment obligation under this agreement shall continue until payment is received *in fully and finally collected funds*," which avoids the entire question of "In what form the money or credit is the repayment obligation due."

6. *Legal tender*, a related concept but one that is economically inferior to *lawful money* because it allows payment in instruments that cannot be redeemed for gold or silver on demand, has been the form of money of exchange commonly used in the United States since 1933, when

EXHIBIT C - 000028

SW SHADY-00001268

domestic private gold transactions were suspended (until 1974). Basically, legal tender is whatever the government says that it is. The most common form of legal tender today is Federal Reserve notes, which by law cannot be redeemed for gold since 1934 or, since 1964, for silver. *See*, 31 U.S.C. Sections 5103, 5118 (b), and 5119 (a).

7. *Legal tender under the Uniform Commercial Code (U.C.C.)*, Section 1-210 (24) (Official Comment), is a concept that sometimes surfaces in cases of this nature. The referenced Official Comment notes that the definition of *money* is not limited to *legal tender* under the U.C.C. *Money* is defined in Section 1-201 (24) as "a medium of exchange authorized or adopted by a domestic or foreign government and includes a monetary unit of account established by an intergovernmental organization or by agreement between two or more nations." The relevant Official Comment states that "The test adopted is that a sanction of government, whether by authorization before issue or adoption afterward, which recognizes the circulating medium as a part of the official currency of that government. The narrow view that money is limited to legal tender is rejected." Thus, I conclude that the U.C.C. tends to validate the classical theoretical view of money.

## HOW BANKS BEGAN TO LEND THEIR OWN CREDIT INSTEAD OF REAL MONEY

8. In my opinion, the best sources of information on the origins and use of credit as money are in Alfred Marshall, MONEY, CREDIT & COMMERCE 249-251 (1929) and Charles P. Kindleberger, A FINANCIAL HISTORY OF WESTERN EUROPE 50-53 (1984). A synthesis of these sources, as applied to the facts of the present case, is as follows; As commercial banks and discount houses (private bankers) became established in parts of Europe (especially Great Britain) and North America, by the mid-nineteenth century they commonly made loans to borrowers by extending their own credit to the borrowers or, at the borrowers' direction, to third parties. The typical form of such extensions of credit was drafts or bills of exchange drawn upon themselves (claims on the credit of the drawees) instead of disbursements of bullion. Coin, or other forms of money. In transactions with third parties, these drafts and bills came to serve most of the ordinary functions of money. The third parties had to determine for themselves whether such "credit money" had value and, if so, how much. The Federal Reserve Act of 1913 was drafted with this model of the commercial economy in mind and provided at least two mechanisms (the discount window and the open-market trading desk) by which certain types of bankers' credits would be exchanged for Federal Reserve credits, which in turn could be withdrawn in lawful money. Credit at the Federal Reserve eventually became the principal form of monetary reserves of the commercial banking system, especially after the suspension of domestic transactions in gold in 1933. Thus, credit money is not alien to the current official monetary system; it is just rarely used as a device for the creation of Federal Reserve credit that, in turn, in the form of either Federal Reserve notes or banks' deposits at Federal Reserve Banks, functions as money in the current monetary system. In fact, a means by which the Federal Reserve expands the money supply, loosely defined, is to set banks' reserve requirements (currently, usually ten percent of demand liabilities) at levels that would encourage banks to extend new credit to borrowers on their own books that third parties would have to present to the same banks for redemption, thus leading to an expansion of bank-created credit money. In the modern economy, many non-bank providers of credit also extend book credit to their customers without previously setting aside an equivalent amount of monetary reserves (credit card line of credit access checks issued by non-banks are a good example of this type of credit), which also causes an expansion of the aggregate quantity of credit money. The discussion of money taken from Federal Reserve and other modern sources in paragraphs 11 et seq. is consistent with the account of the origins of the use of bank credit as money in this paragraph.

