**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 13-cr-00392-CMA

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.     GEORGE THOMAS BROKAW,
2.     JOHN J. PAWELSKI,
3.     MIMI M. VIGIL, and
4.     CLARA M. MUELLER,

     Defendants.

---

**ORDER TO EXCLUDE TIME FROM SPEEDY TRIAL ACT,
CONTINUE TRIAL AND HEARING DATES, AND SET STATUS CONFERENCE**

---

     This matter is before the Court on Defendant Vigil's Unopposed Motion to Continue Trial and Motions Hearing and to Exclude Additional 120 Days from Speedy Trial Calculation (Doc. # 158).   The Court has reviewed this motion and the case file, and the reasons set forth in the motion, specifically:

     1.     Defense counsel has reviewed approximately 15,000 pages of evidence provided by the government; the government has further provided with nearly 300 gigabytes of materials (not yet reviewed by defense counsel) and approximately two terabytes of digital data (not yet reviewed);

     2.     This case has been made more complex by the decisions of Co-Defendants Brokaw and Pawelski to proceed *pro se*, as well as the notification by defense counsel for Co-Defendant Mueller of her recent significant medical issues.

Upon review, the Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i)(iv) that the ends of justice served by granting the motion outweigh the best interests of the public and the Defendant in a speedy trial.   It is, therefore,

ORDERED that Defendant's Unopposed Motion to Continue Trial and Motions Hearing and to Exclude Additional 120 Days from Speedy Trial Calculation (Doc. # 158) is GRANTED and the Court hereby grants an ends of justice continuance in this case of 120 days, which shall be excluded from the speedy trial clock, which currently stands at August 5, 2014.   It is

FURTHER ORDERED that the following dates are VACATED:

Motions Hearing set for April 24, 2014, at 1:00 PM;
Final Trial Preparation Conference set for May 9, 2014, at 9:00 AM; and
Ten-Day Jury Trial set to commence on June 2, 2014, at 8:30 AM.

IT IS FURTHER ORDERED that a status conference is set for **Wednesday, July 2, 2014, at 2:30 PM,** in Courtroom A-602, at which time new trial dates will be addressed. Defendants Brokaw and Pawelski must attend this status conference in person. Co-Defendants Vigil and Mueller, who are represented by counsel, need not attend in person.

DATED:  April __16__, 2014

BY THE COURT:

Christine M Arguello

_____
CHRISTINE M. ARGUELLO
United States District Judge