IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 13-cr-00392-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. George Thomas Brokaw,
2. John J. Pawelski,
**3. Mimi M. Vigil**, and
4. Clara M. Mueller,

        Defendants.

## DEFENDANT MIMI M. VIGIL'S MOTION TO MODIFY CONDITIONS OF RELEASE TO PERMIT CONTACT WITH CO-DEFENDANT MUELLER

Defendant Mimi M. Vigil, by Counsel, the law office of John S. Tatum, P.C., respectfully moves the Court to modify conditions of release to permit contact with Co-Defendant Mueller. In support of this request, Ms. Vigil states as follows:

1. Defendant Vigil has been an acquaintance and friend of Co-Defendant Clara Mueller for many years.

2. Upon their initial arrest and release on bail, Ms. Vigil and Ms. Mueller were ordered as a condition of bond to have no contact with each other. With notification to the Government and the Probation Department, Ms. Mueller and Ms. Vigil have participated in joint-defense meetings with Counsel.

3. While this case has been pending, Defendant Clara Mueller has suffered a stroke and has been significantly physically impaired as a result. Ms. Vigil is

concerned about Ms. Mueller's physical and mental well being and would like to visit her friend to support her during these difficult times.

4. Accordingly, Ms. Vigil requests permission to have in-person social contact with Defendant Clara Mueller once per week for up to two hours with unlimited telephone contact.  Ms. Vigil agrees to notify her Probation Officer twenty-four hours in advance of any such visit.

5. We have spoken regarding this request with Ms. Mueller's counsel, Miller Leonard, who authorizes us to inform the Court that Ms. Mueller would like to have visitation privileges with Ms. Vigil.

6. We have spoken regarding this request with Government counsel who have advised us that the Government opposes this request.

7. We have inquired of Co-Defendants Brokaw and Pawelski by e-mail whether they object to the request and have received no response.  It should be noted that Defendants Brokaw and Pawelski have been granted leave to contact each other by virtue of the fact they fired their attorneys and are proceeding *pro se*.

WHEREFORE, Defendant Vigil requests that her conditions of bond be modified to permit in-person social contact with Ms. Mueller at least once per week for up to two hours and to have unlimited telephone contact.

Respectfully submitted this 17th day of June, 2014.

Respectfully submitted,

2

JOHN S. TATUM, P.C.

s/ John S. Tatum
John S. Tatum
Attorney for Mimi Vigil
12351 East Cornell Avenue
Aurora, Colorado  80014
Telephone: (303) 750-6888
Facsimile: (303) 750-8279
Email:  john@johntatumlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of June, 2014, a true and correct copy of the foregoing **DEFENDANT MIMI M. VIGIL'S MOTION TO MODIFY CONDITIONS OF RELEASE TO PERMIT CONTACT WITH CO-DEFENDANT MUELLER** was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Matthew T. Kirsch, Esq.
Assistant United States Attorney
Email:  matthew.kirsch@usdoj.gov

Martha Paluch, Esq.
Assistant United States Attorney
Via:  martha.paluch@usdoj.gov

Miller Leonard, Esq.
Attorney for Clara Mueller
E-mail:  miller@themillerleonardlawfirm.com

And via e-mail to the following:

George Thomas Brokaw, *Pro Se*
2260 Palm Drive
Colorado Springs, Colorado  80918
E-mail:  tombrokaw33@msn.com

John Pawelski, *Pro Se*
6432 Rockville Drive
Colorado Springs, Colorado  80923
E-mail:  johnski9999@gmail.com

s/ John Tatum

3