IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 13-cr-00392-CMA

UNITED STATES OF AMERICA,

  Plaintiff,

v.

 1. GEORGE THOMAS BROKAW,
2. JOHN J. PAWELSKI,
**3. MIMI M. VIGIL**, and
4. CLARA M. MUELLER,

  Defendants.

---

**DEFENDANT VIGIL'S  NOTICE OF DEFENDANT'S PRIOR ACQUAINTANCESHIP WITH JUDGE ASSIGNED TO CASE**

---

  Defendant Mimi Vigil by counsel John S. Tatum, P.C., hereby gives Notice to the Court and to all parties of Defendant Vigil's prior acquaintanceship with the Honorable Christine Arguello, the Judge assigned to Ms. Vigil's case.  In this regard, the Court and all parties are notified as follows:

1. Ms. Vigil has after attending several court hearings whereat the Honorable Christine Arguello has presided recently recalled having become acquainted with Judge Arguello while both were members of the Hispanic Chamber of Commerce of Colorado Springs in the late 1980's or early 1990's.

2. Ms. Vigil recalls having served as president of that organization and that Judge Arguello was in attendance at meetings.  Ms. Vigil does not recall having socialized with, having served on committees with or otherwise being involved in

    a significant manner with Judge Arguello other than seeing the Judge at Chamber meetings.

3. We are bringing this the attention of the Court and the parties in an expeditious fashion in order that appropriate further inquiry may be made as the Court or any party may deem fit.

4. Ms. Vigil's position regarding this matter is that Ms. Vigil does not know of any reason resulting from the long ago joint membership in the Hispanic Chamber of Commerce that would cause the Court to be biased in favor of or against Ms. Vigil.  However, if upon the Court's memory being refreshed by the filing of this Notice, the Court should recall some matter that the Court believes would in any way influence the Court's consideration of Ms. Vigil's case, then we request that an appropriate record be made and that the Court address the matter accordingly.

5. Ms. Vigil believes that the Court should assess this situation in light of the applicable legal standard:

> "Any justice, judge or magistrate of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." 28 U.S.C.A. §455(a). "In determining whether a judge should disqualify himself under [28 U.S.C.A. §455(a)] the appropriate test is whether a reasonable person knowing all of the circumstances would be led to the conclusion that the judge's 'impartiality might reasonably be questioned.'" *Smith v Pepsico Inc.,* 434 F.Supp. 524 (S.D.Fl. 1977). This standard is broad and includes circumstances in which actual impartiality or the appearance of impartiality is present. *Id.* The general standard of section 455(a) was enacted to preserve public confidence in the impartiality and integrity of the judiciary and requires recusal where any reasonable factual basis for judicial impartiality exists. *Potashnick v Port City Const. Co.,* 609 F.2d 1101, 1111 (5th Cir. 1980)(quoting *1974 U.S. Code Cong. & Admin. News*, pp. 6351, 6454-55. Any judge who has doubts about the propriety of presiding over a particular case should

2

resolve his discretion in favor of disqualification because the clear preference is to err on the side of caution. *Id.* At 1112.

WHEREFORE, the Defendant respectfully gives Notice to the Court and the parties of her previous acquaintanceship with the District Court Judge assigned to her case.

Respectfully submitted this 17th day of July, 2014.

    Respectfully submitted,

    JOHN S. TATUM, P.C.

    s/ John S. Tatum
    John S. Tatum
    12351 East Cornell Avenue
    Aurora, Colorado  80014
    Telephone: (303) 750-6888
    Facsimile: (303) 750-8279
    Email:  john@johntatumlaw.com
    Attorney for Defendant Mimi Vigil

## CERTIFICATE OF SERVICE

      I hereby certify that on this 17th day of July, 2014, a true and correct copy of the foregoing **DEFENDANT VIGIL'S  NOTICE OF DEFENDANT'S PRIOR ACQUAINTANCESHIP WITH JUDGE ASSIGNED TO CASE** was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Matthew T. Kirsch, Esq.
Martha A. Paluch, Esq.
Assistant United States Attorneys
matthew.kirsch@usdoj.gov
martha.paluch@usdoj.gov

Miller Leonard, Esq.
miller@themillerleonardlawfirm.com
Attorney for Clara M. Mueller

And via United States Mail, postage pre-paid, and via e-mail to the following:

George Thomas Brokaw, Pro Se
2260 Palm Drive
Colorado Springs, Colorado   80918
E-mail:  tombrokaw33@msn.com


John Joseph Vigil, Pro Se
C/O P.O. Box 75341
Colorado Springs, CO. 80970-5341
E-mail:  johnski9999@gmail.com

                                              s/ Mary Unrein