# EXHIBIT 2

**Form 1040** — Department of the Treasury—Internal Revenue Service

**U.S. Individual Income Tax Return 2004** (99)   IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2004, or other tax year beginning _____, 2004, ending _____, 20 ___

OMB No. 1545-0074

**Label** (See instructions on page 16.) Use the IRS label. Otherwise, please print or type.

Your first name and initial: **JOHN J**
Last name: **PAWELSKI**
Your social security number: **330 42 9404**

If a joint return, spouse's first name and initial: ___
Last name: ___
Spouse's social security number: ___

Home address (number and street). If you have a P.O. box, see page 16.
**1480 Commanchero Dr**
Apt. no.: ___

City, town or post office, state, and ZIP code. If you have a foreign address, see page 16.
**Colorado Springs, CO. 80918**

▲ **Important!** ▲ You must enter your SSN(s) above.

Presidential Election Campaign (See page 15.)

Note. Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ▶ You ☐ Yes ☐ No   Spouse ☐ Yes ☐ No

**Filing Status**
Check only one box.

1. ☐ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☑ Head of household (with qualifying person). (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (see page 17)

**Exemptions**

- 6a ☐ Yourself. If someone can claim you as a dependent, do not check box 6a
- b  ☐ Spouse
- c Dependents:
  | (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ☑ if qualifying child for child tax credit (see page 18) |
  |---|---|---|---|
  |  |  |  | ☐ |
  |  |  |  | ☐ |
  |  |  |  | ☐ |
  |  |  |  | ☐ |

If more than four dependents, see page 18.

Boxes checked on 6a and 6b: ___
No. of children on 6c who:
- lived with you ___
- did not live with you due to divorce or separation (see page 18) ___
Dependents on 6c not entered above ___
Add numbers on lines above ▶ ___

d Total number of exemptions claimed ___

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 46929  92 |
| 8a | Taxable interest. Attach Schedule B if required | |
| b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| b | Qualified dividends (see page 20) | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 20) | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions   15a ___   b Taxable amount (see page 22) | 15b |
| 16a | Pensions and annuities   16a ___   b Taxable amount (see page 22) | 16b |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits   20a ___   b Taxable amount (see page 24) | 20b |
| 21 | Other income. List type and amount (see page 24) | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 46929  92 |

If you did not get a W-2, see page 19.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

RECEIVED DEC 0 8 2008 FRP 303

**Adjusted Gross Income**

| 23 | Educator expenses (see page 26) | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | IRA deduction (see page 26) | |
| 26 | Student loan interest deduction (see page 28) | |
| 27 | Tuition and fees deduction (see page 29) | |
| 28 | Health savings account deduction. Attach Form 8889 | |
| 29 | Moving expenses. Attach Form 3903 | |
| 30 | One-half of self-employment tax. Attach Schedule SE | |
| 31 | Self-employed health insurance deduction (see page 30) | |
| 32 | Self-employed SEP, SIMPLE, and qualified plans | |
| 33 | Penalty on early withdrawal of savings | |
| 34a | Alimony paid   b Recipient's SSN ▶ ___ | |
| 35 | Add lines 23 through 34a | |
| 36 | Subtract line 35 from line 22. This is your **adjusted gross income** ▶ | 46929  92 |

RECEIVED 2013
OCT 2 8 2008
INTERNAL REVENUE SERVICE FRESNO, CA

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 78.   Cat. No. 11320B   Form **1040** (2004)

CLEARED BY STATUTES FRESNO STATUTE TEAM DATE ___ TE# ___

GRAND JURY EXHIBIT

ADVICE RETURNED BEFORE GRAND JURY IN OPEN COURT
DATE: 9/23/13
GRAND JURY NO: 2012-2
FOREMAN: [signature]

