# EXHIBIT 7

## Message0282

**Subject:** RE: OID & INCOME TAX WORKSHOP
**From:** TOM BROKAW
**Date:** 6/4/2009 1:41:34 PM
**To:** effnbks@myedl.com

### Message Body

Curtis, After talking with you today, approximately 45 min later I went to the mail box to get the mail.
Five letters from IRS. They applied my refund for 2008, over $62,000 (the whole amount from the OID) to clear up 1999, 2000, 2001 years. Remember, I only sent in returns for 2003 forward. The other envelopes were release of tax liens for 1999 and 2000. Tom.
You should put this info plus the other victories out in a E-MAIL message.

From: effnbks@myedl.com
To: tombrokaw33@msn.com
Subject: FW: OID & INCOME TAX WORKSHOP
Date: Sun, 17 May 2009 18:53:44 -0600

Tom,

You might try and contact John about the SS letter to stop the levy, he says in this that he stopped his?

Curtis

From: John Kirk [mailto:johnkirk_925@hotmail.com]
Sent: Saturday, May 16, 2009 5:17 PM
To: Carlos Perez
Subject: OID & INCOME TAX WORKSHOP

You are receiving this because you have requested further information or were inadvertently added to my mail list. If you do not want to receive further information from me or INALO reply back with REMOVE ME in the subject line. Other wise I hope you find this informative enough to plan on attending or are willing to forward to certain of your contacts.

…CE RETURNED BEFORE
…ERAL GRAND JURY
DATE: 9/23/13
GRAND JURY NO: 2012-2
FOREMAN: [signature]



GRAND JURY
EXHIBIT
19
12-2

GJ-00000417

Thanks. John


This message is a personal and privileged communication from Indian Nations Advocate Law office (INALO), P.O. BOX13595, Des Moines, Washington 98198 and is intended only for the addressee. If you have received this in error delete immediately and notify the sender at 206-870-1470. We use and teach Jurisdictionary methods. Learn more - click here Jurisdictionary®
<http://www.jurisdictionary.com/index.asp?=KJ0002>

HAWKAP (Health And Wisdom Knowledge And Prosperity)

John Kirk

_____

Hotmail® goes with you. Get it on your BlackBerry or iPhone.
<http://windowslive.com/Tutorial/Hotmail/Mobile?ocid=TXT_TAGLM_WL_HM_Tutorial_Mobile1_052009>

### Outlook Header Information

Conversation Topic: OID & INCOME TAX WORKSHOP
Sender Name: TOM BROKAW
Received By: Curtis Morrris
Delivery Time: 6/4/2009 1:41:34 PM
Creation Time: 6/5/2009 7:38:50 AM
Modification Time: 6/5/2009 7:51:31 AM
Submit Time: 6/4/2009 1:41:15 PM
Importance: Normal
Flags: 1 = Read
Size: 14717

### Standard Header Information

Return-Path: <tombrokaw33@msn.com>
X-Original-To: effnbks@myedl.com
Delivered-To: effnbks@myedl.com
Received: from k080.smtproutes.com (k080.smtproutes.com [208.70.89.180])
 by mail.myedl.com (Postfix) with ESMTP id 60BBF70FF6
 for <effnbks@myedl.com>; Thu, 4 Jun 2009 13:41:34 -0600 (MDT)
X-Katharion-ID: 1244144491.26864.k080 (3.0)
Received: from bay0-omc3-s20.bay0.hotmail.com ([65.54.246.220])
 by k080.smtproutes.com ([192.168.2.180])
 with ESMTP via TCP; 04 Jun 2009 19:41:26 -0000

```
Received: from BAY111-W41 ([64.4.17.141]) by bay0-omc3-s20.bay0.hotmail.com with Microsoft SMTPSVC
(6.0.3790.3959);
     Thu, 4 Jun 2009 12:41:15 -0700
Message-ID: <BAY111-W41037641854F272EB898DFB14B0@phx.gbl>
Content-Type: multipart/alternative;
 boundary="_70c44d2e-c292-4015-9639-a18c0ae86c2b_"
X-Originating-IP: [97.121.163.149]
From: TOM BROKAW <tombrokaw33@msn.com>
To: <effnbks@myedl.com>
Subject: RE: OID & INCOME TAX WORKSHOP
Date: Thu, 4 Jun 2009 19:41:15 +0000
Importance: Normal
In-Reply-To: <20090518005344.E15D05C03B@mail.myedl.com>
References: <20090518005344.E15D05C03B@mail.myedl.com>
MIME-Version: 1.0
X-OriginalArrivalTime: 04 Jun 2009 19:41:15.0737 (UTC) FILETIME=[6C7FF490:01C9E54C]
```