# EXHIBIT 22





## Registered Private Offset And Discharge Bond
### NON NEGOTIABLE

**Bond Number MMVOB0002**

USPO REGISTERED MAIL # RA 218 080 565 US  
VALUE: $300,000,000.00 USD  
ISSUE DATE: June 1, 2009  
EXPIRATION DATE: May 31, 2039

Pay To The: Timothy F. Geithner., Secretary of the United States Treasury  
Order  The United States Department of the Treasury,  
Of:  1500 Pennsylvania Avenue, NW  
  Washington, DC 20220.

For:  Mimi-Michelle :Vigil,  —  Principal,  
  MIMI M VIGIL  —  Account Holder, and  
  Social Security Number: 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  —  Account, each severally

| | |
|---|---|
| State of California Department of Revenue and all Agents Thereof | |
| American Mortgage Network | Account Holder |
| Saxon Mortgage | Account Holder |
| Citibank | Account Holder |
| Capital One Financial Corporation | Account Holder |
| Bellco Credit Union | Account Holder |
| Walmart | Account Holder |
| SLS Loan Servicing | Account Holder |
| HSBC Holdings | Account Holder |
| Ameriquest | Account Holder |
| Household Beneficial | Account Holder |
| Orchard Bank | Account Holder |
| Beneficial Finance -- HSBC Group | Account Holder |
| Ocwen Financial Corporation | Account Holder |
| G E Money Bank | Account Holder |
| ENT Credit Union | Account Holder |
| Bank of America | Account Holder |
| FIA Card Services | Account Holder |
| Countrywide Bank | Account Holder |
| Home Depot | Account Holder |
| Citi Cards Canada | Account Holder |
| Target National Bank/Target Corporation | Account Holder |
| UMB Financial Corporation | Account Holder |
| Washington Mutual Bank/WaMu | Account Holder |
| Chase Bank | Account Holder |
| CIT Group | Account Holder |

By On through:  
Mimi-Michelle :Vigil, Principal,  —  Private Offset Account # 523745833

George-Thomas :Brokaw, Surety #1,  —  Private Offset Account # 278402356  
Private Offset Discharging and Indemnity Bond # GTBIB0001 USPO REGISTERED MAIL # RA 218 079 908 US

John-Joseph :Pawelski, Surety #2,  —  Private Offset Account # 330429404  
Private Offset Discharging and Indemnity Bond #: JJPIB0001 USPO REGISTERED MAIL # RE 016 974 897 US

Surety #1 initials  Surety #2  Principal Iinitials

Page 1 of 6  Bond Number MMVOB0002 United States Post Office Registered Mail Number RA 218 080 565 US

-2-

## AFFIDAVIT OF NOTARY PRESENTMENT

State of Colorado        )
                         ) ss.:        **CERTIFICATION OF MAILING**
County of El Paso        )

On this __2nd__ day of June, 2009, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that Mimi-Michelle :Vigil appeared before me with the following documents listed below. I, the below signed notary, personally verified that these documents were placed in an envelope and sealed by me. They were sent by United States Post Office Registered Mail #RA 218 080 565 US to:

Timothy F. Geithner, Secretary of the Treasury
The United States Department of the Treasury
1500 Pennsylvania Ave NW
Washington, D.C. [20220]

List of Documents Mailed:

1. Registered Private Offset and Discharge Bond
2. Copy of Affidavit of Notary Presentment

WITNESS my hand and official seal.

_____        __June 2, 2009__        (Seal)
NOTARY PUBLIC                         DATE

My commission expires: __3-11__, 20 __12__        (Stamp)

```
CLARA M. MUELLER
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 3-11-2012
```

-3-

GJ-00000094

We, as Signatories, to execute this Registered Private Offset and Discharge Bond # MMVOB0001 do hereby affix Our Initial(s), Seal(s), and Signature(s) to this Bond / Instrument on this <u>30th</u> day of <u>April</u> in the year of Two Thousand and <u>Nine</u>

Surety # 1 Initials    Surety # 2 initials    Principal initials

George-Thomas :Brokaw, Surety #1
Private Offset Account # 278402356
/S/ _____ Surety #1:

John-Joseph :Pawelski, Surety #2
Private Offset Account # 330429404
/S/ _____ Surety #2:

Mimi-Michelle :Vigil, Principal
Private Offset Account # 523745833
/S/ _____ Principal:

We Solemnly attest as Witness, to the authenticity of the foregoing Initials(s), Seal(s), and Signature(s) placed upon this Document on this, the <u>1st</u> Day of June in the year Two Thousand and Nine.

