# EXHIBIT 29

Attachment G

U.S. POSTAGE
COLORADO SPRING, C
MAY 08 '11
$1.28
AMOUNT
0005D303-03

20220

FIRST CLASS

I R S Technical Support Division
c/o Treasury UCC Contract Trust
Internal Revenue Service
1500 Pennsylvania Avenue, NW
Washington, D C   20220

EVIDENCE RETURNED BEFORE
FEDERAL GRAND JURY
DATE:                5/20/13
GRAND JURY NO:    2012-2
FOREMAN:          [signature]

4BTV

2260 Palm Drive
Colo. Springs, CO
80918

GRAND JURY
EXHIBIT
9
12-2

-1-

George Thomas Brokaw
c/o 2260 Palm Drive
Colorado Springs, Colorado [80918]

To:   Internal Revenue Service                      May 2, 2011
      Criminal Investigation Division
      Box 192
      Covington, Kentucky 41012

Certified Mail Number: 7009 3410 0000 6319 0513

## Instructions for the Enclosed Invoices

All of the following enclosed documents have been signed and Accepted For Value and Returned
for Settlement by the Authorized Representative, George Thomas Brokaw, exemption ID
number 278402356,and are being submitted for immediate payment via the GEORGE THOMAS
BROKAW Constructive Trust account number 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.

All settlement payments are to be made by the U.S. Treasury or its assigned agent (IRS) as
Trustee. Settlement payment is to be mailed directly to the company or deposited directly into
the account via routing number if applicable, and for the benefit of the "debtor" as listed on
each company invoice, or money order. (ie; memo)

Each of the following documents are being submitted under Universal Postal Union (UPU)
international jurisdiction for immediate priority processing for payment and settlement.

The accounts below are listed in priority payment status. These documents are to be processed
immediately upon receipt to balance and settle all of the accounts via UPU priority jurisdiction
and handling. (ie; 21 days)

TAX: TRANSACTION PRIVELEGE -  Internal Revenue Service, CVL PEN Dec. 31, 1999
TAX: TRANSACTION PRIVELEGE – Internal Revenue Service, CVL PEN Dec. 31, 2000
TAX: TRANSACTION PRIVELEGE- Internal Revenue Service, CVL PEN Dec. 31, 2001
TAX: TRANSACTION PRIVELEGE- Internal Revenue Service, 1040A Dec.31, 2001
TAX: TRANSACTION PRIVELEGE- Internal Revenue Service, 1040A Dec. 31, 2003
TAX: TRANSACTION PRIVELEGE- Internal Revenue Service, CVL PEN Dec. 31, 2002
TAX: TRANSACTION PRIVELEGE- Internal Revenue Service, CVL PEN Dec. 31, 2003
TAX: TRANSACTION PRIVELEGE- Internal Revenue Service, 1040A Dec. 31, 2005
TAX: TRANSACTION PRIVELEGE- Internal Revenue Service, 1040A Dec. 31, 2006
TAX: TRANSACTION PRIVELEGE- Internal Revenue Service, CVL PEN Dec. 31, 2004
TAX: TRANSACTION PRIVELEGE- Internal Revenue Service, 1040A Dec. 31, 2004
LOAN: FARMERS NEW WORLD LIFE INSURANCE CO.- Account # 006603250V

1

-2-

GJ-00000110

Once the above invoices have been paid and settled in full and the accounting balanced, the Department of the Treasury may use any potential overpayments (if applicable) for use as they see fit.

*****************************************************************************
### Acknowledgement

County of El Paso      )
                        ) ss.

State of Colorado          )

SUBCRIBED TO AND SWORN before me this 2nd day of May, A.D. 2011, a Notary, that George Thomas Brokaw, personally appeared and known to me to be the man whose name subscribed to the within instrument and acknowledged to be the same.

