# EXHIBIT 32

George Thomas Brokaw  March 12, 2012
2260 Palm Drive
Colorado Springs, Colorado
[80918]

To: Michael W Cox     CERTIFIED MAIL return receipt # 7011 0110 0001 2544 4605
    IRS Stop 813G
    P.O. Box 145566
    Cincinnati, Ohio 45250

And Copies To: Internal Revenue Service          Internal Revenue Service
               P.O. Box 12267                    Stop 4440, P.O. Box 9036
               Covington, Kentucky 41012-9957    Ogden, Utah 84201

RECEIVED
JUN 5 2012
FRP 303

NOTICE TO AGENT IS NOTICE TO PRINCIPAL,
NOTICE TO PRINCIPAL IS NOTICE TO AGENT

Re: 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

This letter is lawful notification to you, pursuant to The Bill of Rights of the National Constitution, in particular, the First, Fourth, Fifth, Sixth and Ninth Amendments, and the Constitution of Colorado, in particular, Bill of Rights, pursuant to your oath, and requires your written response to me specific to the subject matter. Your failure to respond, within 30 days, as stipulated, and rebut, with particularity, everything in this letter with which you disagree is your lawful, legal and binding agreement with and admission to the fact that everything in this letter is true, correct, legal, lawful and binding upon you, in any court, anywhere in America, without your protest or objection or that of those who represent you. Your silence is your acquiescence. See: *Connally v. General Construction Co.*, 269 U.S. 385, 391. Notification of legal responsibility is "the first essential of due process of law." Also, see: *U.S. v. Tweel*, 550 F. 2d. 297. "Silence can only be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading."

You swore an oath to uphold and support the Constitution of the United States of America, and pursuant to your oath, you are required to abide by that oath in the performance of your official duties. You have no Constitutional or other valid authority to defy the Constitution, to which you owe your LIMITED authority, delegated to you by and through the People, and to which you swore your oath, yet, by your actions against me, by repeatedly allowing, encouraging, and being involved with the theft of my personal property, specifically my earnings and compensation for services, against my will and without due process of law, you perjured your oath by violating my Constitutionally guaranteed Rights, in particular those secured in the Bill of Rights, including, but not limited to, my 4th and 5th Amendment Rights. By your unlawful actions, you acted in sedition and insurrection against the Constitutions, both federal and state, and in treason against the People, in the instant case, me. **I AM NOT INDEBTED TO THE IRS.**

There is no authority in the Federal Constitution, whatsoever, for the existence of administrative agencies, in general, and specifically, for the agency for which you work. Neither the Federal Constitution nor the Constitution of Colorado, authorize any agency or agents thereof, as are you, to convert the unlimited, unalienable Rights, guaranteed to the Citizens of this Nation and this State, in the instant case, me, into privileges, which are then regulated or taxed, as agencies of government are unlawfully doing in most national and state tax collection offices, or to impose punitive actions upon Citizens, such as me, for simply exercising our Rights to life, liberty, and the pursuit of happiness, e.g. providing my services and time for compensation to provide for myself and my family. Despite this, **YOU HAVE UNLAWFULLY LEVIED (6331) WITHOUT DUE PROCESS!**

DATE: 9/23/13
GRAND JURY NO. 2012-2   Page # 381
FOREMAN: [signature]

GRAND JURY EXHIBIT

MAR 17 2012
ACS SUPPORT

GJ-00000483

For your information, several of the numerous Supreme Court Decisions and referenced law and code that support my lawful and legal position include:

-*United States v. O'Dell*, the court stated that, "mere notice of intent to levy is insufficient."
-*United States v. Aetna Life Ins. Co. of Hartford*, Conn., D.C. Conn, 1942, 146 F. Supp.30, 37, in which Judge Hincks observed that he could "find no statute which says that a mere notice shall constitute a 'levy'".
-*Given v. Cripe*, 7 Cir. 1951, 1987, F2d. 225 and *United States v. O'Dell*, supra, the courts found "that a warrant for distraint is necessary to constitute a levy."
-*Court of Appeals for the Third Circuit* state in its opinion, 221 F2d at page 642, "...require that a levy....be accompanied by warrants of distraint[issued by a judge in a legal proceeding]."
In *Given v. Cripe*, 7 Cir. 1951, 1987, F2d. 225 and *United States v. O'Dell*, supra, the courts found "that a warrant for distraint is necessary to constitute a levy."
-*The Court of Appeals for the Third Circuit* state in its opinion, 221 F2d at page 642, "...require that a levy....be accompanied by warrants of distraint [issued by a judge in a legal proceeding]."

