# EXHIBIT 33

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF COLORADO
## OFFICE OF THE CLERK

GREGORY C. LANGHAM  
CLERK OF COURT

Room A-105  
Alfred A. Arraj U.S. Courthouse  
901 19th Street  
Denver, Colorado 80294-3589  
Phone (303) 844-3433  
www.cod.uscourts.gov

May 4, 2012

George Brokaw  
2260 Palm Drive  
Colorado Springs, CO 80918

Re: Check #3704

Enclosed is your Check in the amount of $5978973.00. At this time we are unable to process this transaction for the following reason(s).

_____ We have determined that you are already admitted to the bar of the court for the District of Colorado. It is not necessary that you re-apply in Colorado and pay another fee.

_____ An Attorney Application must have an original signature that is notarized.

_____ Currently there is not an open case that the funds can be applied to.

_____ The balance due on your case is less than the enclosed check. Please see the attached account payment history for the payoff balance.

_____ Due to insufficient information we are unable to determine what case the funds are to be applied toward. Please be more specific.

X    The account the check is drawn on is closed.

_____

**EVIDENCE RETURNED BEFORE**  
**FEDERAL GRAND JURY**  
DATE: 5/20/13  
GRAND JURY NO. 2012-2  
FOREMAN: [signature]

GREGORY C. LANGHAM, CLERK

By: [signature]  
SG  
Financial Assistant

Page # 403

GRAND JURY EXHIBIT  
12  
12-2

-1-

00002122

GJ-00000144



Not for Deposit
EFT ONLy
For Discharge of Debt
George Thomas Brokaw
Authorized Rep.  April 26, 2012
Without Recourse

FRB CLEVELAND
0004613
PCC OTC

George T. Brokaw 08-98         23-7/1020        3704
Debra Brokaw
2260 Palm Drive
Colorado Springs, CO 80918        Apr 26, 20 12
For (Civ. Action 07-CV-01568-WYD-K₁MT)
PAY TO THE ORDER OF  Clerk U.S. District Court   | $ 5,978,973.00
Five Million Nine Hundred Seventy Eight Thou. Nine Hundred Seventy three Dollars DOLLARS
Dollars.
Wells Fargo Bank West, N.A.
5360 N. Academy Blvd.
Colorado Springs, CO 80918
FOR  EFT ONLY              George Thomas Brokaw AR
For Discharge of Debt       All Rights Reserved
⑈102000076⑈ 5005155729⑈  3704

Page # 404

-2-