# EXHIBIT 34

*James* **Log-286**

*United States v. George Thomas Brokaw, et al.,* **Case No. 13-CR-00392-CMA**

<u>Code for Bases for Admission of Statements</u>

a.   Statements which in any way promote the objective(s) of a conspiracy.

b.   Statements which reveal the existence of a conspiracy.

c.   Statements to new or prospective members of a conspiracy which explain the conspiracy.

d.   Statements which are intended to recruit potential coconspirators or to otherwise induce others to assist in carrying out the objectives of the conspiracy.

e.   Statements which identify a conspirator or the role of a conspirator.

f.   Statements which explain important events in the conspiracy.

g.   Statements which are designed to give directions to facilitate the objectives of the conspiracy.

h.   Statements which are designed to advise coconspirators of the progress of the conspiracy and keep them abreast of activities associated with the conspiracy.

i.   Statements which are intended to assure the listener of a conspirator's ability to consummate a particular transaction.

j.   Statements which are designed to gain the trust of other conspirators or potential conspirators, to reassure trustworthiness, or to allay suspicions or fears.

k.   Statements which are intended to control damage to the conspiracy.

l.   Statements which prompt the listener to respond in a way that facilitates carrying out the activities of the conspiracy.

m.   Statements which conceal the objective of the conspiracy.

n.   Statements which are intended to enhance a coconspirator's usefulness to the conspiracy.

o.   Statements which set in motion acts that are an integral part of the conspiracy.

p.   Statements which constitute "puffing" or "boasting" in promotion of the conspiracy.

## 📗 James Log-286

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 1 | 11/3/2008 | 2005 OID Additions . . . . The following is listed on my credit report with the account number of New Century Mortgage - #10014 Carrington Mortgage Svs., 1610 E. St. Andrew Place, Santa Ana, CA 92705, 800-561-4567.  I also sent as an attachment in case this garbles on us. | Mueller | Email from Mueller to Morris | SW-PINE RIDGE-00000050 (Message 0022) | a, b, d, e, f, l, o |
| 2 | 11/12/2008 | I wanted to let you know that I did get this information and I was finishing up the OIDs this evening . . . . So I have the total for 2005 as 559873.27.  I wanted to make sure you have this total and think that this is correct.  I will create 6 1099 OID's and get them in the mail if this seems correct to you. | Morris | Email to Mueller | GJ-00000433 - GJ-00000434 | a, b, e, f, h |
| 3 | 11/13/2008 | The number seems correct; you're working from what I gave you and I can document my end. | Mueller | Email to Morris | GJ-00000433 | a, b, d, e, f, g, l, o |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 4 | 11/27/2008 | I will process these [tax returns] and get them printed Friday, when I get to my good printer.  I will send you your copies to sign and file then. | Morris | Email from Morris to Vigil | SW-PINE RIDGE-00000050 (Message 0077) | a, b, e, f, g, h, o |
| 5 | 11/27/2008 | I am ok with filing as taxable, then later oiding [sic] the taxes paid to get them back . . . . I would love to get 220K back for 05!  Let's go with that for now and see what happens. | Vigil | Email from Vigil to Morris | SW-PINE RIDGE-00000050 (Messages 0076, 0077) | a, b, e, f, g, o |
| 6 | 11/27/2008 | I have put together an 05 return with the OID from Mistar Financial, which has already been sent in.  In filling out the 05 return with this as taxable it gives a refund of $251,481.00 [sic] If this then gets processed and they [the IRS] deduct even the whole amount they had estimated at 25K the you would get a refund of about 220K for 05. | Morris | Email from Morris to Vigil | SW-PINE RIDGE-00000050 (Messages 0076, 0077) | a, b, e, f, h |
| 7 | 1/5/2009 | I have 2008 1099OID ready for you to process. . . . I will bring my paperwork with me on the 12th. | Pawelski | Email from Pawelski to Morris | SW-PINE RIDGE-00000050 (Message 0338) | a, b, e, f, h |
| 8 | 1/29/2009 | I will create the oid data for the missing documents and email them to you. | Pawelski | Email from Pawelski to Morris | SW-PINE RIDGE-00000050 (Message 0156) | a, b, e, f, h |

