**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   13-cr-00392-CMA-03

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    1.    GEORGE THOMAS BROKAW,
    2.    JOHN J. PAWELSKI,
    3.    **MIMI M. VIGIL**, and
    4.    CLARA M. MUELLER,

    Defendants.

**GOVERNMENT'S MOTION TO DISCLOSE GRAND JURY MATERIAL
TO *PRO SE* DEFENDANT MIMI M. VIGIL PURSUANT TO
FED. R. CRIM. P. 6(e)(3)(E)(i)**

Based on the fact that Defendant Mimi M. Vigil is now acting *pro se*, the government requests an order from this Court authorizing it to disclose directly to her the grand jury material in this case, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i).

If granted, the government requests the following limitations on such disclosure, which are similar to the restrictions in previous orders from the Court allowing disclosure of grand jury material (Docs. 47, 113.): (1) Defendant Vigil shall make only such copies as are necessary to prepare a defense of this criminal case; (2) Defendant shall keep a written record concerning how many copies were made, to whom those copies were delivered, and the date of delivery, and Defendant Vigil shall deliver a copy of this Order allowing disclosure with the materials; and (3) within 10 days of the conclusion of the case

1

in this Court, by entry of the Court's judgment, Defendant Vigil shall collect all such copies and return them to the government.

This issue was addressed during today's hearing, and Defendant Vigil did not object to the government's request for permission to disclose grand jury material to her.

Respectfully submitted this 15th day of August 2014.

>JOHN F. WALSH
>United States Attorney
>
>
>s/ Matthew T. Kirsch
>MATTHEW T. KIRSCH
>MARTHA A. PALUCH
>Assistant U.S. Attorneys
>1225 17th Street, Suite 700
>Denver, CO 80202
>Telephone 303-454-0100
>Facsimile 303-454-0402
>Email: matthew.kirsch@usdoj.gov
>         martha.paluch@usdoj.gov

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 15th day August, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| John S. Tatum, Esq.<br>john@johntatumlaw.com<br>Attorney for Mimi M. Vigil | Miller Leonard, Esq.<br>miller@themillerleonardlawfirm.com<br>Attorney for Clara M. Mueller |

       I further certify that I sent the foregoing via email to the following addresses:

| | |
|---|---|
| John Joseph Pawelski, Pro Se<br>johnski9999@gmail.com | George T. Brokaw, Pro Se<br>tombrokaw33@msn.com |
| Mimi M. Vigil, Pro Se<br>Rubyred5050@gmail.com | |

                                                    s/Grazy Banegas
                                                    Grazy Banegas
Legal Assistant
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
303 454-0100
Fax: 303 454-0402
grazy.banegas@usdoj.gov