**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No.  13-cr-00392-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    George Thomas Brokaw,
2.    John J. Pawelski,
3.    Mimi M. Vigil, and
4.    Clara M. Mueller,

    Defendants.

---

### SUPPLEMENT TO GOVERNMENT'S *JAMES* PROFFER

The United States of America (the government), submits this supplement to its initial *James* Proffer (Doc. 249).  The versions of Exhibits 10, 11, 13, 14, 15, 16, and 23 inadvertently attached to the government's initial proffer contained markings and notes which were not a part of the original emails.  This supplement contains unmarked versions of those same exhibits; these versions represent the emails as they were originally obtained during the investigation of this matter and as the government plans to offer them at trial.

1

Respectfully submitted this 15th day of August, 2014,

        JOHN F. WALSH
        United States Attorney

        s/ Matthew T. Kirsch
        MATTHEW T. KIRSCH
        MARTHA A. PALUCH
        Assistant U.S. Attorneys
        1225 17th Street, Suite 700
        Denver, CO 80202
        Telephone 303-454-0100
        Facsimile 303-454-0402
        Matthew.kirsch@usdoj.gov
        Martha.paluch@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on this 15th day August, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| John S. Tatum, Esq. | Miller Leonard, Esq. |
| john@johntatumlaw.com | miller@themillerleonardlawfirm.com |
| Attorney for Mimi M. Vigil | Attorney for Clara M. Mueller |

  I further certify that I sent the foregoing via email to the following addresses:

| | |
|---|---|
| John Joseph Pawelski, Pro Se | George T. Brokaw, Pro Se |
| johnski9999@gmail.com | tombrokaw33@msn.com |
| | |
| Mimi M. Vigil, Pro Se | |
| Rubyred5050@gmail.com | |

               s/Grazy Banegas
               Grazy Banegas
               Legal Assistant
               United States Attorney's Office
               1225 17th Street, Suite 700
               Denver, CO 80202
               303 454-0100
               Fax: 303 454-0402
               grazy.banegas@usdoj.gov