IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Judge Christine M. Arguello

Criminal Case No. 13-cr-00392-CMA-03

UNITED STATES OF AMERICA,

      Plaintiff,

v.

3.     MIMI M. VIGIL,

      Defendant.

---

ORDER REGARDING DISCLOSURE OF GRAND JURY MATERIALS

TO *PRO SE* DEFENDANT MIMI M. VIGIL

---

Upon consideration of the Government's Motion to Disclose Grand Jury Material to *pro se* Defendant Mimi M. Vigil Pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i), it is

ORDERED that a copy of the transcripts of testimony given before the grand jury and related exhibits be disclosed to *pro se* Defendant Mimi M. Vigil for preparation for trial.

IT IS FURTHER ORDERED that:

1. *Pro* se Defendant Vigil shall make only such copies as are necessary to prepare a defense of this criminal case;

2. *Pro* se Defendant Vigil shall keep a written record concerning how many copies were made, to whom those copies were delivered, and the date of delivery, and *pro se* Defendant Vigil shall deliver a copy of this Order allowing disclosure with the materials; and

3. At the conclusion of the case in this Court, by entry of the Court's judgment, *pro* se Defendant Vigil shall collect all such copies and return them to the government within ten days.

DATED: August 19, 2014

BY THE COURT:

*Christine M Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Judge