*13-cr-392-CmA*

Excerpt from Estate Records

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 2 3 2014

JEFFREY P. COLWELL
CLERK

VIGIL MIMI MICHELLE
Care of: 3578 Hartsel Dr. #E
Colorado Springs, Colorado [80920]

22 September 2014

Department of the Treasury
Office of the Executive Secretary
Room 3413
1500 Pennsylvania Avenue NW
Washington, DC 20220

Pursuant to our contract # RE 548051331 US, find annexed presentments
which have been authorized for obliteration of any and all debt.

This letter and documents referenced herein are presented on this 22nd
day of September 2014 of the free will and expression of the trustee's will
and intent.

Without Recourse,
/s/ VIGIL MIMI MICHELLE