13.cr-392.CMA

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
09/23/2014
JEFFREY P. COLWELL, CLERK

COPY

VIGIL MIMI MICHELLE
Care of: 3578 Hartsel Dr. #E
Colorado Springs, CO [80920]

22 September 2014

US Department of Transportation
Office of the Secretary
1200 New Jersey Ave. SE
Washington, D.C. 20590

As the bonded receiver and holder of the liens, pursuant to our Contract # RE 548051331 US with the United States Treasury, find annexed presentments which have been authorized for obliteration of any and all debt regarding this account. Please release all liens/levies/garnishments or provide the due requirement to release lien(s) in exchange for full faith and credit in accord with 12 USC 95a(2).

This letter and documents referenced herein are presented on this 22nd day of September 2014 of the free will and expression of the trustee's will and intent.

Without Recourse,

/s/ VIGIL MIMI MICHELLE

*Mimi Michelle Vigil* (signature)