*Exhibit A*

# Affidavit of Nationality

KNOW ALL MEN BY THESE PRESENTS: I, **Mimi Michelle Vigil**, hereinafter "affiant", having first hand knowledge of the facts and aver herein, do hereby declare my proper and lawful status of dual citizenship with respect to "national" and "state" Citizenship. From this point forward, **Mimi Michelle Vigil**, "state" Citizen, a man, Living being, born on land, on the "state" of the Union, being a Constitutionally protected man, owing permanent allegiance to the "state" of the Union and "United States of America"

> Affiant invokes all the rights pursuant to the Declaration of Independence, which says: "We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness-"

Affiant has unalienable rights from birth, derived from the Creator as a gift, that are not to be violated

> Affiant is a "state" Citizen who possesses full Bill of Rights. The Supreme Court ruled in <u>Barron v. Mayor of Baltimore 2 US 243</u>, the Bill of Rights (the peoples' protection) was an aspect of "state" Citizenship, so it was removed from the Federal Constitution at that time, The Bill of Rights was drafted into every "state" Constitution as it was to be under state protection to protect the people; therefore, "state" citizenship (<u>Cruikshank v. United States 92 US 542</u>, <u>Twin v. State of New Jersey 211 US 78</u> et al) allows the people access to the original Bill of Rights

> "The term 'United States' may be used in any one of the following senses: (1) it may be merely the name of a sovereign occupying the position analogous to that of other sovereigns in the family of nations, (2) It may designate the territory over which the sovereignty of the United States (G) extends, (3) it may be the collective names of the states which are united by and under the Constitution." [<u>Hooven & Allison Co. v. Evatt, 324 US 652</u> (1945)]

(definition hereinafter referred to as (1) or "1st Hooven, (2) or 2nd Hooven, and (3) or 3rd Hooven)

From the above Supreme Court ruling, one can see the term "United States" has several meanings, which have been designated (1), (2), (3), and (G). The term "United States" can mean (1) the Nation, (2) the Federal territories over which the Federal Government's sovereignty extends, and (3) the 50 Union states united by and under the Constitution. The term "United States" can also mean (G), the Federal government itself. These meanings are annotated as follows:

United States$^1$-The United States of America—the Nation (political sense)

United States$^2$-D.C., Federal Territory and possessions-(geographical sense)

United States$^3$-The 50 "states" of the Union-(geographical sense)

United States$^G$-The Federal Government – (corporate sense)

The Nation referred to as the **United States**$^1$ is a political entity comprised of the people (national body politic), their government, and territory. The territory of the United States$^1$ is divided into two major subdivisions—The *United States*$^2$ and the *United States*$^3$, The *United States*$^2$ comprises the District of Columbia, Federal Territory, and possessions, The *United States*$^3$ comprises the 50 sovereign Union states. The Federal Government—*United States*$^G$ —exercises exclusive territorial jurisdiction over the *United States*$^2$ pursuant to art. IV, §3, cl. 2 of the Constitution, and specified and enumerated subject matter jurisdiction in the *United States*$^3$ pursuant to art. 1, §8, cl. 1-18, This aspect of the Separation of Powers Doctrine was created by design in order to secure the freedoms of Americans ("national" or "state" Citizen)

The federal areas within these "states" are not included in 3rd Hooven definition because the Congress does not have exclusive legislative authority over any of the 50 sovereign States within the "state" of the Union, All rights are retained by the "states" in the 9th and 10th Amendments, and affiant is a "state" Citizen of these United States (3rd Hooven)". This is the definition used in the Constitution for the United States of America

Affiant is protected as 1st Hooven when traveling abroad and comes under the jurisdiction of the President through his agents in the U.S. State Department, where "U.S." refers to the sovereign society.

