REGISTERED MAIL # RE 548 051 552 US

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 29 2014
JEFFREY P. COLWELL
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. _____ |
| ) | |
| Plaintiff, ) | 13-cr-00392-CMA |
| ) | |
| v. ) | MANDITORY JUDICIAL NOTICE |
| ) | |
| ) | Notice of mimi vigil the "trust", agent for General Executor Office MIMI VIGIL Estate, make an entry of coming forward "Appearance", as Third party in interest and protector of the MIMI VIGIL estate |
| MIMI VIGIL ) | |
| ) | |
| Defendant. ) | |

REGISTERED MAIL
RE 548 051 552 US
Label 200, August 2005     PSN 7690-03-000-9311

COMES NOW, mimi vigil, As the protector of the "Estate" and (Annexed Form 56) agent for the General Executor Office MIMI VIGIL estate, make an Entry of coming forward "Appearance", as a third party of interest. For the MIMI VIGIL case # 13-cr-00392-CMA .

MANDATORY JUDICIAL NOTICE

Page 1 of 5

REGISTERED MAIL # RE 548 051 552 US

1  Dated this 28th day of October, 2014.

mimi vigil, agent for general executor office

**MANDATORY JUDICIAL NOTICE**

**Page 2 of 5**

REGISTERED MAIL # RE 548 051 552 US

## CERTIFICATE OF FILING

I certify that I filed the original "MANDATORY JUDICIAL NOTICE" and "ANNEXED FORM 56 date stamped Oct. 27, 2014" with;

UNITED STATES DISTRICT COURT, CLERK OF THE COURT;

By this method of filing:

REGISTERED MAIL # RE 548 051 552 US

Dated this 28th day of October 2014

By: /s/ Mimi Vigil
Mimi Vigil, "state" Citizen

MANDATORY JUDICIAL NOTICE

Page 3 of 5

REGISTERED MAIL # RE 548 051 552 US

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served via first class mail the foregoing upon the following:

UNITED STATES ATTORNEYS OFFICE
Matthew T. Kirsch (or designee)
1225 17th Street
Denver, Colorado 80202

UNITED STATES DISTRICT JUDGE
Christine M. Arguello
901 19th Street
Denver, Colorado 80294

Dated this 28th day of October, 2014

By: /s/ Mimi Vigil
Mimi Vigil, "state" Citizen

MANDATORY JUDICIAL NOTICE

Page 4 of 5

REGISTERED MAIL # RE 548 051 552 US

| | |
|---|---|
| **U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**<br>MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER<br><br>Received From:<br>3578 Hartsel Dr. #E<br>Colorado Springs, CO<br>80920<br><br>One piece of ordinary mail addressed to:<br>Clerk of the Court<br>United States District Court<br>901 19th Street<br>Denver, Colorado 80294<br><br>PS Form 3817, Mar. 1989 | Affix fee here in stamps or meter postage and post mark. Inquire of Postmaster for current fee.<br><br>USA 70<br><br>USA 70 |

**MANDATORY JUDICIAL NOTICE**

**Page 5 of 5**

| Form **56** (Rev. December 2011) Department of the Treasury Internal Revenue Service | **Notice Concerning Fiduciary Relationship** (Internal Revenue Code sections 6036 and 6903) | OMB No. 1545-0013 |

### Part I  Identification

Name of person for whom you are acting (as shown on the tax return)
**MIMI M. VIGIL**

Identifying number

Decedent's social security no.
**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**

Address of person for whom you are acting (number, street, and room or suite no.)
**IN CARE OF VIGIL TRUST**  c/o 3578 Hartsel Dr #E

City or town, state, and ZIP code (If a foreign address, see instructions.)
**Colorado Springs, Colorado 80920**

Fiduciary's name
**MIMI MICHELLE VIGIL estate**

Address of fiduciary (number, street, and room or suite no.)
**IN CARE OF VIGIL TRUST**  c/o 3578 Hartsel Dr #E

City or town, state, and ZIP code
**Colorado Springs, Colorado 80920**

Telephone number (optional)
( 719 )  440-7530

### Section A. Authority

1  Authority for fiduciary relationship. Check applicable box:
- a ☐ Court appointment of testate estate (valid will exists)
- b ☐ Court appointment of intestate estate (no valid will exists)
- c ☐ Court appointment as guardian or conservator
- d ☐ Valid trust instrument and amendments
- e ☐ Bankruptcy or assignment for the benefit or creditors
- f ☑ Other. Describe ▶ **General Executor Office for Estate; Agent: vigil, mimi michelle. Title 18 USC 558, Title 12 USC 95b**

2a  If box 1a or 1b is checked, enter the date of death ▶
2b  If box 1c—1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶ **effective upon notice** by general executor

*[Stamp: INTERNAL REVENUE SERVICE W & I - FIELD ASSISTANCE COLORADO SPRINGS, CO 80906  OCT 27/14  2:10 PM  RECEIVED  42511]*

### Section B. Nature of Liability and Tax Notices

3  Type of taxes (check all that apply):  ☐ Income  ☑ Gift  ☑ Estate  ☑ Generation-skipping transfer  ☐ Employment  ☐ Excise  ☑ Other (describe) ▶ **Article XIV Clause 4 assessment against the estate; Title 12 USC 95A(2)**

4  Federal tax form number (check all that apply):  a☑ 706 series  b☑ 709  c☑ 940  d☐ 941, 943, 944  e☑ 1040, 1040-A, or 1040-EZ  f☐ 1041  g☐ 1120  h☑ Other (list) ▶ **1099 OID, 1099 A, 1099 MISC, 1096**

5  If your authority as a fiduciary does not cover all years or tax periods, check here . . . . . . . . . . . ▶ ☐
   and list the specific years or periods ▶

6  If the fiduciary listed wants a copy of notices or other written communications (see the instructions) check this box . . . . ▶ ☐
   and enter the year(s) or period(s) for the corresponding line 4 item checked. If more than 1 form entered on line 4h, enter the form number.

**Complete only if the line 6 box is checked.**

| If this item is checked: | Enter year(s) or period(s) | If this item is checked: | Enter year(s) or period(s) |
|---|---|---|---|
| 4a | | 4b | |
| 4c | | 4d | |
| 4e | | 4f | |
| 4g | | 4h: | |
| 4h: | | 4h: | |

For Paperwork Reduction Act and Privacy Act Notice, see the separate instructions.   Cat. No. 16375I   Form **56** (Rev. 12-2011)

Form 56 (Rev. 12-2011) | Page 2

### Part II — Court and Administrative Proceedings

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | | Date proceeding initiated |
|---|---|---|
| **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO** | | **September 23, 2013** |
| Address of court | | Docket number of proceeding |
| **901 19th Street** | | **13-cr-00392-CMA** |
| City or town, state, and ZIP code | Date | Time / a.m. / p.m. / Place of other proceedings |
| **Denver, Colorado 80294** | **11/3/2014** | **9:00** ☑ a.m. ☐ p.m. **Denver, Colorado** |

### Part III — Signature

Please Sign Here

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

_[signature]_ Fiduciary's signature

**PROTECTOR FOR THE TRUST**
Title, if applicable

Date: **10/27/14**

Form **56** (Rev. 12-2011)