IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   13-cr-00392-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. George Thomas Brokaw,
2. John J. Pawelski, and
3. Mimi M. Vigil,

    Defendants.

---

### GOVERNMENT'S OPPOSITION TO DEFENDANTS' MOTION FOR NEW TRIAL [# 369]

---

The Defendants have timely filed their motion for a new trial [# 369] under Rule 33 of the Federal Rules of Criminal Procedure, which allows a court to grant a new trial "if the interest of justice so requires."  Fed. R. Crim. P. 33(a).  The Defendants' motion, however, makes no specific claims of error with respect to the trial.  Instead, they raise again arguments concerning alleged discovery violations, lack of jurisdiction, and specious claims of a conspiracy between the United States Attorney's Office and this Court, all of which this Court has previously considered and denied.  Particularly considering that motions for new trials are generally not favored and should be granted only with great caution, *United States v.* Herrera, 481 F.3d 1266, 1269-70 (10th Cir. 2007), this Court should deny the Defendants' motion for a new trial [# 369] based solely on previously rejected, non-trial-related claims.

Respectfully submitted this 20th day of November, 2014,

        JOHN F. WALSH
        United States Attorney


        s/ Matthew T. Kirsch
        MATTHEW T. KIRSCH
        MARTHA A. PALUCH
        Assistant U.S. Attorneys
        1225 17th Street, Suite 700
        Denver, CO 80202
        Telephone 303-454-0100
        Facsimile 303-454-0402
        Email: martha.paluch@usdoj.gov
              matthew.kirsch@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.   I also emailed the foregoing to the following e-mail addresses:

George Thomas Brokaw, Pro Se
tombrokaw33@msn.com

John J. Pawelski, Pro Se
Johnski9999@gmail.com

Mimi M. Vigil, Pro Se
Rubyred5050@gmail.com


*s/ Dee Boucher*
United States Attorney's Office