Friday, January 23, 2015

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 29 2015

JEFFREY P. COLWELL
CLERK

To:  Federal court Judge Arguello
of the state of colorado,
united states of America
901 19th street
Room a105
denver, colorado [80294]

I am very concerned and outraged by the travesty imposed by the judicial system of the state of colorado and the government of the united states of America as it concerns a friend of mine,          : mimi-michelle :   vigil, a resident currently wearing an ankle bracelet in colorado springs, colorado.  CASE number 13 CR 392

I was a teacher of español and English in colorado springs, colorado from 1985 until 2001.  I instructed ninth grade students in español and English.

I was employed by Silver Key Senior Services as a case manager II from 2002 until 2005. I helped the elderly in colorado springs receive their compensation from entitlement programs.

I have known :  mimi-michelle :  vigil since 1990.  We met when both of us worked for a direct sales jewelry company and other similar companies since 1990.   She is an honest, hard working, kind, and intelligent woman.   The idea of incarcerating or punishing this woman, (and others), is anathema to the principles upon which this country was founded.

I am writing to ask for your intervention on her behalf as well as others who have been wrongly accused , tried, and convicted of exercising the constitutional rights of LIFE, LIBERTY, and the PURSUIT OF HAPPINESS, not to forget the rights of FREEDOM, SPEECH, ASSEMBLY, et. al.

Please help my friend, Judge Arguello, and help achieve the release of :   mimi-michelle : vigil and any others, who are currently , or will be in the future, facing a fight for the freedoms we were told existed in this country while we were growing up.

Please do what you must know is the RIGHT THING TO DO and help liberate : mimi-michelle :   vigil and all others who are fighting to survive in the land of the WHAT? and the home of the WHO?

**Thank you for reading my letter.   I hope you are able to help and do assist my friend.**

Sincerely

: donna-joan :  kringlen

registered voter