EXHIBIT C - 000029

SW SHADY-00001269

## ADVANCES OF BANK CREDIT AS THE EQUIVALENT OF MONEY

9. Plaintiff apparently asserts that the Defendants signed a promise to pay, such as a note(s) or credit application (collectively, the "Note"), in exchange for the Plaintiff's advance of funds, credit, or some type of money to or on behalf of Defendant. However, the bookkeeping entries required by application of GAAP and the Federal Reserve's own writings should trigger close scrutiny of Plaintiff's apparent assertions that it lent its funds, credit, or money to or on behalf of Defendants, thereby causing them to owe the Plaintiff $400,000. According to the bookkeeping entries shown or otherwise described to me and application of GAAP, the Defendants allegedly were to tender some form of *money* ("lawful money of the United States of America" is the type of money explicitly called for in the Note), securities or other capital equivalent to money, funds, credit, or something else of value in exchange (money of exchange, loosely defined), collectively referred to herein as "money", to repay what the Plaintiff claims was the *money* lent to the Defendants. It is not an unreasonable argument to state that Plaintiff apparently changed the economic substance of the transaction from that contemplated in the credit application form, agreement, note(s), or other similar instrument(s) that the Defendants executed, thereby changing the costs and risks to the Defendants. At most, the Plaintiff extended its own *credit* (money of account), but the Defendants were required to repay in *money* (money of exchange, and *lawful money* at that), which creates at least the inference of inequality of obligations on the two sides of the transaction (*money*, including *lawful money* is to be exchanged for *bank credit*).

## MODERN AUTHORITIES ON MONEY

11.To understand what occurred between Plaintiff and Defendants concerning the alleged loan of *money* or, more accurately, *credit*, it is helpful to review a modern Federal Reserve description of a bank's lending process. See, David H. Friedman, MONEY AND BANKING (4th ed. 1984) …: "The commercial bank lending process is similar to that of a thrift in that the receipt of cash from depositors increases both in assets and its deposit liabilities, which enables it to make additional loans and investments…When a commercial bank makes a business loan, it accepts as an asset the borrower's debt obligation (the promise to repay) and creates a liability on its books in the form of a demand deposit in the amount of the loan." (Consumer loans are funded similarly.) Therefore, the bank's original bookkeeping entry should show an increase in the amount of the asset credited on the asset side of its books and a corresponding increase equal to the value of the asset on the liability side of its books. This would show that the bank received the customer' signed promise to repay as an *asset,* thus *monetizing* the customer's signature and creating on its books a liability in the form of a demand deposit or other demand liability of the bank. The bank then usually would hold this demand deposit in a transaction account on behalf of the customer. Instead of the bank lending its *money* or other assets to the customer, as the customer reasonably might believe from the face of the Note, the bank *created* funds for the customer's transaction account without the customer's permission, authorization, or knowledge and delivered the *credit* on its own books representing those funds to the customer, meanwhile alleging that the bank lent the customer *money.* If Plaintiff's response to this line of argument is to the effect that it acknowledges that it lent credit or issued credit instead of money, one might refer to Thomas P. Fitch, BARRON'S BUSINESS GUIDE DICTIONAY OF BANKING TERMS, "Credit banking" 3. "bookkeeping entry representing a deposit of funds into an account." But Plaintiff's loan agreement apparently avoids claiming that the bank actually lent the Defendants *money.* They apparently state in the agreement that the Defendants are obligated to repay Plaintiff principal and interest for the "Valuable consideration (money), the bank gave the customer (borrower)." The loan agreement and the Note apparently still delete any reference to the bank's receipt of actual cash value from the Defendants and exchange of that receipt for actual cash value that the Plaintiff banker returned.