GJ-00000365

Form 1040 (2004)     Page **2**

| | | | | | |
|---|---|---|---|---|---|
| **Tax and Credits** | 37 | Amount from line 36 (adjusted gross income) | | 37 | 46929 92 |
| | 38a | Check if: ☐ You were born before January 2, 1940, ☐ Blind. ☐ Spouse was born before January 2, 1940, ☐ Blind. Total boxes checked ▶ 38a | | | |
| **Standard Deduction for—** | b | If your spouse itemizes on a separate return or you were a dual-status alien, see page 31 and check here ▶ 38b ☐ | | | |
| • People who checked any box on line 38a or 38b or who can be claimed as a dependent, see page 31. | 39 | Itemized deductions (from Schedule A) or your **standard deduction** (see left margin) | | 39 | |
| | 40 | Subtract line 39 from line 37 | | 40 | 46929 92 |
| | 41 | If line 37 is $107,025 or less, multiply $3,100 by the total number of exemptions claimed on line 6d. If line 37 is over $107,025, see the worksheet on page 33 | | 41 | |
| | 42 | **Taxable income.** Subtract line 41 from line 40. If line 41 is more than line 40, enter -0- | | 42 | 46929 92 |
| | 43 | Tax (see page 33). Check if any tax is from: a ☐ Form(s) 8814   b ☐ Form 4972 | | 43 | 6331 00 |
| • All others: | 44 | Alternative minimum tax (see page 35). Attach Form 6251 | | 44 | 0 0 |
| Single or Married filing separately, $4,850 | 45 | Add lines 43 and 44 ▶ | | 45 | 6331 00 |
| | 46 | Foreign tax credit. Attach Form 1116 if required | 46 | | |
| | 47 | Credit for child and dependent care expenses. Attach Form 2441 | 47 | | |
| Married filing jointly or Qualifying widow(er), $9,700 | 48 | Credit for the elderly or the disabled. Attach Schedule R | 48 | | |
| | 49 | Education credits. Attach Form 8863 | 49 | | |
| | 50 | Retirement savings contributions credit. Attach Form 8880 | 50 | | |
| | 51 | Child tax credit (see page 37) | 51 | | |
| Head of household, $7,150 | 52 | Adoption credit. Attach Form 8839 | 52 | | |
| | 53 | Credits from: a ☐ Form 8396   b ☐ Form 8859 | 53 | | |
| | 54 | Other credits. Check applicable box(es): a ☐ Form 3800   b ☐ Form 8801   c ☐ Specify _____ | 54 | | |
| | 55 | Add lines 46 through 54. These are your total credits | | 55 | 0 0 |
| | 56 | Subtract line 55 from line 45. If line 55 is more than line 45, enter -0- ▶ | | 56 | 6331 00 |
| **Other Taxes** | 57 | Self-employment tax. Attach Schedule SE | | 57 | |
| | 58 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | | 58 | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | 59 | |
| | 60 | Advance earned income credit payments from Form(s) W-2 | | 60 | |
| | 61 | Household employment taxes. Attach Schedule H | | 61 | |
| | 62 | Add lines 56 through 61. This is your **total tax** ▶ | | 62 | 6331 00 |
| **Payments** | 63 | Federal income tax withheld from Forms W-2 and 1099 | 63 | 46929 92 | |
| | 64 | 2004 estimated tax payments and amount applied from 2003 return | 64 | | |
| If you have a qualifying child, attach Schedule EIC. | 65a | Earned income credit (EIC) | 65a | | |
| | b | Nontaxable combat pay election ▶ 65b | | | |
| | 66 | Excess social security and tier 1 RRTA tax withheld (see page 54) | 66 | | |
| | 67 | Additional child tax credit. Attach Form 8812 | 67 | | |
| | 68 | Amount paid with request for extension to file (see page 54) | 68 | | |
| | 69 | Other payments from: a ☐ Form 2439   b ☐ Form 4136   c ☐ Form 8885 | 69 | | |
| | 70 | Add lines 63, 64, 65a, and 66 through 69. These are your **total payments** ▶ | | 70 | 46929 92 |
| **Refund** | 71 | If line 70 is more than line 62, subtract line 62 from line 70. This is the amount you **overpaid** | | 71 | 40598 92 |
| Direct deposit? See page 54 and fill in 72b, 72c, and 72d. | 72a | Amount of line 71 you want **refunded to you** ▶ | | 72a | 40598 92 |
| | ▶ b | Routing number 1 0 7 0 0 6 4 4 4   ▶ c Type: ☑ Checking ☐ Savings | | | |
| | ▶ d | Account number 4 8 5 7 1 0 0 7 0 7 | | | |
| | 73 | Amount of line 71 you want applied to your 2005 estimated tax ▶ | 73 | 0 0 | |
| **Amount You Owe** | 74 | **Amount you owe.** Subtract line 70 from line 62. For details on how to pay, see page 55 ▶ | | 74 | |
| | 75 | Estimated tax penalty (see page 55) | 75 | | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see page 56)? ☐ **Yes.** Complete the following. ☐ **No** |
| | Designee's name ▶    Phone no. ▶ ( )    Personal identification number (PIN) ▶ |
| **Sign Here** Joint return? See page 17. Keep a copy for your records. | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. |
| | Your signature *[signed]*    Date 11/24/08    Your occupation **Authorized Representative**    Daytime phone number ( ) |
| | Spouse's signature. If a joint return, both must sign.    Date    Spouse's occupation |
| **Paid Preparer's Use Only** | Preparer's signature ▶    Date    Check if self-employed ☐    Preparer's SSN or PTIN |
| | Firm's name (or yours if self-employed), address, and ZIP code ▶    EIN    Phone no. ( ) |