Witness #1 <u>Thomas Joseph Williams</u>
/S/ _____ Living Location  c/o 4873 Daybreak Cir Colorado Springs, CO (NEAR) 80917

Witness #2 <u>Gerald Roy Hardenpyle</u>
/S/ _____ Living Location  c/o 14255 C. [illegible] Ln [Pexton, Colorado] (near) 80531

Page 6 of 6    Bond Number MMVOB0002 - United States Post Office Registered Mail Number RA 218 080 565 US

-4-

GJ-00000095

C) MR. TIMOTHY F. GEITHNER, THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY shall have 10 (TEN) days from the date of receipt of this Bond, as witnessed by the Date of Receipt affixed to the USPO Return Receipt, to dishonor this Bond by returning this Bond and Notice of Dishonor with Statement of Reason to the Principal at
the stipulated mailing address by USPS Certified Mail. Failure to return this Bond as stated shall constitute **Acceptance** and **Honoring** of this Bond by terms of Contract and constitute **Acceptance** and **Honoring** of all of the associated transactions and adherence to all of the terms and conditions contained herein, in accordance with the Law, by MR. TIMOTHY F. GEITHNER THE SECRETARY OF THE TREASURY, and THE UNITED STATES DEPARTMENT OF THE TREASURY.

D) MR. TIMOTHY F. GEITHNER, THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY, shall ledger this Bond as an Asset as best suits the needs of THE UNITED STATES DEPARTMENT OF THE TREASURY, in accordance with the terms and conditions contained herein for a period of 30 (Thirty) years.

E) The Principal's stipulated mailing address is:
   Mimi-Michelle :Vigil
   MIMI VIGIL
   c/o 3578 Hartsel Drive #E
   Colorado Springs, Colorado NEAR [80920]
   Non Domestic without the US

F) This Registered Private Offset and Discharge Bond Number MMVOB0001, shall expire on Maturity Date May 31, 2039

_Surety #1 Initials_    _Surety #2 Initials_    _Principal Initials_

Page 5 of 6   Bond Number MMVOB0002 · United States Post Office Registered Mail Number RA 218 060 565 US

-5-

GJ-00000096



# Bond Order

A) MR. TIMOTHY F. GEITHNER, THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY shall offset all pre-existing and current liabilities for the named Account Holder(s) and Account(s) by offset against this Bond, Dollar for Dollar, jointly and severally, for any amount or cumulative amount(s) up to and including $300,000,000.00 (USD) - Three Hundred Million United States Dollars, all such obligations which shall include but not be limited to, any and all underlying and related account(s), agency(s), bond(s), and person(s), public or private, whether named or unnamed, for all aiding(s), abetting(s), act(s), action(s) (whether civil or criminal), accusations, act(s) of god, advisement(s), affidavit(s), affirmation(s), absconding(s), admiralty action(s), arrest(s), activity, attestation(s), accident(s), appointment(s), accord(s), agreement(s), bill(s), breach(es) of contract, bond(s), bankruptcy action(s), baring(s), brokering(s), capture(s), case(s), cause(s), charge(s), claim(s), code(s), collection(s), commercial action (s), common law action(s), complaint(s), commitment(s), communication(s) (whether Written, Oral, or Electronic, with or without notice), compensatory damage(s), cost(s), criminal debt(s), contract(s), conspiracy, counterfeiting(s), condemning(s), contributing(s), conveying(s), commission(s), damage(s), database(s), debt(s), decision(s), default(s), deficit(s), deficiencies, docket(s), document(s), encumbrance(s), equity action(s), error(s), execution(s), election(s), expense(s), fee(s), file(s), finding(s), fine(s), forfeiture(s), fraud(s), hearing(s), holding(s), information(s), indictment(s), injury(s), instrument(s), incursion(s), incarceration(s), investigation(s), interrogation(s), In Rem proceeding(s), impeachment(s), judgment(s), laundering(s), levy(ies), liability(ies), lien(s), loss(es), letter(s), license(s), manufacturing(s), margin(s), negligence(s), notice(s), obligation(s), obligation(s) of contract, obligation(s) of performance, order(s), option(s), penal action(s), penal debt(s), penal sum(s), pronouncement(s), probation(s), parole(s), prize(s), process(es), profit(s), regulation(s), reimbursement(s), restitution(s), recidivism(s), recklessness(s), recoupment(s), rule(s), recovery(s), recrimination(s), regulation (s), regulatory action(s), recission(s), rebuttal(s), reprisal(s), recourse(s), remedy(s), remediation(s), statement(s), statute(s), seizure(s), subrogation(s), supervision(s), summoning(s), service(s), tax(es), testimony, TRUE BILL(s), taking(s), transaction(s), uttering(s), violation(s), and warrant(s), or other named or unnamed liabilities. All such liabilities, duties, obligations, and debts shall be ledgered against this Bond for Offset by, on/ through our Private Offset Account(s) and shall pay, satisfy, offset, and discharge, Dollar for Dollar, all such obligations fully and completely, thereby restoring and maintaining the Honorable Standing of the named Account Holder (s) and Account(s) by, on/ through our Private Offset Account(s).