_Celina M Mueller_     Seal:
Notary Public
My Commission Expires 3/11/12

CLARA M. MUELLER
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 3/11/12

_May 2, 2011_
**Date Signed**

_George Thomas Brokaw_
**Signature of Authorized Representative**
Exemption ID Number 278402356

**Note: Notary is not a party to this transaction; notary is for verification of identification and mailing.

2

-3-

GJ-00000111

## ACCOUNT INFORMATION

GEORGE   BROKAW                                                    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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
|---|---|---|---|---|---|
| | | | Paying Late Penalty | Interest | |
| 1040A | DEC. 31, 2004 | $120,286.74 | $16,925.73 | $14,148.73 | $159,361.20 |

07736



---

**Payment Voucher**    Cut below and use this voucher to send in your payment.  This voucher is for payments only.

*Money Order :*

**Your Telephone Number:**          SB N       CP-91

( )____-_____          **Best Time to Call**          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

____ AM ____ PM          Amount you owe:   $159,361.20
                          Less payments not
*Pay To : Internal Revenue Service*      Included
   *The Amount of ;* _____          Adjusted amount

Internal Revenue Service          GEORGE   BROKAW
PO BOX 145566          2260 PALM DR C
CINCINNATI   OH 45250-5566          COLORADO SPGS, CO   80918-7013

*by ; George Thomas Brokaw*
*dated : May 1, 2011*

278402356 KP BROK 30 0 200412 670 00015936120

-4-



For deposit to US Treasury
For credit to Internal Revenue
Service
For Account# CP-91
form# 1040A
Signed: George Thomas Brokaw
without Recourse to
George Thomas Brokaw

-5-

## ACCOUNT INFORMATION

GEORGE T BROKAW                                                              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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
| --- | --- | --- | --- | --- | --- |
| | | | Paying Late Penalty | Interest | |
| CVL PEN | DEC. 31, 2004 | $500.00 | $.00 | $158.06 | $658.06 |

07737





**Payment Voucher**       Cut below and use this voucher to send in your payment. This voucher is for payments only.

*Money Order:*                      SB N       CP-91

**Your Telephone Number:**       **Best Time to Call**       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

(   )   -                    ___AM ___PM       Amount you owe:              $658.00
                                               Less payments not
*Pay To: Internal Revenue Service*             Included
   *The Amount of,* _____           Adjusted amount

Internal Revenue Service                       GEORGE T BROKAW
PO BOX 145566                                  2260 PALM DR C
CINCINNATI  OH 45250-5566                      COLORADO SPGS  CO   80918-7813

                                               *by: George Thomas Brokaw*
                                               *dated: May 1, 2011*

278402356 KP BROK 55 0 200412 670 0000065806

-6-

For deposit to US Treasury
For credit to Internal Revenue
Service.

For Account # CP-91
Term# CVL-PEN
Signed: George Thomas Brokaw
Without Recourse to
George Thomas Brokaw

-7-

## ACCOUNT INFORMATION

GEORGE   BROKAW                                              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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
|---|---|---|---|---|---|
| | | | Paying Late Penalty | Interest | |
| 1040A | DEC. 31, 2006 | $32,979.16 | $3,802.38 | $3,742.64 | $40,524.18 |

07739



---

**Payment Voucher**       Cut below and use this voucher to send in your payment.  This voucher is for payments only.

*Money Order :*

Your Telephone Number:                SB N          CP-91

(     )___-_____                          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

                              Best Time to Call

                     ___ AM ___ PM          Amount you owe:          ~~$40,524.18~~
                                            Less payments not
*Pay To: Internal Revenue Service*          included
*The Amount of,* _____            Adjusted amount

Internal Revenue Service                    GEORGE   BROKAW
PO BOX 145566                               2266 PALM DR C
CINCINNATI   OH 45250-5566                  COLORADO SPGS   CO   80918-7813

                                            *by : George Thomas Brokaw*
                                            *dated : May 1, 2011*