In *Gould v. Gould*, 245 U.S. 151 (1917) the court found, "In the interpretation of statutes levying taxes it is the established rule not to extend their *provisions*, by implication, beyond the clear import of the language used, or to enlarge their operations so as to embrace matters not specifically pointed out. In case of doubt they are construed most strongly against the government, and in favor of the citizen." In *Botha v. Scanlon*, 288 F2d. 504,(1961) the court found, "Moreover, even the collection of taxes should be exacted only from persons upon whom a tax liability is imposed by some statute."

26 CFR Section 301.6331.1 Levy and Distraint

(i) <u>Federal Employees.</u> Levy made be made upon the salary or wages of any officer or employee (including member of the Armed Forces) or elected or appointed official of the United States, the District of Columbia or any agency or instrumentality of the United States or the District of Columbia, who has control of payment or wages...
(ii) <u>State or Municipal employees.</u> Salaries, wages or other compensation of any officer, employee, or elected or appointed official of a State or Territory, or of any agency, instrumentality, or political subdivision thereof, are also subject to levy to enforce collection of any Federal tax.
(iii) <u>Seamen..</u> wages of seamen, apprentice seamen, or fishermen employed on fishing vessels are subject to levy."
Under no circumstances have I ever fallen into any of the above named categories!

**Constitutional Limitations:**
**"...However, it cannot be emphasized too strongly that constitutional guarantees and individual rights must not be violated." (Emphasis added.)**

You will find that there is no authority stated in the Federal Register, in any volume, for executing a levy against a private Citizen, nor is there authority for the private employer to execute said levy against a given private Citizen or the authority for the IRS or any of its fraudulent agents, to execute any levy against any private Citizen through a private employer. **When the IRS has no authority, it can convey no authority.**

The IRS's Legal Reference Guide For Revenue Officers [MT 58 [10][0]-14] states;

**Constitutional Limitations:**
**"...However, it cannot be emphasized too strongly that constitutional guarantees and individual rights must not be violated." (Emphasis added.)**

Page # 382

By the IRS's own admission, it is clear that the due process of law required by the 4th, 5th, 6th, and 7th Amendments and all guaranteed unalienable Rights of the People <u>must not</u> be violated. You, Michael W Cox, as an agent of the IRS are conducting all of your actions under "conclusive presumptions" with no basis in fact or law. All conclusive presumptions are void of due process of law as guaranteed by the 4th and 5th Amendments of the Constitution of the united States. Furthermore, you are engaging in all manner of fraud in your dealings with me, and by doing thus, engaging in all manner of criminal actions for which you, Michael W Cox, are lawfully liable.

Anytime public officers, pursuant to their oaths, violate Rights guaranteed to Citizens in the Constitutions, they act outside their limited delegated authority, thus, perjure their oaths, and by their own actions, invoke the self-executing Sections 3 and 4 of the 14th Amendment; thereby vacate their offices and forfeit all benefits thereof, including salaries and pensions, as you did and continue to do.

If you are in fact, an employee of the Internal Revenue Service, you are required to have an oath of office on file for public scrutiny, specifically referenced in USC Title 5 Chapter 33 Subsection 3331, and bonds to guarantee your faithful performance of your duties, pursuant to your oath, as the law requires. I respectfully demand that you send me a certified copy of your timely filed oath of office and copies of all bonds you are required to obtain according to law. If you fail to provide these, then you admit that you have no oath of office, no bonds as required by law and no malpractice insurance.