Page 2 of 17

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 9 | 1/29/2009 | need OID for these [creditors, Bank of America Corporation and Chase Credit Company]. | Pawelski | Email from Pawelski to Morris | SW-PINE RIDGE-00000050 (Message 0544) | a, b, e, h, l |
| 10 | 2/4/2009 | I gave them [information about Fair Finance and the El Paso County Treasurer] to you on a 1099OID.  If you do not have them, I can re-create. | Pawelski | Email from Pawelski to Morris | SW-PINE RIDGE-00000050 (Message 0156) | a, b, e, h |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 11 | 2/25/2009 | On February 25, 2009, I mailed to: DEPARTMENT OF THE TREASURY IRS SERVICE CENTER KANSAS CITY, MISSOURI 64999<br><br>the papers identified as:<br>  1. 2008 1099-OID and 1096 Transmittal<br>  2. 2007 1099-OID and 1096 Transmittal<br>  3. 2006 1099-OID and 1096 Transmittal<br>  4. 2005 1099-OID and 1096 Transmittal<br>  5. 2004 1099-OID and 1096 Transmittal<br>  6. 2003 1099-OID and 1096 Transmittal<br><br>by mailing it in a pre-paid envelope, addressed to the recipient named above, bearing Certified Mail #7007 0220 0004 6412 4964 (IRS forms for GEORGE T BROKAW) | Mueller | Certificate of Service | SW-PALM-00007472 | b, e |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 12 | 3/23/2009 | My only income was a tiny amount of dividend income, but I had two auto loans and bank statements. | Mueller | Email from Mueller to Morris | SW-PINE RIDGE-00000050 (Message 0248) | b, e, h |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 13 | 5/1/2009 | On this 1st day of May, 2009, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that George-Thomas :Brokaw appeared before me with the following documents listed below.  I, the below signed notary, personally verified that these docuemnts were placed in an envelope and sealed by me.  They were sent by United States Post Office Certified Mail # 7008 1140 0001 7940 7155.<br><br>DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE CENTER FRESNO, CA. 93888-0002<br><br>List of Documents Mailed:<br><br>Copy of Affidavit of Notary Presentment<br>Cover Letter<br>1040X form for 2003<br>copy of 1099OID forms for 2003<br>Cover Letter<br>1040X form for 2004 | Vigil | Affidavit of Notary Presentment / Certification of Mailing | 00000042 | b, e |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---:|---|---|---|---|---|---|
| 13 | 5/1/2009 | copy of 1099OID forms for 2004<br>Cover Letter<br>1040 form for 2005<br>copy of 1099OID forms for 2005<br>Cover Letter<br>1040 form for 2006<br>copy of 1099OID forms for 2006<br>Cover Letter<br>1040 form for 2007<br>copy of 1099OID forms for 2007<br>Cover Letter<br>1040 form for 2008<br>copy of 1099OID forms for 2008<br>Cover Letter | | | | |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 14 | 5/15/2009 | Be it known that I, Clara M. Mueller, a duly empowered notary public, in and for the STATE OF COLORADO, COUNTY OF EL PASO, a third party and not a party to the matter, for the sole purpose of certifying a response or want thereof, at the request of Mimi-Michelle: Vigil, did present on this day, the following documents to wit:<br><br>1. Original letter from Mimi Michelle Vigil to Ms. Green (2 pages)<br>2. Copy - IRS letter 3176(C) dated April 21, 2009 (2 pages)<br>3. Copy - Form 1040 for tax period 2005<br>4. Copy - UCC 3 and Addendum<br>5. Copy - Power of Attorney<br>6. Copy - Notary Certificate of Service (signed original on file).<br><br>I hereby certify that after reviewing the documents, I mailed said documents via the United States Postal Service, Certified Mail, # 7006 3450 0000 3036 4160 prepaid and addressed to: | Clara Mueller | NOTARY CERTIFICATE OF SERVICE | SW SHADY-00002030 | b, e |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 14 | 5/15/2009 | Maureen Green<br>OPERATIONS MANAGER<br>INTERNAL REVENUE SERVICE<br>OGDEN, UT 84201-0030 | | | | |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 15 | 5/15/2009 | Be it known that I, Clara M. Mueller, a duly empowered notary, in and for the STATE OF COLORADO, COUNTY OF EL PASO, a third party and not a party to the matter, for the sole purpose of certifying a response or want thereof, at the request of Mimi-Michelle: Vigil, did present on this day, the following documents to wit:<br><br>Copy of letter from Mimi Michelle Vigil to Ms. Green (2 pages)<br>Copy - IRS letter 3176(C) dated April 21, 2009 (2 pages)<br>Copy - Form 1040 for tax period 2005<br>Copy - UCC 3 and Addendum<br>Copy - Power of Attorney<br>Copy - Notary Certificate of Service (signed original on file).