Affiant is a "national" and per 8 U.S.C. §1101: (a)(21), a man who is born on the "state" of the Union, i.e., 3rd Hooven and 1st Hooven on occasion, (see Supreme Court Case Law) and not subject to the exclusive Legislative jurisdiction of Congress as defined in Article 1, Section 8 (17) of the United States Constitutions (2nd Hooven). A man who is a "national" is subject to the "political jurisdiction", but not the "legislative jurisdiction" of their country of origin because they are outside of the territorial reach of its general laws, The circumstances or qualifications for becoming an "American" ("national" or "state" Citizen) as such cannot be prescribed in any federal statute or law because the Congress cannot write any law that governs what happens within the "states" of the Union, as the above citations indicate (see, for instance, <u>Carter v. Carter Coal Co., 298 U.S. 238, 56 S. Ct. 855</u> (1936)), The "states" of the Union and the people in them are SOVEREIGN, and their creation, the Federal Government, cannot be greater than its Creator, which is the "states" of the Union and the people in them, The Federal Government is a SERVANT to the states of the Union, not their master; the equivalent of an independent contractor that handles EXTERNAL affairs only, This was confirmed by the Federalist Papers, which were written prior to the ratification of the Constitution by the states of the Union in 1789:

> *"No legislative act [of Congress] contrary to the Constitution can be valid. <u>To deny this would be to affirm that the deputy (agent) [which is the federal government] is greater than his principal [the State and the people in them]; that the servant is above the master; that the representatives of the people are superior to the people; that men, acing by virtue of powers may do not only what their powers do not authorize, but what they forbid...[text omitted it is not otherwise to be supposed that the Constitution could intend to enable the representative of the people to substitute their will to that of their constituents.</u> It is far more rational to suppose, that the courts were designed to be an intermediate body between the people and the legislature, in order, among other things, to keep the latter within the limits assigned to their authority. The interpretation of the laws is the proper and peculiar province of the courts. **<u>A Constitution is, in fact, and must be regarded by judges, as fundamental law</u>.** If there should happen to be an irreconcilable variance between the two, the Constitution is to be preferred to the statute." [Alexander Hamilton, Federalist Paper #78].*

The Supreme Court clarified that the constitution implies the third definition above, which is the United States[3] when they heard the following. Notice that they say "not part of the United States within the meaning of the Constitution" and that the word "the" implies only ONE rather than multiple GEOGRAPHIC meanings:

[*O'Donohue v. United States, 289 U.S. 516, 53 S. Ct. 740 (1933)*]

Fourteenth Amendment "Section 1. <u>All persons born or naturalized in the United States[\*\*\*] and subject of the jurisdiction thereof, are citizens of the United States[\*\*\*] and of the state wherein they reside</u>. No <u>State</u> shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United states; nor shall any <u>State</u> deprive any <u>person</u> of life, liberty or property, without due process of law; nor deny to any <u>person within ITS [the STATES'S] jurisdiction</u> the <u>equal protection of the laws</u>."

The Supreme Court clarifies exactly what the phrase "subject to the jurisdiction" above means. It means the "political jurisdiction: of the United States\*\* and NOT the "legislative jurisdiction" (1):

"This section contemplates two sources of citizenship, and two sources only, birth and naturalization, the person declared to be citizens are 'all persons born or naturalized in the United States[\*\*\*], and "subject to the jurisdiction thereof", the evident meaning of these last two words is, not merely subject in some respect or degree to the jurisdiction of the United States[\*\*], but completely subject to their political jurisdiction, and owing them direct and immediate allegiance, and the words relate to the time of birth in the one case, as they do [169 U.S. 649, 725] to the time of naturalization in the other. Persons not thus subject to the jurisdiction of the United states[\*\*\*] at the time of birth cannot become so afterwards, except by being naturalized, either individually, as by proceedings under the naturalization acts, or collectively, as by the force of a treaty by which foreign territory is acquired"

[*U.S. v. Wong Kim ark, 169 U.S. 649, 18 S. Ct. 456; 42 L.Ed. 890* (1898)]

"Political jurisdiction" is NOT the same as "legislative jurisdiction": "Political jurisdiction" was defined by the Supreme Court in *Minor v. Happersett*:

"There cannot be a nation without a people. The very idea of a political community, such as a nation is, implies an [88 U.S. 162, 166] association of person for the promotion of their general welfare. Each one of the persons associated becomes a member of the nation formed by the association.