EXHIBIT C - 000030

SW SHADY-00001270

12. According to the Federal Reserve Bank of New York, money is anything that has value that banks and people accept as money; money does not have to be issued by the government. For example, David H. Friedman, I BET YOU THOUGHT…9, Federal Reserve Bank of New York (4th ed. 1984) …explains that banks create new money by depositing IOU's, promissory notes, offset by bank liabilities called checking account balances. Page 5 says, "Money doesn't have to be intrinsically valuable, be issued by government, or be in any special form…"

13. The publication, Anne Marie. L. Gonczy, MODERN MONEY MECHANICS, 7-33, Federal Reserve Bank of Chicago, (rev. ed. June 1992)…contains standard bookkeeping entries demonstrating that *money* ordinarily is recorded as a bank *asset*, while a bank *liability* is evidence of *money* that a bank owes. The bookkeeping entries tend to prove that banks accept cash, checks, drafts, and promissory notes/credit agreements (assets) as *money* deposited to create credit or checkbook money that are bank *liabilities*, which shows that, absent any right of setoff, banks owe *money* to persons who deposit *money*... Cash (money of exchange) is money, and credit or promissory notes (money of account) become money when banks deposit promissory notes with the intent of treating them like deposits of cash. *See*, 12 U.S.C. Section 1813 (*l*)(1) (definition of "deposit" under Federal Deposit Insurance Act). The Plaintiff acts in the capacity of a lending or banking institution, and the newly issued credit or money is similar or equivalent to a promissory note, which may be treated as a deposit of money when received by the lending bank. Federal Reserve Bank of Dallas publication MONEY AND BANKING, page 11, explains that when banks grant loans, they create new money. The new money is created because a new "loan becomes a deposit, just like a paycheck does." MODERN MONEY MECHANICS, page 6, says, "What they [banks] do when they make loans is to accept promissory notes in exchange for credits to the borrowers' transaction accounts." The next sentence on the same page explains that the banks' assets and liabilities increase by the amount of the loans.

COMMENTARY AND SUMMARY OF ARGUMENT

14. Plaintiff apparently accepted the Defendants' Note and credit application (money of account) in exchange for its own credit (also money of account) and deposited that credit into an account with the Defendants' names on the account, as well as apparently issuing its own credit for $95,905.16 to Michigan National Bank for the account of the Defendants. One reasonably might argue that the Plaintiff recorded the Note or credit application as a loan (money of account) from the Defendants to the Plaintiff and that the Plaintiff then became the borrower of an equivalent amount of money of account from the Defendants.

15. The Plaintiff in fact never lent any of its own pre-existing money, credit, or assets as consideration to purchase the Note or credit agreement from the Defendants, (Robertson Notes: I add that when the bank does the foregoing, then in that event, there is an utter failure of consideration for the "loan contract".) When the Plaintiff deposited the Defendants' $400,000 of newly issued credit into an account, the Plaintiff created from $360,000 to $400,000 of new money (the nominal principal amount less up to ten percent or $40,000 of reserves that the Federal Reserve would require against a demand deposit of this size). The Plaintiff received $400,000 of credit or money of account from the Defendants as an asset. GAAP ordinarily would require that the Plaintiff record a liability account, crediting the Defendants' deposit account, showing that the Plaintiff owes $400,000 of money to the Defendants, just as if the Defendants were to deposit cash or a payroll check into their account.

17. The Defendants' loan of their credit to Plaintiff, when issued and paid from their deposit or credit account at Plaintiff, became money in the Federal Reserve System (subject to reduction of up to ten percent for reserve requirements) as the newly issued credit was paid pursuant to written orders, including checks and wire transfers, to sellers of goods and services for the account of Defendants.

EXHIBIT C - 000031

SW SHADY-00001271

CONCLUSION

18. Based on the foregoing, Plaintiff is using the Defendants' Note for its own purposes, and it remains to be proven whether Plaintiff has incurred any financial loss or actual damages …"

As can be seen, **the bank has nothing to lend (money or credit) until the customer first lends its credit to the bank.  In fact in all bank loans, there is an utter failure of consideration on the part of the bank.**  This nasty "little" secret the banks do not want us to know.  They are helpless and unable to do business without our loan of credit.   So, **every time we issue credit to a financial institution** in the form of a promissory note for a mortgage, car loan or other type of loan, line of credit, sign a credit card application, or issue a check or other debit from our bank account, **the financial institution is required to return the credit to the source (us)**. They owe the tax to us and may not withhold the tax from us. The tax is the Original Issue Discount (OID).