Form **1040** (2004)

GJ-00000366



045 ENVELOPE POSTMARK DATE /008

T/C 300 4INT

**Form 1040** Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** **2005** (99) IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2005, or other tax year beginning _____, 2005, ending _____, 20 ___
OMB No. 1545-0074

**Label** (See instructions on page 16.) Use the IRS label. Otherwise, please print or type.

Your first name and initial: **JOHN J**
Last name: **PAWELSKI**
Your social security number: **330 42 9404**

If a joint return, spouse's first name and initial: 
Last name: 
Spouse's social security number:

Home address (number and street). If you have a P.O. box, see page 16.  Apt. no.
**1480 Commanchero Dr**

City, town or post office, state, and ZIP code. If you have a foreign address, see page 16.
**Colorado Springs, CO 80918**

▲ You must enter your SSN(s) above. ▲

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 16) ▶ ☐ You ☐ Spouse

Checking a box below will not change your tax or refund.

**Filing Status**
Check only one box.
1. ☐ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☑ Head of household (with qualifying person). (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (see page 17)

**Exemptions**
6a ☐ Yourself. If someone can claim you as a dependent, do not check box 6a
b ☐ Spouse
c Dependents:
(1) First name  Last name
(2) Dependent's social security number
(3) Dependent's relationship to you
(4) ✓ if qualifying child for child tax credit (see page 19)

If more than four dependents, see page 19.

Boxes checked on 6a and 6b ___
No. of children on 6c who:
• lived with you ___
• did not live with you due to divorce or separation (see page 20) ___
Dependents on 6c not entered above ___
Add numbers on lines above ▶ ___

d Total number of exemptions claimed

**Income**
Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 22.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

7 Wages, salaries, tips, etc. Attach Form(s) W-2 ... 7
8a Taxable interest. Attach Schedule B if required ... 8a | 6005118 | 03
b Tax-exempt interest. Do not include on line 8a ... 8b
9a Ordinary dividends. Attach Schedule B if required ... 9a
b Qualified dividends (see page 23) ... 9b
10 Taxable refunds, credits, or offsets of state and local income taxes (see page 23) ... 10
11 Alimony received ... 11
12 Business income or (loss). Attach Schedule C or C-EZ ... 12
13 Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ ... 13
14 Other gains or (losses). Attach Form 4797 ... 14
15a IRA distributions ... 15a   b Taxable amount (see page 25) ... 15b
16a Pensions and annuities ... 16a   b Taxable amount (see page 25) ... 16b
17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E ... 17
18 Farm income or (loss). Attach Schedule F ... 18
19 Unemployment compensation ... 19
20a Social security benefits ... 20a   b Taxable amount (see page 27) ... 20b
21 Other income. List type and amount (see page 29) _____ ... 21
22 Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ 22 | 6005118 | 03

**Adjusted Gross Income**
23 Educator expenses (see page 29) ... 23
24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ ... 24
25 Health savings account deduction. Attach Form 8889 ... 25
26 Moving expenses. Attach Form 3903 ... 26
27 One-half of self-employment tax. Attach Schedule SE ... 27
28 Self-employed SEP, SIMPLE, and qualified plans ... 28
29 Self-employed health insurance deduction (see page 30) ... 29
30 Penalty on early withdrawal of savings ... 30
31a Alimony paid  b Recipient's SSN ▶ RECEIVED ... 31a
32 IRA deduction (see page 31) ... 32
33 Student loan interest deduction (see page 33) ... 33
34 Tuition and fees deduction (see page 34) ... 34
35 Domestic production activities deduction. Attach Form 8903 ... 35
36 Add lines 23 through 31a and 32 through 35 ... 36
37 Subtract line 36 from line 22. This is your adjusted gross income ▶ 37 | 6005118 | 03

RECEIVED 2013
OCT 28 2008
INTERNAL REVENUE SERVICE
FRESNO, CA

RECEIVED FEB 6 2009 FRP 303
RECEIVED FEB 2009 ASFR SUPPORT
2008 NOV 28 P 1:17 COLORADO SPRINGS EXAMINATION BRANCH

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 78.   Cat. No. 11320B   Form **1040** (2005)