B) MR. TIMOTHY F. GEITHNER, THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY shall offset all future liabilities for the named Account Holder(s) and Account(s) by offset against this Bond, Dollar for Dollar, jointly and severally, for any amount or cumulative amount(s) up to and including **$300,000,000.00 (USD) - Three Hundred Million United States Dollars**, all such obligations which shall include but not be limited to, any and all underlying and related account(s), agency(s), bond(s), and person(s), public or private, whether named or unnamed, for all aiding(s), abetting(s), act(s), action(s) (whether civil or criminal), accusations, act(s) of god, advisement(s), affidavit(s), affirmation(s), absconding(s), admiralty action(s), arrest(s), activity, attestation(s), accident(s), appointment(s), accord(s), agreement(s), bill(s), breach(es) of contract, bond(s), bankruptcy action(s), baring(s), brokering(s), capture(s), case(s), cause(s), charge(s), claim(s), code(s), collection(s), commercial action(s), common law action(s), complaint(s), commitment(s), communication(s) (whether Written, Oral, or Electronic, with or without notice), compensatory damage(s), cost(s), criminal debt(s), contract(s), conspiracy, counterfeiting(s), condemning(s), contributing(s), conveying (s), commission(s), damage(s), database(s), debt(s), decision(s), default(s), deficit(s), deficiencies, docket(s), document(s), encumbrance(s), equity action(s), error(s), execution(s), election(s), expense(s), fee(s), file(s), finding(s), fine(s), forfeiture(s), fraud(s), hearing(s), holding(s), information(s), indictment(s), injury(s), instrument(s), incursion(s), incarceration(s), investigation(s), interrogation (s), In Rem proceeding(s), impeachment(s), judgment(s), laundering(s), levy(ies), liability(ies), lien(s), loss(es), letter(s), license(s), manufacturing(s), margin(s), negligence(s), notice(s), obligation(s), obligation(s) of contract, obligation(s) of performance, order(s), option(s), penal action(s), penal debt(s), penal sum(s), pronouncement(s), probation(s), parole(s), prize(s), process(es), profit(s), regulation(s), reimbursement(s), restitution(s), recidivism(s), recklessness(s), recoupment(s), rule(s), recovery(s), recrimination(s), regulation (s), regulatory action(s), recission(s), rebuttal(s), reprisal(s), recourse(s), remedy(s), remediation(s), statement(s), statute(s), seizure(s), subrogation(s), supervision(s), summoning(s), service(s), tax(es), testimony, TRUE BILL(s), taking(s), transaction(s), uttering(s), violation(s), and warrant(s), or other named or unnamed liabilities. All such liabilities, duties, obligations, and debts shall be ledgered against this Bond for Offset by, on/ through our Private Offset Account(s) and shall pay, satisfy, offset, and discharge, Dollar for Dollar, all such obligations fully and completely, thereby restoring and maintaining the Honorable Standing of the named Account Holder (s) and Account(s) by, on/ through our Private Offset Account(s).

_____  _____  _____
Surety # 1 initials            Surety # 2 initials            Principal initials

Page 4 of 6   Bond Number MMVOB0002 · United States Post Office Registered Mail Number RA 218 080 565 US



In order to Discharge or Offset debt, to protect Secured Interests, to reserve the right of Remedy, Recourse and Subrogation, and in order to maintain the Honor of the named Account Holder(s) and Account(s), and to facilitate lawful commercial transactions, and in order to lawfully engage in commerce within the jurisdiction of THE UNITED STATES DEPARTMENT OF THE TREASURY, this Private Offset Discharging and Indemnity Bond, issued to TIMOTHY F. GEITHNER THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY is necessitated.