278402356 KP BROK 30 0 200612 670 00004052418

-8-

For deposit To U.S. Treasury
For Credit to Internal Revenue
    Service

For Account # CR-91
    Form # 1040 A

Signed: George Thomas Brokaw
Without Recourse to
George Thomas Brokaw

-9-

GJ-00000117

**ACCOUNT INFORMATION**

GEORGE   BROKAW                                                   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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
|---|---|---|---|---|---|
| | | | Paying Late Penalty | Interest | |
| 1040A | DEC. 31, 2005 | $65,125.24 | $4,377.78 | $7,390.76 | $76,893.78 |

07738

*[signature]* *George Thomas Brokaw AR May 1, 2011*

*[signature]* *George Brokaw*

3c  USA

---

**Payment Voucher**      Cut below and use this voucher to send in your payment.  This voucher is for payments only.

*Money Order:*

**Your Telephone Number:**          SB N      **CP-91**          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

**Best Time to Call**

(   )_____          ____AM ____PM          Amount you owe:     $76,893.78

*Pay To: Internal Revenue Service*          Less payments not included

*The Amount of,* _____          Adjusted amount

Internal Revenue Service                    GEORGE   BROKAW
PO BOX 145566                               2260 PALM DR C
CINCINNATI  OH 45250-5566                   COLORADO SPGS  CO   80918-7813

*by: George Thomas Brokaw*
*dated: May 1, 2011*

278402356 KP BROK 30 0 200512 670 00007689378

-10-

GJ-00000118

For deposit to U.S. Treasury
For credit to Internal Revenue Service

For Account # CP-71
Form # 1040 A

Signed: George Thomas Brokaw
With All Records To
George Thomas Brokaw

-11-

GJ-00000119

**ACCOUNT INFORMATION**

GEORGE T BROKAW                                                                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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
|---|---|---|---|---|---|
| | | | Paying Late Penalty | Interest | |
| CVL PEN | DEC. 31, 2003 | $500.00 | $.00 | $163.37 | $663.37 |

007735

*George Thomas Brokaw AR May 1, 2011*

*George Thomas Brokaw*

*George Thomas Brokaw*

-3c USA

---

**Payment Voucher**          Cut below and use this voucher to send in your payment.  This voucher is for payments only.

*Money Order :*

**Your Telephone Number:**          **Best Time to Call**          SB N          CP -91          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

( )___-_____          _____ AM ____ PM          Amount you owe:          $663.37
                                                   Less payments not
                                                   included
*Pay To: Internal Revenue Service*          Adjusted amount
*The Amount of,* _____

**Internal Revenue Service**          GEORGE T BROKAW
PO BOX 145566          2260 PALM DR C
CINCINNATI  OH 45250-5566          COLORADO SPGS  CO  80928-7813

*by: George Thomas Brokaw*

*dated: May 1, 2011*

278402356 KP BROK 55 0 200312 670 00000066337

-12-

For deposit to US Treasury
For credit to Internal Revenue
Service

For Account # CP-91
From CVL PED

Signed: George Thomas Brokaw
without Recourse To
George Thomas Brokaw

3c USA

GJ-00000121

## ACCOUNT INFORMATION

GEORGE T  BROKAW                                                            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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
| --- | --- | --- | --- | --- | --- |
| | | | Paying Late Penalty | Interest | |
| CVL PEN | DEC. 31, 2002 | $500.00 | $.00 | $167.85 | $667.85 |

07733

*George Thomas Brokaw AR May 1 2011*

*George Thomas Brokaw*

.3c USA

---

**Payment Voucher**        Cut below and use this voucher to send in your payment.  This voucher is for payments only.

*Money Order:*                      SB N        CP-91

**Your Telephone Number:**        **Best Time to Call**              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

(    )____-_____          ____ AM ____ PM        Amount you owe:                    $667.85
                                                  Less payments not included
*Pay To : Internal Revenue Service*              Adjusted amount
*The amount of,* _____