By your stepping outside of your delegated authority you lost any "perceived immunity" of your office and you can be sued for your wrongdoing against me, personally, privately, individually and in your professional capacity, as can all those in your jurisdiction, including your supervisors and anyone having oversight responsibility for you, including any judges or prosecuting attorneys and public officers for that jurisdiction, if, once they are notified of your wrongdoing, they fail to take lawful actions to correct it, pursuant to their oaths and their duties, thereto. If they fail to act and correct the matter, then, they condone, aid and abet your criminal actions, and further, collude and conspire to deprive me and other Citizens of their Rights guaranteed in the Constitutions, as a custom, practice and usual business operation of their office and the jurisdiction for which they work. This constitutes treason by the entire jurisdiction against me, and based upon the actions taken and what exists on the public record, it is impossible for any public officer to defend himself against treason committed. Be assured that I will claim and protect my Constitutionally guaranteed Rights which you, the court and this entire jurisdiction have unlawfully, and without Constitutional authority, denied.

Mr. Cox, I have written you on previous occasions. You have not responded! In addition, the alleged debt has been discharged and NO DEBT EXISTS. On November 22, 2011 an Electronic Funds Transfer Instrument number 3699 for $522,692.48 dollars was sent. This was received by the IRS, at Stop 4440, P.O. Box 9036, Ogden, Utah 84201 and received, on November 28, 2011. (*See attached*) . Follow up letters concerning the Electronic Funds Transfer document were sent on Jan. 13, 2012 to IRS, Stop 4440, P.O. Box 9036, Ogden, Utah 84201 via Certified Mail and also to IRS, CID, Box 192, Covington, Kentucky 41012, and to IRS, ACS, P.O. Box 145566, Cincinnati, Ohio 45201. Because the original untouched instrument, E.F.T., was not returned to me within the time limits and manner required for such instruments, this instrument has been lawfully accepted and/or transacted. **To date no response has been received regarding this EFT Instrument and the account has not been properly credited.**

GJ-00000485

    If you disagree with anything in this letter, then rebut that with which you disagree, in writing, with particularity, to me, within 30 days of this letter's date, and support your disagreement with evidence, fact and law. Your failure to respond, as stipulated, is your agreement with and admission to the fact that everything in this letter is true, correct, legal, lawful, and is your irrevocable agreement attesting to this, fully binding upon you, in any court in America, without your protest or objection or that of those who represent you.

All Rights Reserved,

*[signature]*

George Thomas Brokaw

Page # 384

File Copy

## NOTARY PRESENTMENT, CERTIFICATE OF MAILING

State of Colorado      )
                       ) ss.
County of El Paso      )

This is to certify that on this date, the __22__ day of November, 2011, for the purpose of verification, I the undersigned Notary Public, being commissioned in the county of __El Paso__, do certify that George Thomas Brokaw did appear before me with the following documents listed below. I, __Clara M Mueller__, the below signed notary, personally verified that these documents were placed in envelopes and sealed by me. They were sent by United States Post Office via CERTIFIED MAIL # 7011 0110 0001 2544 4599 to;

Internal Revenue Service
Stop 4440
P O Box 9036
Ogden, Utah 84201


And a copy sent by United States Post Office via first class mail to;

Internal Revenue Service
 Criminal Investigation Division
Box 192
Covington, Kentucky  41012

DOCUMENTS INCLUDED
1. EFT instrument, Tender for Set-Off
2. Letter of instruction for EFT instrument
3. Statement of account GEORGE T BROKAW account #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, nine pages titled (FACIMILE FEDERAL TAX LIEN DOCUMENT)
4. This Notary Presentment, Certificate of mailing


Dated this __22__ day of November, 2011

_____     Seal: [Notary seal: CLARA M. MUELLER, NOTARY PUBLIC, STATE OF COLORADO, Commission Expires 02/19/2012]
Notary

Page # __385__

GJ-00000487

## LETTER OF INSTRUCTION FOR EFT INSTRUMENT

TO: INTERNAL REVENUE SERVICE
Stop 4440
P O Box 9036
Ogden, Utah 84201

November 20, 2011

Certified mail # 7011 0110 0001 2544 4599

NOTICE TO AGENT IS NOTICE TO PRINCIPAL, NOTICE TO PRINCIPAL IS NOTICE TO AGENT

RE: GEORGE T BROKAW ACCOUNT # 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
    Tender for Set-Off