<br><br>I herby certify that after reviewing the documents, I mailed said documents via United States Postal Service with Delivery Confirmation # 0308 3390 0002 0765 3492 prepaid and addressed to:<br><br>ERIC THORSON | Mueller | Notary Certificate of Service / Affidavit | SW SHADY-00002034 | b, e |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 15 | 5/15/2009 | TREASURY INSPECTOR GENERAL<br>1500 Pennsylvania Ave., NW<br>Washington, DC. 20220 | | | | |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 16 | 5/15/2009 | Be it known that I, Clara M. Mueller, a duly empowered notary public, in and for the STATE OF COLORADO, COUNTY OF EL PASO, a third party and not a party to the matter, for the sole purpose of certifying a response or want thereof, at the request of Mimi-Michelle: Vigil, did present on this day, the following documents to wit:<br><br>Copy of letter from Mimi Michelle Vigil to Ms. Green (2 pages)<br>Copy - IRS letter 3176(C) dated April 21, 2009 (2 pages)<br>Copy - Form 1040 for tax period 2005<br>Copy - UCC 3 and Addendum<br>Copy - Power of Attorney<br>Copy - Notary Certificate of Service (signed original on file).<br><br>I herby certify that after reviewing the documents, I mailed said documents via United States Postal Service with Delivery Confirmation # 0308 3390 0002 0765 3405 prepaid and addressed to: | Mueller | Notary Certificate of Service / Affidavit | SW SHADY-00002032 | b, e |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 16 | 5/15/2009 | TIMOTHY F. GEITHNER - Secretary of the US Treasury<br>The United States Department of the Treasury<br>1500 Pennsylvania Ave., NW<br>Washington, DC. 20220 | | | | |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|--------|-----------|-----------|-----------|--------|----------|-----------------|
| 17 | 5/15/2009 | Be it known that I, Clara M. Mueller, a duly empowered notary, in and for the STATE OF COLORADO, COUNTY OF EL PASO, a third party and not a party to the matter, for the sole purpose of certifying a response or want thereof, at the request of Mimi-Michelle: Vigil, did present on this day, the following documents to wit:<br><br>Original letter from Mimi Michelle Vigil to Ms. Green (2 pages)<br>Copy - IRS letter 3176(C) dated April 21, 2009 (2 pages)<br>Copy - Form 1040 for tax period 2005<br>Copy - UCC 3 and Addendum<br>Copy - Power of Attorney<br>Copy - Notary Certificate of Service (signed original on file).<br><br>I herby certify that after reviewing the documents, I mailed said documents via United States Postal Service, Certified Mail, # 7006 3450 0000 3036 4160 prepaid and addressed to:<br><br>Maureen Green | Mueller | Notary Certificate of Service /Affidavit | SW SHADY - 00002030 | b, e |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|--------|-----------|-----------|-----------|--------|----------|-----------------|
| 17 | 5/15/2009 | OPERATIONS MANAGER<br>INTERNAL REVENUE SERVICE<br>OGDEN, UT 84201-0030 | | | | |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 18 | 5/15/2009 | Be it known that I, Clara M. Mueller, a duly empowered notary public, in and for the STATE OF COLORADO, COUNTY OF EL PASO, a third party and not a party to the matter, for the sole purpose of certifying a response or want thereof, at the request of Mimi-Michelle: Vigil, did present on this day, the following documents to wit:<br><br>Copy of letter from Mimi Michelle Vigil to Ms. Green (2 pages)<br>Copy - IRS letter 3176(C) dated April 21, 2009 (2 pages)<br>Copy - Form 1040 for tax period 2005<br>Copy - UCC 3 and Addendum<br>Copy - Power of Attorney<br>Copy - Notary Certificate of Service (signed original on file).<br><br>I herby certify that after reviewing the documents, I mailed said documents via United States Postal Service with Delivery Confirmation # 0308 3390 0002 0765 3412 prepaid and addressed to: | Mueller | Notary Certificate of Service / Affidavit | SW SHADY-00002036 | b, e |

| Number | Stmt Date | Statement | Declarant | Source | Bates #s | Admission Bases |
|---|---|---|---|---|---|---|
| 18 | 5/15/2009 | Douglas Shulman OFFICE OF THE COMMISIONER INTERNAL REVENUE SERVICE 1111 Constitutional Ave., NW Washington, DC. 20224 | | | | |
| 19 | 6/4/2009 | On this day before me, John Pawelski, personally appeared John-Joseph: Pawelski to me on the basis of satisfactory evidence to be the person who attested and subscribed to the within instrument, by his unlimited commercial liability, as true, correct, complete and not misleading. | Vigil | AFFIDAVIT OF TRUTH RE: Pawelski's 1099-OID Tax Returns | 00002836 | b, e |

19