> *He owes it allegiance and is entitled to its protection. Allegiance and protection are, in this connection, reciprocal obligations. The one is a compensation for the other; allegiance for protection and protection for allegiance.*

"For convenience it has been found necessary to give a name to this membership, The object is to designate by a title the person and the relations he bears to the nation, For this purpose the words 'subject', 'inhabitant', and 'citizen' have been used, and the choice between them is sometimes made to depend upon the form of the government, **Citizen is not more commonly employed, however, and as it has been considered better suited to the description of one living under a republican government, it was adopted by nearly all of the States upon their separation from Great Britain, and was afterwards adopted in the Articles of Confederation and in the Constitution of the United States[\*\*\*]. When used in this sense, it [the word "citizen"] is understood as conveying the idea of membership of a nation, and nothing more**".

"**To determine, then, who were citizens of the United States [\*\*\*] before the adoption of the amendment it is necessary to ascertain what persons originally associated themselves together to form the nation, and what were afterwards admitted to membership**".

The 1st section of the 14th article [Fourteenth Amendment], to which our attention is more specifically invited, opens with a definition of citizenship—not only citizenship of the United States[\*\*\*], but citizenship of the states, No such definition was previously found in the Constitution, nor had any attempt been made to define it by act of Congress, It had been the occasion of much discussion in the courts, by the executive departments and in the public journals, It had been said by eminent judges that no man was a citizen of the United states[\*\*\*] except as he was a citizen of one of the states composing the Union, **Those therefore, who had been born and resided always in the District of Columbia or in the territories, though within the United States[\*], were not citizens [within the Constitution]**".

"Citizens of the United States within the meaning of the Fourteenth Amendment must be natural and not artificial person; a corporate body is not a citizen of the United

States, *14 Insurance Co. v. New Orleans, 13 Fed. Cas. 67* (C.C.D. La 1870). Not being citizens of the United States, corporations accordingly have been declared unable "to claim the protection of that clause of the Fourteenth amendment which secures the privileges and immunities of citizens of the United States against abridgment or impairment by the law of a State." *Orient Ins. Co. v. Daggs, 172 U.S. 557*, (1869). This conclusion was in harmony with the earlier holding in *Paul v. Virginia, 75 U.S. (8Wall.) 168* (1869), to the effect that corporations were not within the scope of the privileges and immunities clause of state Citizenship set out in Article IV, Sec. 2. See also *Selover, Bates & Co. v. Walsh, 226 U.S. 112, 126* (1912); *Bera College v. Kentucky, 211 U.S. 45* (1908); *Libery Warehouse Co. v. Tobacco Growers, 276 U.S. 71, 89* (1928); *Grosjean v. American Press Co., 297 U.S. 233, 244* (1936)

**NOTICE: A Fourteenth Amendment person can never be a corporation or artificial person**

In the Fourteenth Amendment, **Subject to THE jurisdiction of the "United States"** means POLITICAL jurisdiction, Note the use of the word "THE" means the STATES and NOT the national government: "This section [the Fourteenth Amendment] contemplates two sources of citizenship, and two sources only, -birth and naturalization, the persons declared to be citizens are 'all persons born or naturalized in the United States, and subject to the jurisdiction thereof,' The evident meaning of these last words is, not merely subject in some respect or degree to the jurisdiction of the United States, **but completely subject to their [plural, not singular, meaning states of the Union] political jurisdiction, and owing THE [the "state" of the Union] direct and immediate allegiance**"

[*U.S. v. Wong Kim ark, 169 U.S. 649, 18 S. Ct. 456; 42 L. Ed. 890* (1898)]. It EXCLUDES the legislative jurisdiction of the NATIONAL government, CONSTITUTIONAL states are legislatively "foreign" and "alien" in relation to the NATIONAL government: "The United States Government is a foreign corporation with respect to a state"

[*N.Y. v. re Merriam 36 N.E. 505; 141 N.Y. 479*; affirmed *16 S. Ct. 1073; 41 L. Ed. 287*] [underlines added] [19 Corpus, Juris, Secundum (D.J.S.), Corporations, §884]

People in the "states" of the Union are NOT those on federal territory:

"It is impossible to construe the words 'subject to the jurisdiction thereof,' in the concluding sentence of the same section; or to hold that person 'within the jurisdiction' of one of the states of the Union are not 'subject to the jurisdiction of the United states[***].'"