32
October 25, 2008

EXHIBIT C - 000032

SW SHADY-00001272

## PART EIGHT: ORIGINAL ISSUE DISCOUNT (OID)

**By now it should be clear that when you issue credit, it must come back to the source (YOU) and that credit is called Original Issue Discount.**

The 1099-OID filing instructions refer to the "Issue" as the reportable item. That item is the credit that we issued, whether it is a promissory note, a credit card line of credit, or a check (promissory note) from our bank account. That issue cannot return to the source (us) until it is reported on a 1099-OID and claimed on a 1040.

The 1099-OID is used to tax 'eligible issues' back to the source (us) for "settlement and closing of escrow in exchange" (without money). Note that the term "tax eligible funds back to the source" does not mean we are responsible for a tax, it means that pre-paid (withheld) taxes are brought back (i.e., taxed back) to us. The settlement and closing is handled through our Treasury Account (SS#). The 1099-OID essentially allows the issuing party to volunteer the issue(s) to be taxed. These issue(s) were previously delinquent, deferred taxes that had the appearance of being abandoned property in that we never made any claim upon them. Upon identifying the eligible issue(s), we force the funds to be set aside in essentially a demand deposit account as a federal withholding for recovery as a refund on line 64 of form 1040.

Stop and think about it. What is a "Form 1040 Tax Return"? It's a "tax return"; its sole purpose is for the tax to be returned to us! And, we thought it was a form to help us pay taxes? Not! How can we return anything to the government – it had nothing to begin with. Everything originated with us and everything must return to us!!!

The 1040 simply identifies title to the 1099-OID eligible issues as both being income to us (line 8a) and as federal withholding (line 64). Commercial instruments/presentments can only obtain commercial energy/value from us (living beings), so we are the "source", the principal creditor. Since we never received actual spend-able funds, i.e., when we were billed, the vendor failed to enclose a check to pay us with – a dishonor in fact, the amount in question only represents withholdings and the income characteristics (line 8a) disappear. In fact, when we receive a bill for a product, always pre-paid, there is supposed to be a check with the bill, so we can pay the bill. The bill was given for the cost of product, the creation of which was paid by our personal credit. The amount of the bill is Withholding and is a Federal Withholding in possession of the vendor that provided the bill, without a check with which to pay.

The IRS Form 1099-OID is used to reclaim the paid taxes (Original Issue Discount) in a previous year. The IRS Form 1040 (US Individual Income Tax Return) is the form upon which a filer submits his/her income for a specific year. The REFUND amount is the filer's "claim", "account receivable", as well as a "negotiable instrument asset" and a "debt obligation" of the U.S. Government. The 1040 form also qualifies as a "letter of credit" financeable by the U.S. Treasury, due to the filer's signature creating his/her private credit. With the filing of form 1040, the filer has perfected a "claim" (True Bill in Commerce) and paid the income tax on the gross amount, leaving the filer being owed tax credits by the U.S. Treasury.

Historically, the Victory Income Tax began in the 1940's. The tax was expressly used for purposes of financing World War II. The government promised to pay and return 100% of the payment of any Victory taxes paid, the year after payment was made. Recovery of taxes paid during one year then was refunded the next year when properly claimed on a 1040 form.

So, how does the United States government pay its debt obligation for tax refunds on an IRS 1040 form? When the filer **signs** his/her signature on the 1040 form, the government can then "monetize" (i.e., turn the signature into "money") his/her signature for the amount listed on the 1040 form. "The U.S. Treasury then deposits the 1040 form, or other instrument, into a bank "with the intent of treating them like deposits of cash." The U.S. Treasury immediately places all of the funds listed on the 1040 form, or other

EXHIBIT C - 000033

SW SHADY-00001273

instruments, into a "Bank Trading" program, where they accelerate and leverage the amount listed on the 1040 form, or other instruments, many times over.  Out of the profits, the tax filer is paid his refund.