NO STATUTE ISSUE
INIT ___ DATE ___

GJ-00000368

Form 1040 (2005)                                                                                    Page 2

| | | | | | |
|---|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | | 38 | 6005118 03 |
| | 39a | Check if: ☐ You were born before January 2, 1941, ☐ Blind. ☐ Spouse was born before January 2, 1941, ☐ Blind. } Total boxes checked ▶ 39a | | | |
| Standard Deduction for— | b | If your spouse itemizes on a separate return or you were a dual-status alien, see page 35 and check here ▶39b ☐ | | | |
| • People who checked any box on line 39a or 39b or who can be claimed as a dependent, see page 36. | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | | 40 | |
| | 41 | Subtract line 40 from line 38 | | 41 | 6005118 03 |
| | 42 | If line 38 is over $109,475, or you provided housing to a person displaced by Hurricane Katrina, see page 37. Otherwise, multiply $3,200 by the total number of exemptions claimed on line 6d | | 42 | |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | | 43 | 6005118 03 |
| | 44 | Tax (see page 37). Check if any tax is from: a ☐ Form(s) 8814   b ☐ Form 4972 | | 44 | 2079353 30 |
| • All others: | 45 | Alternative minimum tax (see page 39). Attach Form 6251 | | 45 | |
| Single or Married filing separately, $5,000 | 46 | Add lines 44 and 45 | ▶ | 46 | 2079353 30 |
| | 47 | Foreign tax credit. Attach Form 1116 if required | 47 | | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | | |
| Married filing jointly or Qualifying widow(er), $10,000 | 49 | Credit for the elderly or the disabled. Attach Schedule R | 49 | | |
| | 50 | Education credits. Attach Form 8863 | 50 | | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | | |
| | 52 | Child tax credit (see page 41). Attach Form 8901 if required | 52 | | |
| Head of household, $7,300 | 53 | Adoption credit. Attach Form 8839 | 53 | | |
| | 54 | Credits from: a ☐ Form 8396   b ☐ Form 8859 | 54 | | |
| | 55 | Other credits. Check applicable box(es): a ☐ Form 3800  b ☐ Form 8801  c ☐ Form _____ | 55 | | |
| | 56 | Add lines 47 through 55. These are your total credits | | 56 | 0  0 |
| | 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- | ▶ | 57 | 2079353 30 |
| **Other Taxes** | 58 | Self-employment tax. Attach Schedule SE | | 58 | |
| | 59 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | | 59 | |
| | 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | 60 | |
| | 61 | Advance earned income credit payments from Form(s) W-2 | | 61 | |
| | 62 | Household employment taxes. Attach Schedule H | | 62 | |
| | 63 | Add lines 57 through 62. This is your total tax | ▶ | 63 | 2079353 30 |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 6005118 03 | |
| | 65 | 2005 estimated tax payments and amount applied from 2004 return | 65 | | |
| If you have a qualifying child, attach Schedule EIC. | 66a | Earned income credit (EIC) | 66a | | |
| | b | Nontaxable combat pay election ▶ | 66b | | |
| | 67 | Excess social security and tier 1 RRTA tax withheld (see page 59) | 67 | | |
| | 68 | Additional child tax credit. Attach Form 8812 | 68 | | |
| | 69 | Amount paid with request for extension to file (see page 59) | 69 | | |
| | 70 | Payments from: a ☐ Form 2439  b ☐ Form 4136  c ☐ Form 8885 | 70 | | |
| | 71 | Add lines 64, 65, 66a, and 67 through 70. These are your total payments | ▶ | 71 | 6005118 03 |
| **Refund** | 72 | If line 71 is more than line 63, subtract line 63 from line 71. This is the amount you overpaid | | 72 | 5797182 70 |
| Direct deposit? See page 59 and fill in 73b, 73c, and 73d. | 73a | Amount of line 72 you want refunded to you | ▶ | 73a | 5797182 70 |
| | b | Routing number  1 0 7 0 0 6 4 4   ▶ c Type: ☑ Checking  ☐ Savings | | | |
| | d | Account number  4 8 5 7 1 0 0 7 0 7 | | | |
| | 74 | Amount of line 72 you want applied to your 2006 estimated tax ▶ | 74 | | |
| **Amount You Owe** | 75 | Amount you owe. Subtract line 71 from line 63. For details on how to pay, see page 60 ▶ | | 75 | |
| | 76 | Estimated tax penalty (see page 60) | 76 | | |