We, Mimi-Michelle :Vigil, Principal, and George-Thomas :Brokaw, Surety, and John-Joseph :Pawelski, Surety, being Creditors, Sui Juris status, of sound mind(s), Standing in Honor, with full knowledge and full disclosure, with Honorable Intent, herein hold, bind, and obligate Ourselves, individually and cooperatively, jointly and severally, as voluntary sureties for the herein named Account Holder(s) and Account(s), each Jointly and Severally, for any amount(s) up to and including **$300,000,000.00 (USD) - Three Hundred Million United States Dollars**, for the Honorable purposes through this Bond, of Underwriting, Insuring, and Indemnifying said Account Holder(s) and Account(s) against any and all pre-existing, current, and future liabilities through/by Offsetting against this Bond, Dollar for Dollar, all such obligations, which shall include but not be limited to, any and all underlying and related account(s), agency(s), bond(s), and person(s), public or private, whether named or unnamed, for all aiding(s), abetting(s), act(s), action(s) (whether civil or criminal), accusations, act(s) of god, advisement(s), affidavit(s), affirmation(s), absconding(s), admiralty action(s), arrest(s), activity, attestation(s), accident(s), appointment(s), accord(s), agreement(s), bill(s), breach(es) of contract, bond(s), bankruptcy action(s), baring(s), brokering(s), capture(s), case(s), cause(s), charge(s), claim(s), code(s), collection(s), commercial action(s), common law action(s), complaint(s), commitment(s), communication(s) (whether Written, Oral, or Electronic, with or without notice), compensatory damage(s), cost(s), criminal debt(s), contract(s), conspiracy, counterfeiting(s), condemning(s), contributing(s), conveying(s), commission(s), damage(s), database(s), debt(s), decision(s), default(s), deficit(s), deficiencies, docket(s), document(s),

encumbrance(s), equity action(s), error(s), execution(s), election(s), expense(s), fee(s), file(s), finding(s), fine(s), forfeiture(s), fraud(s), hearing(s), holding(s), information(s), indictment(s), injury(s), instrument(s), incursion(s), incarceration(s), investigation(s), interrogation(s), In Rem proceeding(s), impeachment(s), judgment(s), laundering(s), levy(ies), liability(ies), lien(s), loss(es), letter(s), license(s), manufacturing(s), margin(s), negligence(s), notice(s), obligation(s), obligation(s) of contract, obligation(s) of performance, order(s), option(s), penal action(s), penal debt(s), penal sum(s), pronouncement(s), probation(s), parole(s), prize(s), process(es), profit(s), regulation(s), reimbursement(s), restitution(s), recidivism(s), recklessness(s), recoupment(s), rule(s), recovery(s), recrimination(s), regulation(s), regulatory action(s), recission(s), rebuttal(s), reprisal(s), recourse(s), remedy(s), remediation(s), statement(s), statute(s), seizure(s), subrogation(s), supervision(s), summoning(s), service(s), tax(es), testimony, TRUE BILL(s), taking(s), transaction(s), uttering(s), violation(s), and warrant(s), or other named or unnamed liabilities. All such liabilities, duties, obligations, and debts shall be ledgered against this Bond for Offset by, on/through our Private Offset Account(s) and shall pay, satisfy, offset, and discharge, Dollar for Dollar, all such obligations fully and completely, thereby restoring and maintaining the Honorable Standing of the named Account Holder(s) and Account(s) by, on/ through our Private Offset Account(s).

Surety #1 initials     Surety #2 initials     Principal initials

Page 2 of 6    Bond Number MMVOB0002    · United States Post Office Registered Mail Number RA 218 080 565 US

-7-

MR. TIMOTHY F. GEITHNER, THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY shall have 10 (TEN) days from the date of receipt of this Bond, as witnessed by the Date of Receipt affixed to the USPS Return Receipt, to dishonor this Bond by returning this Bond and Notice of Dishonor with Statement of Reason to the Principal at the stipulated mailing address by USPS Certified Mail. Failure to return this Bond as stated shall constitute Acceptance and Honoring of this Bond by terms of Contract and constitute Acceptance and Honoring of all of the associated transactions and adherence to all of the terms and conditions contained herein, in accordance with the Law, by MR. TIMOTHY F. GEITHNER THE SECRETARY OF THE TREASURY, AND THE UNITED STATES DEPARTMENT OF THE TREASURY.

MR. TIMOTHY F. GEITHNER THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY, shall ledger this Bond as an Asset as best suits the needs of THE UNITED STATES DEPARTMENT OF THE TREASURY, in accordance with the terms and conditions contained herein for a period of 30 (Thirty) years.

_____          _____          _____
    Surety # 1                      Surety # 2                       Principal

Page 3 of 6   Bond Number MMVB0002 - United States Post Office Registered Mail Number RA 218 080 565 US

-8-