Internal Revenue Service                 GEORGE T  BROKAW
PO BOX 145566                            2260 PALM DR C
CINCINNATI  OH 45250-5566                COLORADO SPGS  CO   80918-7813

|᎐|ᎏ|᎐|ᎏ᎐ᎏ|᎐ᎏ|                          *by: George Thomas Brokaw*
                                          *dated: May 1, 2011*

278402356 KP BROK 55 0 200212 670 00000066785

-14-

For deposit to U.S. Treasury
For credit to Internal Revenue Service

For Account #, CP-91
Form - CV- PFN

Signed: George Thomas Brokaw
without Recourse to
George Thomas Brokaw

George Thomas Brokaw

3c USA

-15-

## ACCOUNT INFORMATION

GEORGE T BROKAW                                                          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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
| | | | Paying Late Penalty | Interest | |
|---|---|---|---|---|---|
| 1040A | DEC. 31, 2003 | $67,766.92 | $.00 | $23,875.03 | $91,641.95 |

007734



---

**Payment Voucher**        Cut below and use this voucher to send in your payment. This voucher is for payments only.

Money Order :

SB N        CP-91

**Your Telephone Number:**        Best Time to Call

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

( )___-___        ___AM ___PM

Amount you owe:        $91,641.95
Less payments not Included
Adjusted amount

Pay To : Internal Revenue Service
The amount of :

Internal Revenue Service
PO BOX 145566
CINCINNATI  OH 45250-5566

GEORGE T BROKAW
2260 PALM DR C
COLORADO SPGS  CO  80918-7813

by : George Thomas Brokaw
date: May 1, 2011

278402356 KP BROK 30 0 200312 670 00009164195

-16-

for deposit To US Treasury
for credit to Internal Revenue
Service

for Account # c.P - 91
form # 1040 A

Signed : George Thomas Brockman
without Recourse to
George Thomas Brockman

George Thom Brockman
_3c USA

-17-

GJ-00000125

## ACCOUNT INFORMATION

GEORGE T BROKAW                                                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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
|---|---|---|---|---|---|
| | | | Paying Late Penalty | Interest | |
| 1040A | DEC. 31, 2001 | $31,856.81 | $.00 | $16,647.16 | $48,503.97 |

07731

---

**Payment Voucher**      Cut below and use this voucher to send in your payment.  This voucher is for payments only.

Money Orders         SB N      CP-91         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

**Your Telephone Number:**       **Best Time to Call**      Amount you owe:      $48,503.97

( )    -          ___ AM ___ PM      Less payments not included

Pay to: Internal Revenue Service      Adjusted amount

the Amount of: _____

Internal Revenue Service      GEORGE T BROKAW
PO BOX 145566            2260 PALM DR C
CINCINNATI   OH 45250-5566      COLORADO SPGS, CO   80918-7013

by: George Thomas Brokaw

dated: May 1, 2011

278402356 KP BROK 30 0 200112 670 0000485039?

GJ-00000126

For deposit to US Treasury
For credit to Internal Revenue
Service
For Account # CR-91
Form 1040A

Signed: _George Thomas Brokaw_
without Recourse to
George Thomas Brokaw

GJ-00000127

## ACCOUNT INFORMATION

GEORGE T  BROKAW                                                   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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
| --- | --- | --- | --- | --- | --- |
| | | | Paying Late Penalty | Interest | |
| CVL PEN | DEC. 31, 2001 | $500.00 | 0.00 | $177.78 | $677.78 |

07732

George Thomas Brokaw AR  May 1, 2011

3c USA

---

**Payment Voucher**        Cut below and use this voucher to send in your payment.  This voucher is for payments only.

Money Order :

**Your Telephone Number:**                SB N         CP-91           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

( )___-_____                **Best Time to Call**         **Amount you owe:**           $677.78

Pay To : Internal           ___AM ___PM      Less payments not
The amount of,        Revenue Service     Included
                                                                 Adjusted amount