ACCOUNTING DEPARTMENT / personnel,

Enclosed you will find the instrument to set off the enclosed Presentments RE: GEORGE T BROKAW ACCOUNT # 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 ($522,692.48), Five hundred twenty two thousand six hundred ninety two dollars and forty eight cents. Tender For Set Off of debt. Kindly process it through **EFT- Electronic Funds Transfer, NOT ACH-NOT FOR DEPOSIT.** Thank you. I have written the instrument to reflect apparent current payoff statement charges plus approximately 25% to cover any additional fees. If there are any additional fees or charges not set off by said tender please let me know within three days of receipt of the enclosed EFT instrument. If there should be any overages, you may keep and credit to the US Treasury or return to GEORGE T BROKAW ESTATE.

ALL RIGHTS RESERVED, WAIVING NONE

GEORGE T BROKAW by: *[signature] George Thomas Brokaw*
General executor/ Administrator for GEORGE T BROKAW ESTATE

Page # 386

GJ-00000488

> **George T. Brokaw** 08-98
> **Debra Brokaw**
> 2260 Palm Drive
> Colorado Springs, CO 80918
>
> Not for Deposit  EFT only
> 3699
> Nov. 20 20 11
>
> Acct # 278 40 2356
>
> PAY TO THE ORDER OF: Internal Revenue Service    $ 522,692.48
>
> Five Hundred Twenty Two Thousand Six Hundred Ninety Two Dollars +48/100 DOLLARS
>
> Wells Fargo Bank West, N.A.
> 5360 N. Academy Blvd.
> Colorado Springs, CO 80918
>
> EFT Only
> FOR: Discharge of Debt
>
> George T Brokaw
> All Rights Reserved
> U.C.C. 1-308
>
> ⑆102000076⑆ 5005155729⑈ 3699

Back of check (rotated):
Not for Deposit
For EFT only
X For Discharge of Debt
Know Them as Brokaw
Authorized Representative
Without Recourse
All Rights Reserved

Page # 387

GJ-00000489

**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OGDEN UT 84201

| | |
|---|---|
| Postage | $1.28   0618 |
| Certified Fee | $2.85 |
| Return Receipt Fee (Endorsement Required) | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $6.43 |

Postmark Here — NOV 22 2011 — 11/22/2011

Sent To: IRS Stop 4440
Street, Apt. No. or PO Box No.: P.O. Box 9036
City, State, ZIP+4: Ogden, Utah 84201

PS Form 3800, August 2006   See Reverse for Instructions

...TION FOR EFT INSTRUMENT

November 20, 2011

Certified mail # 7011 0110 0001 2544 4599

NOTICE TO AGENT IS NOTICE TO PRINCIPAL_NOTICE TO PRINCIPAL IS NOTICE TO AGENT

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Internal Revenue Service
Stop 4440
P.O. Box 9036
Ogden, Utah 84201

**COMPLETE THIS SECTION ON DELIVERY**

RECEIVED

A. Signature  NOV 28 2011   ☐ Agent  ☐ Addressee
B. Received by (Printed Name)  OGDEN, UT   C. Date of Delivery
D. Is delivery address different from item 1?  ☐ Yes   If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7011 0110 0001 2544 4599

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

...GEORGE T
...ousand six
...ndly process it
...ou. I have written
...oximately 25% to
...f by said tender
...it. If there should
...RGE T BROKAW

ALL RIGHTS RESERVED, WAIVING NONE

GEORGE T BROKAW by: _____
General executor/ Administrator for GEORGE T BROKAW ESTATE

Page # 388

GJ-00000490

## NOTARY PRESENTMENT, CERTIFICATE OF MAILING

State of Colorado     )
                      ) ss.
County of El Paso     )