[U.S. v. Wong Kim ark, 169 U.S. 649, 18 S.Ct. 456; 42 L.Ed. 890(1898)], emphasis added

Affiant declares that any and all contracts or agreements which indicate affiant is a 14th Amendment STATUTORY "U.S. citizen"; a 2nd Hooven citizen; a citizen of the federal government and subject to its jurisdiction; are hereby declared to be null and void. Affiant hereby declares that any such contract/agreement was not entered into knowingly, voluntarily, or intentionally; therefore, was the result of Constructive Fraud, Affiant has also claimed, "state" Citizenship and associated unalienable rights with complete immunity to STATUTORY "U.S. citizen jurisdiction".

Affiant is aware that bills of attainder are expressly banned by the United States Constitution as well as the constitutions of the "states" of the union.

If recipient of this affidavit disagrees with any of the facts stated herein, then provide written Verification in specificity (not opinion, but enacted positive law, regulations and Supreme Court rulings) within 30 calendar days or forever be e-stopped from challenging these statements of fact, these facts shall stand in any court

## DEFINITIONS

**nation** ---- In American constitutional law the word "state" is applied to the several members of the American Union.

Black's Law Dictionary (6th ed. 1990)

**nationality**—The relationship between a citizen of a nation and the nation itself, customarily involving allegiance by the citizen and protection by the state; membership in a nation. This term is often used synonymously with citizenship.

Black's Law Dictionary (8th ed. 2004)

**nationality**— That quality or character which arises from the fact of a person's belonging to a nation or state. Nationality determines the political status of the individual, especially with reference to allegiance: while domicile determines his civil [legal/statutory] status. Nationality arises either by birth or by naturalization."

Black's Law Dictionary (6th ed. 1990), p 1025

**citizenship**—The status of being a citizen. There are four ways to acquire citizenship: by birth in the United States, by Birth in U.S. territories, by birth outside the U.S. to U.S. parents, and by naturalization.

Black's Law Dictionary, 6th ed 1990)

**Dual Citizenship** — Citizenship in two different countries. Status of citizens of United States who reside within a state; i.e., persons who are born or naturalized in the U.S. are citizens of the U.S. and the state wherein they reside.

Black's Law Dictionary (6th ed. 1990)

**"national"**—A person owing permanent allegiance to a "state". U.S.C.A. § 1101. The term "national" as used in the phrase "national of the United States" is broader than the term "citizen".

<u>Brassert v. Biddle, D.C. Conn., 59 F. Supp. 457, 462</u>.
Black's Law Dictionary, (6th ed.1990).

**"state"**—The political system of a body of people who are politically organized; the system of rules by which jurisdiction and authority are exercised over such a body of people. The organ of the state by which its relations with other states are managed is the government.

Black's Law Dictionary (8th ed. 2004), p. 1407

**Foreign state**— A foreign country or nation. The several United States are considered "foreign" to each other except as regards their relations as common members of the Union.

Black's Law Dictionary (8th ed. 2004), p.1407

**Foreign States**— Nations which are outside of the United States. Term may also refer to another state, i.e., a sister state.

Black's Law Dictionary, (6th ed. 1990), p. 648

Further affiant sayeth naught.

I certify under penalty of perjury that the information provided in this Affidavit of Nationality is true, correct, and complete to the best of my knowledge and ability, Remedy for perjury may only be pursued in a state court under common law,

Dated this _7th_ day of _October_ 2014.

Autograph: _____
Mimi Michelle Vigil "state" Citizen

State of Colorado, County of _Arapahoe_, signed or attested before me, this _7_ day of _October_, 20_14_ by Mimi Michelle Vigil.

_Rosalba Boone_
PRINT NAME—NOTARY PUBLIC—State of Colorado

_Rosalba Boone_
SIGNATURE—NOTARY PUBLIC

Commission Expires: _7/9/2017_

ROSALBA BOONE
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20134039813
MY COMMISSION EXPIRES JULY 9, 2017