"**Bank Trading**" started shortly after World War II, as government economists met with British Economist, Maynard Keyes.  The main topic of discussion was: *How to Pay for the War* (1935).  "Bank Trading" was born when banks began trading bank "instruments".  Each time a bank trades an "instrument" with another bank, the bank usually makes 100% profit.  When bankers surround a table for the purpose of buying and selling various bank "instruments" ten times, bankers can make 1000% within hours.  This process is known as "Table Top" trades.  This was the financial method of choice used to make quick, substantial, money for the reconstruction of war torn Europe and other humanitarian projects.

Another form of "Bank Trading" is the SWEEPS account, where upon closing of the bank at 5:00 p.m., all funds in an individual SWEEPS account may be electronically traded, but the funds and profit must be returned to the SWEEPS account by 12:00 p.m. each night.

These two types of trades described above are only two of several in use currently and generally can only be "traded" in amounts of $100,000,000 or more.

Well, that is a long-about-way to just say that the United States uses our credit from our signature (which relates back to our birth certificate) to fulfill its obligations.

### The IRS Tax Code, Forms and Publications

OID is **primarily** treated at **26 USC 1271 – 1275** and **6049**, as well as in the following IRS Publications:

- **Publication 1212 – Guide to Original Issue Discount (OID) Instruments**
- **Instructions for Forms 1099-INT and 1099-OID**

**Secondarily**, other information about OID can be found in the following IRS Publications:

- **Publication 550 – Investment Income and Expense (Including Capital Gains and Losses) – Chapters 1. and 4.**
- **General Instructions for Forms 1099, 1098, 5498, and W-2G** – Part M.

The **Tax Forms** required to report the OID and file for a Tax Return are:

- **1099-OID – Original Issue Discount - A separate 1099-OID is completed for each issuance of credit.**
- **1096 – Annual Summary and Transmittal of U.S. Information Returns - All 1099-OIDs for an individual filer for a single tax year are summarized on a single 1096.**
- **Schedule B – Interest and Ordinary Dividends - All 1099-OID's for an individual filer for a single tax year are summarized on Schedule B.**
- **1040 – U.S. Individual Income Tax Return (or 1040X – Amended U. S. Individual Income Tax Return**, if an Amended return is being prepared for a past year).

In addition, an explanation of OID is provided at **33A Am Jur 2d**, at the following Paragraphs:

4210, 4414, 11250-11256, 11262, 12157, 12358, 12400-12962, 18600-18633, 30084-30086, 30358, 30713-30714, 60114-60117 and 60513 among others.

**NOTE:** Where the various "Paragraph" of 33A Am Jur 2d are quoted hereinafter, they will be designated as follows: "¶ **4210**".

The treatment of OID in the IRS Code is made from the perspective of the holder of the debt instrument, i.e. the bank or other financial institution, not from the perspective of the issuer of the debt instrument, i.e. issuer of the credit.  Therefore, the many intricate rules concerning the OID calculation and a myriad of

34
October 25, 2008

EXHIBIT C - 000034

SW SHADY-00001274

other related issues are of importance only to the financial institution with regard to their accounting and tax reporting. Very little in the IRS Code about OID is of significance to the issuer of the OID.

To grasp a fundamental understanding of the meaning of OID as described in the IRS Code, we will look at the definitions of some key terms:

> ¶ **12404. Debt Instrument defined.** For OID purposes, a debt instrument is a bond, debenture, **note**, or certificate or **other evidence of indebtedness** (26 USC 1275(a)(1)(A) (including variable rate debt instruments, see ¶ **12405**). Evidence of indebtedness includes certificates of deposit and other **deposit arrangements with financial institutions**. (26 CFR 1.1232-1(d)

So, we see that the term "debt instrument" includes, among other things: (1) a note for a mortgage, car loan, etc, (2) Evidence of any other type of indebtedness, such as a credit card, and (3) deposits made in a checking account. All of **these debt instruments represent an "issuance of credit" to a financial institution, which "credit" must come back to the source (you).**