**Third Party Designee**   Do you want to allow another person to discuss this return with the IRS (see page 61)? ☐ Yes. Complete the following. ☐ No
Designee's name ▶   Phone no. ▶ ( )   Personal identification number (PIN) ▶

**Sign Here**   Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.
Joint return? See page 17.
Keep a copy for your records.
Your signature: *John-Joseph: Pawelski*   Date   Your occupation: Authorized Representative   Daytime phone number ( )
Spouse's signature. If a joint return, both must sign.   Date   Spouse's occupation

**Paid Preparer's Use Only**
Preparer's signature ▶   Date   Check if self-employed ☐   Preparer's SSN or PTIN
Firm's name (or yours if self-employed), address, and ZIP code ▶   EIN
Phone no. ( )

♻ Printed on recycled paper                                                Form **1040** (2005)

OCT 2 3 2008
6 FRI/POSTMARK/DAT

# Form 1040 — Department of the Treasury—Internal Revenue Service
## U.S. Individual Income Tax Return 2006 (99)

IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2006, or other tax year beginning , 2006, ending , 20

OMB No. 1545-0074

**Label** (See instructions on page 16.) Use the IRS label. Otherwise, please print or type.

Your first name and initial: **JOHN J**
Last name: **PAWELSKI**
Your social security number: **330 42 9404**

If a joint return, spouse's first name and initial: Last name:
Spouse's social security number:

Home address (number and street). If you have a P.O. box, see page 16.
**1480 Commanchero Dr.**          Apt. no.

City, town or post office, state, and ZIP code. If you have a foreign address, see page 16.
**Colorado Springs, CO. 80918**

▲ You must enter your SSN(s) above. ▲

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 16) ▶ ☐ You ☐ Spouse

**Filing Status** — Check only one box.
1. ☐ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☑ Head of household (with qualifying person). (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (see page 17)

**Exemptions**
- 6a ☐ Yourself. If someone can claim you as a dependent, do not check box 6a
- b ☐ Spouse
- c Dependents:
  (1) First name / Last name / (2) Dependent's social security number / (3) Dependent's relationship to you / (4) ✓ if qualifying child for child tax credit (see page 19)

If more than four dependents, see page 19.

Boxes checked on 6a and 6b:
No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see page 20)
Dependents on 6c not entered above

d Total number of exemptions claimed

*(stamp: FRIVOLOUS RETURN PROGRAM NOV 1 4 2008)*
*(stamp: INTERNAL REVENUE SERVICE FRESNO, CA)*
*(stamp: RECEIVED DEC 0 8 2008 FRI 9:00)*

Add numbers on lines above ▶

**Income**
Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | |
| 8a | Taxable interest. Attach Schedule B if required | 14102841 88 |
| b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| b | Qualified dividends (see page 23) | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 24) | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions  15a    b Taxable amount (see page 25) 15b | |
| 16a | Pensions and annuities 16a    b Taxable amount (see page 26) 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits 20a    b Taxable amount (see page 27) 20b | |
| 21 | Other income. List type and amount (see page 29) | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 14102841 88 |

If you did not get a W-2, see page 23.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

**Adjusted Gross Income**

RECEIVED OCT 2 8 2008 INI.

| 23 | Archer MSA deduction. Attach Form 8853 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction (see page 29) | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid  b Recipient's SSN ▶ | |
| 32 | IRA deduction (see page 31) | |
| 33 | Student loan interest deduction (see page 33) | |
| 34 | Jury duty pay you gave to your employer | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 through 31a and 32 through 35 | 0 0 |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | 14102841 88 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 80.   Cat. No. 11320B   Form **1040** (2006)