**Internal Revenue Service**              GEORGE T  BROKAW
PO BOX 145566                    2260 PALM DR C
CINCINNATI  OH 45250-5566            COLORADO SPGS  CO  80918-7813

                                                         by: George Thomas Brokaw
                                                         dated: May 1, 2011

278402356 KP BROK 55 0 200112 670 00000067778

-20-

For deposit to U.S. Treasury
For Credit to Internal Revenue
Service

For Account # CP-91
Form Civil 1031

Signed: *George Thomas Brisbane*
W.H.F Revenue for
George Thomas Brisbane

GJ-00000129

## ACCOUNT INFORMATION

GEORGE T BROKAW                                                    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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
| | | | Paying Late Penalty | Interest | |
|---|---|---|---|---|---|
| CVL PEN | DEC. 31, 2000 | $512.00 | $.00 | $167.90 | $679.90 |

·07730

| Payment Voucher | Cut below and use this voucher to send in your payment.  This voucher is for payments only. |

*Money Order*

SB N      CP -91

**Your Telephone Number:**            Best Time to Call            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

(    )____-____            ____ AM ____ PM

*Pay To: Internal Revenue Service*
*The amount of,*

Amount you owe:            $679.90
Less payments not Included
Adjusted amount

**Internal Revenue Service**
PO BOX 145566
CINCINNATI OH 45250-5566

GEORGE T BROKAW
2260 PALM DR C
COLORADO SPGS CO 80918-7813

*by: George Thomas Brokaw*
*dated: May 1, 2011*

278402356 KP BROK 55 0 200012 670 00000067990

-22-

For deposit to US Treasury
for credit to Internal Revenue
service

For Account #. form# CP-91
cyp-91n
Signed: *George Thomas Brokaw*
without recourse to
George Thomas Brokaw

George Ann Brokaw

3c USA

-23-

## ACCOUNT INFORMATION

GEORGE T BROKAW        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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
| --- | --- | --- | --- | --- | --- |
| | | | Paying Late Penalty | Interest | |
| CVL PEN | DEC. 31, 1999 | $512.00 | $.00 | $171.60 | $683.60 |



007729



*George Thomas Brokaw FR May 1, 2011*

*George Thomas Brokaw*

-3c- USA

---

**Payment Voucher**      Cut below and use this voucher to send in your payment. This voucher is for payments only.

*Money Order :*

**Your Telephone Number:**      SB N      CP-91      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

( )___-___    **Best Time to Call**

*Pay To : Internal Revenue Service* ___AM ___PM

*The Amount of ,* _____

| | |
| --- | --- |
| **Amount you owe:** | $683.60 |
| Less payments not included | |
| Adjusted amount | |

**Internal Revenue Service**
PO BOX 145566
CINCINNATI OH 45250-5566

GEORGE T BROKAW
2260 PALM DR C
COLORADO SPGS CO 80918-7813

*by: George Thomas Brokaw*
*dated : May 1, 2011*

278402356 KP BROK 55 0 199912 670 00000068360

-24-

or deposit to U.S Treasury
for Credit to Internal Revenue
                Service
For Account # C.P-91
        From -cVL PE!)

Signed: George Thomas Brokaw
        without Recourse To
George Thomas Brokaw

-25-

**Individual Variable Universal Life**
**Periodic Report to Contract Owner**

 **FARMERS**

*Farmers New World Life Insurance Company*
*Variable Policy Service Office*
*P.O. Box 724208*
*Atlanta GA 31139*
*1-877-376-8008 (toll free)*

11/28/2010 through 02/27/2011

381

| | |
|---|---|
| Agent: | Mark Olsen |
| Agent #: | 07-45-56 |
| Phone: | (719) 593-9916 |