This is to certify that on this date, the __13th__ day of January, 2012, for the purpose of verification, I the undersigned Notary Public, being commissioned in the county of __El Paso__, do certify that George Thomas Brokaw did appear before me with the following documents listed below. I, __Clara M Mueller__, the below signed notary, personally verified that these documents were placed in envelopes and sealed by me. They were sent by United States Post Office via CERTIFIED MAIL # 7010 1670 0000 8659 1450 to;

Internal Revenue Service
Stop 4440
P O Box 9036
Ogden, Utah 84201

And copies sent by United States Post Office via first class mail to;

Internal Revenue Service          Internal Revenue Service, ACS
Criminal Investigation Division   PO Box 145566
Box 192                           Cincinnati, Ohio 45201
Covington, Kentucky

DOCUMENTS INCLUDED
1. Letter to IRS, January 13, 2012   per UCC3-505
2. Copy of Letter of instruction for EFT instrument
3. Copy of EFT instrument
4. Copy of notary presentment with EFT instrument and USPS return card
5. This Notary Presentment, Certificate of mailing

Dated this __13th__ day of January, 2012

_____   Seal:   CLARA M. MUELLER
Notary                                NOTARY PUBLIC
                                      STATE OF COLORADO
                                      My Commission Expires 03/11/2012

Page # 389

GJ-00000491

January 13, 2012    Certified Mail # 7010 1670 0000 8659 1450    per; UCC3-505

TO: INTERNAL REVENUE SERVICE
Stop 4440
P O Box 9036
Ogden, Utah 84201

RE: GEORGE T BROKAW Account # 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

To whom it may concern:

On November 22, 2011, I submitted an instrument to Internal Revenue Service with specific instructions in order to have the debt associated with account number 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 to be discharged. This was an EFT instrument which was sent certified mail, #7011 0110 0001 2544 4599, under notary presentment. Internal Revenue Service received this instrument on November 28, 2011 as demonstrated by notification from USPS.

No Alert 99-10 was sent to me, neither was any evidence of dishonor of the instrument sent to me. Since you have not returned the one-way wire transfer instrument, EFT, to me, per UCC, (UCC3-503 and UCC3-504(c)), and related USC, you have effectively discharged the associated debt in this matter.

1.   This is formal notice to your office that by your non-response over the last 45 days, i.e., you have accepted the EFT instrument and held it for over 30 days, and your silence stands as acquiesence and acceptance per UCC and USC, in regard to [Blacks Law 6th–Closed Account[1]] ETF # 3699 with account number 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 in the amount of $522,692.48, you have lawfully discharged the associated debt and there is no further obligation on my part to respond to Internal Revenue Service in this matter. The accounting has been resolved. There only remains for your offices to clear your records and the public records by removing ALL Notices of Federal Tax Liens. Demand is made that you take these steps by clearing the records immediately. (copy of EFT and notary presentment attached)

Regards,

George Thomas Brokaw
2260 Palm Drive
Colorado Springs, Colorado [80918]

By: _George Thomas Brokaw_
Administrator for GEORGE T BROKAW Estate

cc; Internal Revenue Service, CID, Box 192, Covington, Kentucky 41012
    Internal Revenue Service, ACS, PO Box 145566 Stop 813, Cincinnati, Ohio 45201

Page # 390

GJ-00000492

## U.S. Postal Service Certified Mail Receipt

(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OGDEN UT 84201

| | | |
|---|---|---|
| Postage | $1.08 | 0607 |
| Certified Fee | $2.85 | 06 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $2.30 | JAN 13 2012 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $6.23 | 01/13/2012 |

Sent To: IRS
Street, Apt. No.; or PO Box No.: Stop 4440 P.O. Box 9036
City, State, ZIP+4: Ogden, Utah 84201

Article Number: 7010 1670 0000 8659 1450

---

### SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Internal Revenue Service
Stop 4440
P.O. Box 9036
Ogden, Utah 84201

### COMPLETE THIS SECTION ON DELIVERY

A. Signature: X RECEIVED — ☐ Agent ☐ Addressee

B. Received by (Printed Name): JAN 18 2012    C. Date of Delivery

OGDEN, UT

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7010 1670 0000 8659 1450

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

Page # 391

GJ-00000493