> ¶ **12408. Original issue discount (OID) defined.** **OID is the excess**, if any, of the obligation's stated **redemption price at maturity** (¶ **12409**) **over its issue price** (¶ **12414**). (26 USC 1273(a)(1))

> ¶ **12409. Stated redemption price at maturity defined.** For OID purposes (¶ **12408**), a debt instrument's stated redemption price at maturity is the amount fixed by the last modification of the purchase agreement. It includes interest and other amounts payable at that time, but not interest that's based on a fixed rate and that's payable unconditionally at fixed periodic intervals of one year or less during the entire term of the instrument. (26 USC 1273(a)(2)

> A **debt instrument's stated redemption price at maturity is the sum of all payments provided by the instrument** other than qualified stated interest (¶ **12411**) payments. 26 CFR 1.1273-1(b)

> ¶ **12414. Issue Price.** The issue price used in the OID calculation (¶ **12408**) depends on whether the debt instrument was issued for money or property, and whether it is publicly traded (¶ **12415** *et seq.*).

We already know that the issuer of the credit (debt instrument) has an absolute right to have "**all**" his/her credit returned. When we issue credit, it originates from our "**exemption**", so its "**issue price**" for purposes of the issuer's return of the tax is **zero**. The "**price at maturity**" is the sum of all payments which are called for by the debt instrument (such as a note). So, the price at maturity represents the total OID that the issuer may reclaim and since it is a pre-paid tax (pre-paid by the issuer), the issuer does not show the OID as income on the 1040. This includes the principal amount of the debt instrument together with all interest payments.

When filing for the return of the OID, we can file for a return of the principal amount one time and can do so at any time during the term of the debt instrument. The payments made on the note could be claimed annually by filing a 1099-OID naming the company to which you issued the credit as the "Payer". An easier method is to file a 1099-OID for you bank checking account, naming the bank where you have the account as the payer. This 1099-OID then includes all payments made on the debt instrument via your checking account.

> ¶ **12401. Current inclusion of original issue discount as interest income.** The **holder of a debt instrument** specified at ¶ **12407** that is issued with original issue discount (OID, see ¶ **12408**) **must include a portion of the OID in income, as interest, in each year he holds the debt instrument**, even though the OID isn't paid until maturity. (26 USC 1271(a)(1).

Here we see that the holder of the debt instrument must include a portion of the OID as income.

EXHIBIT C - 000035

SW SHADY-00001275

¶ 60114. Reporting original issue discount (OID) – Form 1099-OID. OID of $10 or more on any obligation must be reported as an interest payment (¶ 60101) at the time it's includible in the holder's gross income (¶ 12400 et seq.). (26 USC 6049(d)(6)(A)(i))

A Form 1099-OID must be made for each person who is a holder of record of the obligation if the OID included in the holder's gross income is a t least $10.

The IRS Code requires that a 1099-OID be prepared and filed for each holder of a debt obligation. If the financial institution does not present the 1099-OID, the issuer of the credit (you) has the obligation to do and certainly has the right.

The "Interest Income Worksheet" that is needed to properly represent the OID is not available from the IRS, but can be found (with some searching) in computer tax programs. Use of the Worksheet allows the OID to be adjusted out of the "income" portion of the 1040.

You can claim newly created OID on your 1040 each year. You can also go back three years and amend with a 1040X your already filed 1040s to recover OID not previously claimed. When claiming OID through a 1040X Amendment, the following should be shown in Part II Explanation of Changes: "Line 11 - 1099-OID interest and withholding not reported or received late (Filed for equity interest recovery back to principal)". Line 11 of the 1040X corresponds with Line 64 of the 1040 – "Federal Income Tax Withheld".

## CONCLUSION

Whether this information is new to you or represents a new understanding of the issues discussed, it is hoped that your life will be eternally benefited thereby. There is no question as to the truth of the material and message of this document, there is only the question of what you will do with the information for the benefit of your self and your fellow Americans. Use this information wisely to the benefit of all.