Form 1040 (2006) Page 2

| | | | | | |
|---|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | | 38 | 14102841 88 |
| | 39a | Check if: ☐ You were born before January 2, 1942, ☐ Blind. ☐ Spouse was born before January 2, 1942, ☐ Blind. Total boxes checked ▶ 39a | | | |
| Standard Deduction for— | b | If your spouse itemizes on a separate return or you were a dual-status alien, see page 34 and check here ▶ 39b ☐ | | | |
| | 40 | **Itemized deductions** (from Schedule A) or your **standard deduction** (see left margin) | | 40 | |
| • People who checked any box on line 39a or 39b or who can be claimed as a dependent, see page 34. | 41 | Subtract line 40 from line 38 | | 41 | 14102841 88 |
| | 42 | If line 38 is over $112,875, or you provided housing to a person displaced by Hurricane Katrina, see page 36. Otherwise, multiply $3,300 by the total number of exemptions claimed on line 6d | | 42 | |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | | 43 | 14102841 88 |
| | 44 | Tax (see page 36). Check if any tax is from: a ☐ Form(s) 8814  b ☐ Form 4972 | | 44 | 4912858 30 |
| | 45 | **Alternative minimum tax** (see page 39). Attach Form 6251 | | 45 | |
| • All others: | 46 | Add lines 44 and 45 ▶ | | 46 | 4912858 30 |
| Single or Married filing separately, $5,150 | 47 | Foreign tax credit. Attach Form 1116 if required | 47 | | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | | |
| | 49 | Credit for the elderly or the disabled. Attach Schedule R | 49 | | |
| Married filing jointly or Qualifying widow(er), $10,300 | 50 | Education credits. Attach Form 8863 | 50 | | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | | |
| | 52 | Residential energy credits. Attach Form 5695 | 52 | | |
| | 53 | Child tax credit (see page 42). Attach Form 8901 if required | 53 | | |
| Head of household, $7,550 | 54 | Credits from: a ☐ Form 8396 b ☐ Form 8839 c ☐ Form 8859 | 54 | | |
| | 55 | Other credits: a ☐ Form 3800 b ☐ Form 8801 c ☐ Form ___ | 55 | | |
| | 56 | Add lines 47 through 55. These are your **total credits** | | 56 | 0  0 |
| | 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ▶ | | 57 | 4912858 30 |
| **Other Taxes** | 58 | Self-employment tax. Attach Schedule SE | | 58 | |
| | 59 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | | 59 | |
| | 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | 60 | |
| | 61 | Advance earned income credit payments from Form(s) W-2, box 9 | | 61 | |
| | 62 | Household employment taxes. Attach Schedule H | | 62 | |
| | 63 | Add lines 57 through 62. This is your **total tax** ▶ | | 63 | 4912858 30 |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 14102841 88 | |
| | 65 | 2006 estimated tax payments and amount applied from 2005 return | 65 | | |
| If you have a qualifying child, attach Schedule EIC. | 66a | Earned income credit (EIC) | 66a | | |
| | b | Nontaxable combat pay election ▶ 66b | | | |
| | 67 | Excess social security and tier 1 RRTA tax withheld (see page 60) | 67 | | |
| | 68 | Additional child tax credit. Attach Form 8812 | 68 | | |
| | 69 | Amount paid with request for extension to file (see page 60) | 69 | | |
| | 70 | Payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | 70 | | |
| | 71 | Credit for federal telephone excise tax paid. Attach Form 8913 if required | 71 | | |
| | 72 | Add lines 64, 65, 66a, and 67 through 71. These are your **total payments** ▶ | | 72 | 14102841 88 |
| **Refund** | 73 | If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you **overpaid** | | 73 | 4912858 30 |
| Direct deposit? See page 61 and fill in 74b, 74c, and 74d, or Form 8888. | 74a | Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | | 74a | 9189983 58 |
| | b | Routing number ▢▢▢▢▢▢▢▢▢ ▶ c Type: ☐ Checking ☐ Savings | | | |
| | d | Account number ▢▢▢▢▢▢▢▢▢▢▢▢▢▢▢▢▢ | | | |
| | 75 | Amount of line 73 you want applied to your **2007 estimated tax** ▶ 75 | | | |
| **Amount You Owe** | 76 | **Amount you owe.** Subtract line 72 from line 63. For details on how to pay, see page 62 ▶ | | 76 | |
| | 77 | Estimated tax penalty (see page 62) | 77 | | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see page 63)?  ☐ **Yes. Complete the following.** ☐ **No** | | | | |
| | Designee's name ▶      Phone no. ▶ (    )      Personal identification number (PIN) ▶ ▢▢▢▢▢ | | | | |
| **Sign Here** | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | | | |
| Joint return? See page 17. Keep a copy for your records. | Your signature  /s/ John-Joseph: Rauch    Date 11/21/08    Your occupation    Daytime phone number (   ) | | | | |
| | Spouse's signature. If a joint return, both must sign.    Date    Spouse's occupation | | | | |
| **Paid Preparer's Use Only** | Preparer's signature ▶    Date    Check if self-employed ☐    Preparer's SSN or PTIN | | | | |
| | Firm's name (or yours if self-employed), address, and ZIP code ▶        EIN        Phone no. (   ) | | | | |

Form **1040** (2006)

GJ-00000371

ENVELOPE
OCT 28 2008

RESEARCH DONE

**Form 1040** Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** **2007**
For the year Jan. 1–Dec. 31, 2007, or other tax year beginning , 2007, ending , 20
IRS Use Only—Do not write or staple in this space.
OMB No. 1545-0074

**Label** (See instructions on page 12.) Use the IRS label. Otherwise, please print or type.

Your first name and initial: JOHN J
Last name: PAWELSKI
Your social security number: 330 42 9404

If a joint return, spouse's first name and initial:
Last name:
Spouse's social security number:

Home address (number and street). If you have a P.O. box, see page 12.
1480 Commanchero Dr.
Apt. no.