TOM BROKAW
2260 PALM DR
COLORADO SPRINGS CO  80918-7813

| | | | |
|---|---|---|---|
| Statement Date: | 03/01/2011 | Owner(s): | Tom Brokaw |
| Policy Number: | 006603250V | Principal Sum: | $150,000.00 |
| Insured: | Tom Brokaw | Death Benefit Option: | Level (Option B) |
| Issue Date: | 11/28/2000 | Benefits and Riders: | |
| Issue Age: | 54 | | |

## Summary of Basic Policy Values 11/28/2010 through 02/27/2011

| | | | |
|---|---|---|---|
| Beginning Principal Sum: | $150,000.00 | Beginning Contract Value: | $16,437.69 |
| Ending Principal Sum: | $150,000.00 | Ending Contract Value: | $16,720.26 |
| Ending Loan Balance: | $13,363.24 | Surrender Charge (upon full surrender): | $1,321.50 |
| Ending Death Benefit: | $150,000.00 | Ending Cash Surrender Value: | $2,035.52 |

## Summary of Transactions

| | | | |
|---|---|---|---|
| Beginning Contract Value | $16,437.69 | Beginning Loan Balance | $13,215.80 |
| **Plus** | | **Plus** | |
| Premium Paid | $200.00 | New Policy Loan | $0.00 |
| Interest Credited/Investment Experience | $355.60 | Accrued Loan Interest | $147.44 |
| **Less** | | **Less** | |
| Percent of Premium Charges | $7.00 | Loan Principal/Interest Repayments | $0.00 |
| Expense Charges | $15.00 | Ending Loan Balance | $13,363.24 |
| Net Withdrawals | $0.00 | | |
| Surrender Charges, Forfeited Value, and Other Fees | $0.00 | | |
| Transfer Fees | $0.00 | | |
| Cost of Insurance | | | |
| Base Plan | $251.03 | | |
| Benefits and Riders | $0.00 | | |
| Ending Contract Value | $16,720.26 | | |

**THE CONTRACT VALUE, SURRENDER VALUE, AND DEATH BENEFIT MAY INCREASE OR DECREASE IN ACCORDANCE WITH THE INVESTMENT EXPERIENCE OF THE SEPARATE ACCOUNT.**

Distributed by:  Farmers Financial Solutions, LLC, 30801 Agoura Road, Bldg. 1, Agoura Hills, CA 91301-2054 / (818) 584-0200
Member FINRA & SIPC
Information about the Securities Investor Protection Corporation (SIPC) including the SIPC Brochure may be obtained by contacting SIPC
at (202) 371-8300 or via the Internet at www.sipc.org

(2297992)

Page 1 of 4

07-45-56  5

GJ-00000134

## Summary of Transactions

| | | | |
|---|---|---|---|
| Beginning Contract Value | $16,437.69 | Beginning Loan Balance | $13,215.80 |
| **Plus** *Money Order :* | | **Plus** | |
| Premium Paid | $200.00 | New Policy Loan | $0.00 |
| Interest Credited/Investment Experience | $355.60 | Accrued Loan Interest | $147.44 |
| **Less** *PAY TO : FARmERs New WorlD L.te Ins Co.* | | | |
| Percent of Premium Charges | $7.00 | Loan Principal/Interest Repayments | $0.00 |
| Expense Charges | $15.00 | | |
| Net Withdrawals | $0.00 | Ending Loan Balance | $13,363.24 |
| Surrender Charges, Forfeited Value, and Other Fees *The Amount* | $0.00 | *of, #13363.24* | |
| Transfer Fees | $0.00 | | |
| Cost of Insurance | | *by: George Thomas Brokaw* | |
| Base Plan | $251.03 | | |
| Benefits and Riders | $0.00 | *dated : May 1, 2011* | |
| Ending Contract Value | $16,720.26 | | |

-27-

GJ-00000135

For deposit to U.S Treasury
For Credit to Farmers Insurance Company
For Account # 006603250V
Loans

Signed: *George Thomas Brokaw*
without Recourse To
George Thomas Brokaw

-28-

GJ-00000136