Legal Disclaimer:
The information provided herein is provided free of charge, with authorization for all who receive it to share with others. It represents research conducted by many blurry-eyed, smiling souls into the history and law of the topic discussed. Some information found herein may be based on opinions and conclusions drawn from material reviewed during the course of the research. This document is not to be construed as legal or tax advice. Use of this material is done so at the individual's own risk.

EXHIBIT C - 000036

SW SHADY-00001276

1099-A: Strawman is the LENDER.  BORROWER is the court and also the plaintiff (on two different A's). Date of Acquisition is the date of filing on the court case, or whatever date you found out about it.  You will put the same figure in Boxes 2 and 4 as what was on the OID.  1099-A goes to both the plaintiff and the court as well.  (Send OID's and A's to all parties).   BORROWER is the court and also the plaintiff, case number goes in the acct number section, description is name of the court with the case number below it.  Same thing when it comes to the plaintiff, case number goes in the account number section, description is AGAIN the court name with the case number below it.  On the 1099-A, all you are doing is listing the amount of the abandonment, you are NOT withholding anything for your taxes on the 1099-A. THEY (court and also plaintiff, both in BORROWER position) abandoned the property since YOU are the one in possession, it was acquired using YOUR credit, not theirs, yet they withheld 100% of the credit from you by alleging you have to pay it back to them as well; you have NOT abandoned your property!

1096:  With the 1099-A enter "2" in box 3 (for both the plaintiff and the court), and boxes 4 and 5 (federal income tax withheld) will both be $0.00.  There is no federal income tax withheld on the 1099-A, that is done on the OID (you are just listing the amount of the abandonment on the A).  Use a separate 1096 for the 1099-OID's vs the 1099-A's...

Re any problem with IRS and your filing, try to remain amicable, try working things out.  Ask THEM what you did wrong with your filing.  Say "Hey, I'm only trying to get this matter cleared up so if my filing is incorrect, please show me the error of my filing and I'll be more than happy to amend."   Say,"Hey, where's the error, I'll correct the error."

With a court situation, always OID the court and also OID the plaintiff.  Use the docket/case number in the description on both OID's.

AFFIDAVIT OF ORIGINAL ISSUE to file your OID into the court case.  Statement of Facts for Affidavit of Original Issue.   The OID's and the A's are exhibits included with the Affidavit.   The 1099-A's are us saying that the mortgage company abandoned the property.

Under Rule 902 they have to accept the AFFIDAVIT OF ORIGINAL ISSUE if you are able to get it filed at the County Clerk and Recorder's Office.  When you file it, get at least 2 certified true copies (make sure they are stamped "certified true and correct copy") and take that in at the time of the trial and hand it to the judge and also the DA and they must accept it under Rule 902.

Judges do not have to accept any motion or whatever you give them, they can claim it is frivolous or whatever.  But, they MUST accept something that is a "true and correct copy" from your County Clerk and Recorder!

If the judge walks all over your paperwork then you will need to get his EIN number (send the court a W-9) and OID him/the court for losing the home.  Courthouses in the same district will probably all be running off the same EIN.

The ZYA method states to use yourself in the Payor position, this is wrong and most who do this will never receive their re-fund.  (Personally, except for this, the ZYA is an excellent starter manual). -- Siren

**EXHIBIT C - 000037**

SW SHADY-00001277

How do . view court cases/tickets    , / Par ( civil )
                                          criminal

M 1099 DA, clerk, / court itself-judge

1099 / W2's income ✓ L  M δ ∧ ⌐ r ×
  (n) r  sign ( $r √, check ? stamped u/ exchanged ) non redeemable
    FRN's... 9 n r̄ 2 ( check, δ n no funds ×

cover letter to vendor ø n ⌐ $r . ( copy n 1099 ×

separate 1096  ↑ δr specific
                  broad

turbo tax on line for 1040× income line ⌐ δ7
                     / Fed wholding ✓ δ7
                    only 2 things to change
                       Add income L 1099
lne 8A sched B 1099 OID src: of sched B - foreign ⌐ = NO
                   see

EXHIBIT C - 000038

SW SHADY-00001278