City, town or post office, state, and ZIP code. If you have a foreign address, see page 12.
Colorado Springs, CO. 80918

▲ You must enter your SSN(s) above. ▲

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 12) ▶ ☐ You ☐ Spouse

**Filing Status** Check only one box.
1 ☐ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☑ Head of household (with qualifying person). (See page 13.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (see page 14)

**Exemptions**
6a ☐ Yourself. If someone can claim you as a dependent, do not check box 6a
b ☐ Spouse
c Dependents:
(1) First name | Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ☑ if qualifying child for child tax credit (see page 15)

If more than four dependents, see page 15.

Boxes checked on 6a and 6b ____
No. of children on 6c who:
• lived with you ____
• did not live with you due to divorce or separation (see page 16) ____
Dependents on 6c not entered above ____
Add numbers on lines above ▶

d Total number of exemptions claimed

**Income**
Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 19.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

7 Wages, salaries, tips, etc. Attach Form(s) W-2 ........ 7
8a Taxable interest. Attach Schedule B if required ...... 8a    12161028 00
b Tax-exempt interest. Do not include on line 8a  | 8b |
9a Ordinary dividends. Attach Schedule B if required ...... 9a
b Qualified dividends (see page 19) | 9b |
10 Taxable refunds, credits, or offsets of state and local income taxes (see page 20) .. 10
11 Alimony received .................. 11
12 Business income or (loss). Attach Schedule C or C-EZ ...... 12
13 Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ .. 13
14 Other gains or (losses). Attach Form 4797 ........ 14
15a IRA distributions . | 15a |  b Taxable amount (see page 21) 15b
16a Pensions and annuities | 16a |  b Taxable amount (see page 22) 16b
17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E .. 17
18 Farm income or (loss). Attach Schedule F ........ 18
19 Unemployment compensation ............. 19
20a Social security benefits | 20a |  b Taxable amount (see page 24) 20b
21 Other income. List type and amount (see page 24) _____ 21
22 Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ 22   121661028 00

FRIVOLOUS RETURN PROGRAM
NOV 14 2008
NO income taxes
INTERNAL REVENUE SERVICE
FRESNO, CA
RECEIVED
DEC 08 2008
FRP 303

**Adjusted Gross Income**
23 Educator expenses (see page 26) ...... 23
24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ 24
25 Health savings account deduction. Attach Form 8889 . 25
26 Moving expenses. Attach Form 3903 ...... 26
27 One-half of self-employment tax. Attach Schedule SE . 27
28 Self-employed SEP, SIMPLE, and qualified plans . . 28
29 Self-employed health insurance deduction (see page 26) 29
30 Penalty on early withdrawal of savings ..... 30
31a Alimony paid  b Recipient's SSN ▶ _____ 31a
32 IRA deduction (see page 27) ........ 32
33 Student loan interest deduction (see page 30) . . 33
34 Tuition and fees deduction. Attach Form 8917 . . 34
35 Domestic production activities deduction. Attach Form 8903 35
36 Add lines 23 through 31a and 32 through 35 ............. 36   0 0
37 Subtract line 36 from line 22. This is your adjusted gross income ...... ▶ 37   121661028 00

RECEIVED
OCT 28 2008
INTERNAL REVENUE SERVICE
FRESNO, CA

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 83.
Cat. No. 11320B
Form **1040** (2007)

GJ-00000372

Form 1040 (2007) Page 2

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 121661028 00 |
| | 39a | Check if: ☐ You were born before January 2, 1943, ☐ Blind. ☐ Spouse was born before January 2, 1943, ☐ Blind. } Total boxes checked ▶ 39a | | |
| Standard Deduction for— | b | If your spouse itemizes on a separate return or you were a dual-status alien, see page 31 and check here ▶ 39b ☐ | | |
| • People who checked any box on line 39a or 39b or who can be claimed as a dependent, see page 31. | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | |
| | 41 | Subtract line 40 from line 38 | 41 | 121661028 00 |
| | 42 | If line 38 is $117,300 or less, multiply $3,400 by the total number of exemptions claimed on line 6d. If line 38 is over $117,300, see the worksheet on page 33 | 42 | |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 121661028 00 |
| | 44 | Tax (see page 33). Check if any tax is from: a ☐ Form(s) 8814  b ☐ Form 4972  c ☐ Form(s) 8889 | 44 | 4232320 20 |
| • All others: | 45 | Alternative minimum tax (see page 36). Attach Form 6251 | 45 | |
| Single or Married filing separately, $5,350 | 46 | Add lines 44 and 45 ▶ | 46 | 4232320 20 |
| | 47 | Credit for child and dependent care expenses. Attach Form 2441 | 47 | |
| | 48 | Credit for the elderly or the disabled. Attach Schedule R | 48 | |
| Married filing jointly or Qualifying widow(er), $10,700 | 49 | Education credits. Attach Form 8863 | 49 | |
| | 50 | Residential energy credits. Attach Form 5695 | 50 | |
| | 51 | Foreign tax credit. Attach Form 1116 if required | 51 | |
| | 52 | Child tax credit (see page 39). Attach Form 8901 if required | 52 | |
| Head of household, $7,850 | 53 | Retirement savings contributions credit. Attach Form 8880 | 53 | |
| | 54 | Credits from: a ☐ Form 8396 b ☐ Form 8859 c ☐ Form 8839 | 54 | |
| | 55 | Other credits: a ☐ Form 3800 b ☐ Form 8801 c ☐ Form ___ | 55 | |
| | 56 | Add lines 47 through 55. These are your total credits | 56 | 0  0 |
| | 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ▶ | 57 | 4232320 20 |
| **Other Taxes** | 58 | Self-employment tax. Attach Schedule SE | 58 | |
| | 59 | Unreported social security and Medicare tax from: a ☐ Form 4137  b ☐ Form 8919 | 59 | |
| | 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 60 | |
| | 61 | Advance earned income credit payments from Form(s) W-2, box 9 | 61 | |
| | 62 | Household employment taxes. Attach Schedule H | 62 | |
| | 63 | Add lines 57 through 62. This is your total tax ▶ | 63 | 4232320 20 |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 121661028 00 |
| | 65 | 2007 estimated tax payments and amount applied from 2006 return | 65 | |
| If you have a qualifying child, attach Schedule EIC. | 66a | Earned income credit (EIC) | 66a | |
| | b | Nontaxable combat pay election ▶ 66b | | |
| | 67 | Excess social security and tier 1 RRTA tax withheld (see page 59) | 67 | |
| | 68 | Additional child tax credit. Attach Form 8812 | 68 | |
| | 69 | Amount paid with request for extension to file (see page 59) | 69 | |
| | 70 | Payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | 70 | |
| | 71 | Refundable credit for prior year minimum tax from Form 8801, line 27 | 71 | |
| | 72 | Add lines 64, 65, 66a, and 67 through 71. These are your total payments ▶ | 72 | 121661028 00 |
| **Refund** | 73 | If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you overpaid | 73 | 7933781 70 |
| Direct deposit? See page 59 and fill in 74b, 74c, and 74d, or Form 8888. | 74a | Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 74a | 7933781 70 |
| | b | Routing number | | |
| | | ▶ c Type: ☑ Checking ☐ Savings | | |
| | d | Account number | | |
| | 75 | Amount of line 73 you want applied to your 2008 estimated tax ▶ | 75 | |
| **Amount You Owe** | 76 | Amount you owe. Subtract line 72 from line 63. For details on how to pay, see page 60 ▶ | 76 | |
| | 77 | Estimated tax penalty (see page 61) | 77 | |
| **Third Party Designee** | | Do you want to allow another person to discuss this return with the IRS (see page 61)? ☐ Yes. Complete the following. ☐ No | | |
| | | Designee's name ▶         Phone no. ▶ (  )         Personal identification number (PIN) ▶ | | |
| **Sign Here** | | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | |
| Joint return? See page 13. Keep a copy for your records. | | Your signature ▶ *by John Joseph Powell* Date 11/24/08  Your occupation Authorized Representative  Daytime phone number | | |
| | | Spouse's signature. If a joint return, both must sign. Date   Spouse's occupation | | |
| **Paid Preparer's Use Only** | | Preparer's signature ▶         Date         Check if self-employed ☐   Preparer's SSN or PTIN | | |
| | | Firm's name (or yours if self-employed), address, and ZIP code         EIN         Phone no. (  ) | | |

Form **1040** (2007)

GJ-00000373