APPEAL

# U.S. District Court
## District of Colorado (Denver)
### CRIMINAL DOCKET FOR CASE #: 1:13−cr−00392−CMA−3

| | |
|---|---|
| Case title: USA v. Brokaw et al | Date Filed: 09/23/2013 |

Assigned to: Judge Christine M. Arguello

**Defendant (3)**

| | | |
|---|---|---|
| **Mimi M. Vigil** | represented by | **Mimi M. Vigil**<br>513 Shady Crest Circle<br>Colorado Springs, CO 80916<br>719−440−7530<br>PRO SE |
| | | **John S. Tatum**<br>John S. Tatum, P.C.<br>12351 East Cornell Avenue<br>Aurora, CO 80014<br>303−750−6888<br>Fax: 303−750−8279<br>Email: john@johntatumlaw.com<br>*TERMINATED: 08/19/2014*<br>*LEAD ATTORNEY*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| CONSPIRE TO DEFRAUD GOVERNMENT RESPECT TO CLAIM<br>(1) | |
| CONSPIRE TO DEFRAUD GOVERNMENT RESPECT TO CLAIM<br>(1s) | |
| FALSE OR FRAUDULENT CLAIMS<br>(12) | |
| FALSE OR FRAUDULENT CLAIMS<br>(12s) | |
| CONSPIRACY TO DEFRAUD THE UNITED STATES<br>(14) | |
| CONSPIRACY TO DEFRAUD THE UNITED STATES<br>(14s) | |
| CORRUPT OR FORCIBLE INTERFERENCE<br>(17) | |
| CORRUPT OR FORCIBLE INTERFERENCE<br>(17s) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Matthew T. Kirsch**<br>U.S. Attorney's Office−Denver<br>1225 17th Street East<br>Suite 700<br>Denver, CO 80202<br>303−454−0100<br>Fax: 303−454−0402<br>Email: matthew.kirsch@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Federal Agency Attorney*<br><br>**Martha Ann Paluch**<br>U.S. Attorney's Office−Denver<br>1225 17th Street East<br>Suite 700<br>Denver, CO 80202<br>303−454−0100<br>Fax: 303−454−0402<br>Email: Martha.Paluch@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Federal Agency Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/23/2013 | 1 | INDICTMENT (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit) (dkals, ) (Entered: 09/24/2013) |
| 09/23/2013 | 2 | RESTRICTED DOCUMENT − Level 4 (dkals, ) (Entered: 09/24/2013) |
| 09/23/2013 | 3 | Arrest Warrant Issued in case as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, Clara M. Mueller. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(dkals, ) (Entered: 09/24/2013) |
| 09/23/2013 | 4 | MOTION to Restrict Case by USA as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, Clara M. Mueller. (dkals, ) (Entered: 09/24/2013) |
| 09/23/2013 | 5 | ORDER to Restrict Case as to George Thomas Brokaw (1), John J. Pawelski (2), Mimi M. Vigil (3), Clara M. Mueller (4) by Magistrate Judge Michael E. Hegarty on 9/23/13. (dkals, ) (Entered: 09/24/2013) |
| 10/02/2013 | 6 | Arrest of George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, Clara M. Mueller. Initial Appearance set for 10/2/2013 02:00 PM in Courtroom A 501 before Magistrate Judge Gordon P. Gallagher. (Text Only Entry)(nmmsl, ) (Entered: 10/02/2013) |

| | | |
|---|---|---|
| 10/02/2013 | 7 | MINUTE ENTRY for proceedings held before Magistrate Judge Michael E. Hegarty: Initial Appearance as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, and Clara M. Mueller held on 10/2/2013. Defendants are present in custody. Defendants advised. Criminal Justice Act counsel appointed for all defendants. Arraignment, Discovery, and Detention Hearing set for 10/7/2013 10:00 AM in Courtroom A 502 before Magistrate Judge Michael J. Watanabe. Statements made by Mr. Pawelski regarding being held in custody for three days. Discussion held regarding bond for Ms. Vigil and Ms. Mueller. ORDERED: $25,000 Unsecured Bond set as to Mimi M. Vigil (3) and Clara M. Mueller (4). The detention hearing for Ms. Vigil and Ms. Mueller is vacated. Defendants Vigil and Mueller advised of conditions of bond and remanded for processing and release. Defendants Brokaw and Pawelski are remanded. (Total time: 17 minutes, Hearing time: 2:26–2:43)<br><br>**APPEARANCES**: Matthew Kirsch and Martha Paluch on behalf of the Government, Paige Meador on behalf of Pretrial Services. FTR: CRIMINAL PM –– Courtroom A–501. (mehcd) Text Only Entry (Entered: 10/03/2013) |
| 10/02/2013 | 11 | CJA 23 Financial Affidavit by Mimi M. Vigil. (mehcd) (Entered: 10/03/2013) |
| 10/02/2013 | 14 | $25,000 Unsecured Bond entered as to Mimi M. Vigil. (mehcd) (Entered: 10/03/2013) |
| 10/02/2013 | 15 | ORDER Setting Conditions of Release as to Mimi M. Vigil (3), by Magistrate Judge Michael E. Hegarty on 10/2/2013. (mehcd) (Entered: 10/03/2013) |
| 10/04/2013 | 19 | CJA 20/30 Appointment of John S. Tatum for Mimi M. Vigil by Magistrate Judge Michael E. Hegarty on 10/4/2013. (smatl, ) (Entered: 10/04/2013) |
| 10/07/2013 | 23 | Receipt for Surrender of Passport as to Mimi M. Vigil Passport Number 220470880 issued by USA (sphil, ) (Entered: 10/07/2013) |
| 10/07/2013 | 24 | MINUTE ORDER as to George Thomas Brokaw (1), John J. Pawelski (2), Mimi M. Vigil (3), Clara M. Mueller (4). Pretrial motions due by 10/21/2013. Responses due by 10/31/2013. If counsel believe an evidentiary hearing on motions is necessary, they shall confer and contact Chambers via conference call (303–335–2174) no later than 11/05/2013 to set such a hearing. Final Trial Preparation Conference set for 11/25/2013 at 9:00 AM, in Courtroom A602 before Judge Christine M. Arguello. Ten–day Jury Trial set for 12/02/2013 at 8:00 AM, in Courtroom A602, before Judge Christine M. Arguello. FURTHER ORDERED, the Court will not consider any motion related to the disclosure or production of discovery that is addressed by the Discovery Order and/or Fed.R.Crim.P.16, unless Counsel for the moving party, prior to filing the motion, has conferred or made reasonable, good–faith efforts to confer with opposing counsel in an effort to attempt to resolve the disputed matter, e.g., questions or disputes relating to the scope and/or timing of disclosure of such discovery. If the parties are able to resolve the dispute, the Motion shall be entitled "Unopposed Motion for _____," and the parties shall submit the proposed order the parties wish the Court to enter. If the parties are unable to resolve the dispute, the moving party shall state in the Motion the specific efforts that were taken to comply with this Order to Confer. FURTHER ORDERED, parties are expected to comply with this Court's "Criminal Practice Standards" (AS AMENDED ON MAY 15, 2013), specifically, Sections III.D and V.A–G (see www.cod.uscourts.gov, under tab "Court Operations/Rules &Procedures/Judicial Practice Standards"). SO ORDERED BY Judge Christine M. Arguello on 10/07/13. Text Only Entry (cmasec) (Entered: 10/07/2013) |
| 10/07/2013 | 27 | Arrest Warrant Returned Executed on 10/2/13 in case as to Mimi M. Vigil. (dkals, ) (Entered: 10/07/2013) |
| 10/07/2013 | 32 | MINUTE ENTRY/ORDER for proceedings held before Magistrate Judge Michael J. Watanabe: Arraignment / Discovery Hearing as to Mimi M. Vigil held on 10/7/2013. Defendant present on bond with counsel. NOT GUILTY plea entered as to all counts. Discovery memorandum executed. Defendants bond continued. Counsel is directed to chambers. (Total time: 4 minutes, Hearing time: 10:38 – 10:42)**APPEARANCES**: Matthew T. Kirsch on behalf of the Government, John S. Tatum on behalf of the defendant, Christine Zorn on behalf of pretrial. Court Reporter: FTR – E. E. Miller. FTR: Courtroom A502. (mjwcd) Text Only Entry |

| | | |
|---|---|---|
| | | (Entered: 10/07/2013) |
| 10/07/2013 | 39 | Discovery Conference Memorandum and ORDER: Estimated Trial Time – 10 days as to Mimi M. Vigil by Magistrate Judge Michael J. Watanabe on 10/7/13. (ccovi) (Entered: 10/08/2013) |
| 10/08/2013 | 34 | NOTICE OF ATTORNEY APPEARANCE: John S. Tatum *as Court−Appointed Counsel* appearing for Mimi M. Vigil (Tatum, John) (Entered: 10/08/2013) |
| 10/08/2013 | 45 | NOTICE OF ATTORNEY APPEARANCE Martha Ann Paluch appearing for USA. (Paluch, Martha) (Entered: 10/08/2013) |
| 10/10/2013 | 46 | MOTION to Disclose Grand Jury Material to Defendant by USA as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, Clara M. Mueller. (Attachments: # 1 Proposed Order (PDF Only))(Kirsch, Matthew) (Entered: 10/10/2013) |
| 10/10/2013 | 47 | ORDER GRANTING 46 Motion to Disclose Grand Jury Material as to George Thomas Brokaw (1), John J. Pawelski (2), Mimi M. Vigil (3), Clara M. Mueller (4): Grand jury testimony and documents may be disclosed to Defendants and their attorneys in the course of discovery in this case. FURTHER ORDERED that (1) Defense counsel shall make only such copies as are necessary to prepare a defense of this criminal case; (2) Defense counsel shall keep a written record concerning how many copies were made, to whom those copies were delivered, and the date of delivery, and that defense counsel shall deliver a copy of this Order allowing disclosure with the materials; (3) Defense counsel shall provide Defendants with reasonable access to the grand jury materials, but no Defendant shall be allowed to retain copies of any grand jury materials; (4) No person, other than defense counsel, shall be allowed to make any copies of the grand jury materials for any purpose; and (5) Within 10 days of the conclusion of the case in this Court, by entry of the Court's judgment, defense counsel shall collect all such copies and return them to the government. SO ORDERED BY Judge Christine M. Arguello on 10/10/13. Text Only Entry (cmasec) (Entered: 10/10/2013) |
| 10/21/2013 | 51 | Unopposed MOTION to Exclude *180 Days from the Otherwise Applicable Speedy Trial Calculation in this Action, to Continue Currently Scheduled Trial Date, and to Extend Motions Filing Deadlines* by Mimi M. Vigil. (Tatum, John) (Entered: 10/21/2013) |
| 10/21/2013 | 53 | SUPERSEDING INDICTMENT as to George Thomas Brokaw (1) counts 1s, 2s−7s, 14s, 15s, John J. Pawelski (2) counts 1s, 8s−11s, 14s, 16s, Mimi M. Vigil (3) counts 1s, 12s, 14s, 17s, Clara M. Mueller (4) counts 1s, 13s, 14s, 18s. (Attachments: # 1 Criminal Information Sheet, # 2 Criminal Information Sheet, # 3 Criminal Information Sheet, # 4 Criminal Information Sheet) (dkals, ) (Entered: 10/22/2013) |
| 10/21/2013 | 54 | RESTRICTED DOCUMENT – Level 4 as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, Clara M. Mueller. (dkals, ) (Entered: 10/22/2013) |
| 10/21/2013 | 55 | MINUTE ORDER as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, Clara M. Mueller: Re−Arraignment set for 10/30/2013 01:30 PM in Courtroom C204 before Magistrate Judge Kristen L. Mix. Text Only Entry (dkals, ) (Entered: 10/22/2013) |
| 10/22/2013 | 56 | ORDER granting 51 Unopposed Motion to exclude 180 days from speedy trial, to continue trial dates and extend motions deadlines, as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, Clara M. Mueller, by Judge Christine M. Arguello on 10/22/13. The Final Trial Preparation Conference and Jury Trial are vacated. (dkals, ) (Entered: 10/22/2013) |
| 10/25/2013 | 58 | CJA Request for Interim Payment as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, Clara M. Mueller. (Stuckey, Richard) (Entered: 10/25/2013) |
| 10/25/2013 | 59 | MINUTE ORDER as to George Thomas Brokaw (1), John J. Pawelski (2), Mimi M. Vigil (3), Clara M. Mueller (4): Pursuant to a telephone conference between counsel and Chambers staff, the following trial dates and deadlines have been RESET in this matter: Pretrial motions due by 04/01/2014. Responses due by 04/14/2014. Final Trial Preparation Conference set for 05/09/2014 at 9:00 AM, in |

| | | |
|---|---|---|
| | | Courtroom A602, before Judge Christine M. Arguello. Three−week Jury Trial set for 06/02/2014 at 8:30 AM, in Courtroom A602, before Judge Christine M. Arguello. FURTHER, a Motions Hearing is set for 04/24/2014 at 1:00 PM, in Courtroom A602, before Judge Christine M. Arguello. SO ORDERED BY Judge Christine M. Arguello on 10/25/13. Text Only Entry (cmasec) (Entered: 10/25/2013) |
| 10/30/2013 | 62 | MINUTE ENTRY for Re−Arraignment on First Superseding Indictment as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil and Clara M. Mueller held before Magistrate Judge Kristen L. Mix on 10/30/2013. All defendants present on bond. Court advises defendants. All defendants waive reading and advisement. Court enters Plea of Not Guilty on all counts as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil and Clara M. Mueller. (Total time: 9 minutes, Hearing time: 1:52−2:01)<br><br>**APPEARANCES**: Martha Paluch on behalf of the Government, Eric Klein on behalf of defendant George Brokaw, Richard Stuckey on behalf of defendant John J. Pawelski, John Tatum on behalf of defendant Mimi Vigil, Miller Leonard on behalf of defendant Clara Mueller. FTR: KLM Courtroom C−204. (lag) Text Only Entry (Entered: 10/30/2013) |
| 11/01/2013 | 65 | TRANSCRIPT of Arraignment/Discovery/Detention Hearing as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, Clara M. Mueller held on October 7, 2013 before Magistrate Judge Watanabe. Pages: 1−30.<br><br>**NOTICE − REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br><br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 2/3/2014. (Avery Woods Reporting, ) (Entered: 11/01/2013) |
| 11/14/2013 | 69 | CJA 21/31 Request for Service as to Mimi M. Vigil. (Attachments: #1 CJA Attachment)(Tatum, John) (Entered: 11/14/2013) |
| 11/15/2013 | 70 | CJA 21/31 Authorization for Service as to Mimi M. Vigil by Judge Christine M. Arguello on 11/15/2013. (smatl, ) (Entered: 11/20/2013) |
| 03/04/2014 | 109 | CJA 21/31 Payment Request as to Mimi M. Vigil. (Attachments: #1 CJA Attachment)(Tatum, John) (Entered: 03/04/2014) |
| 03/06/2014 | 111 | MOTION to Disclose Grand Jury Material to Defendant *John Joseph Pawelski* by USA as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, Clara M. Mueller. (Attachments: #1 Proposed Order (PDF Only))(Paluch, Martha) (Entered: 03/06/2014) |
| 03/18/2014 | 125 | CJA 20/30 Payment Request as to Mimi M. Vigil. (Attachments: #1 CJA Attachment, #2 CJA Attachment)(Tatum, John) (Entered: 03/18/2014) |
| 03/27/2014 | 134 | Unopposed MOTION for Extension of Time to File *Motions* by Mimi M. Vigil. (Tatum, John) (Entered: 03/27/2014) |
| 04/01/2014 | 140 | MOTION for James Hearing *to Exclude Hearsay Statements and for Pretrial Evidentiary Hearing to Determine Admissibility of Co−Conspirator Hearsay Statements Pursuant to F.R.E. 801(d)(2)(E)* by Mimi M. Vigil. (Tatum, John) (Entered: 04/01/2014) |
| 04/01/2014 | 142 | MOTION to Suppress *Evidence − Illegal Search of Home and Violation of Attorney/Client Privilege* by Mimi M. Vigil. (Tatum, John) (Entered: 04/01/2014) |

| | | |
|---|---|---|
| 04/01/2014 | 143 | MOTION to Sever Defendant *and for Relief from Prejudicial Joinder* by Mimi M. Vigil. (Tatum, John) (Entered: 04/01/2014) |
| 04/02/2014 | 144 | ORDER GRANTING 134 Motion for Extension of Time to File as to Mimi M. Vigil (3). Pretrial motions for all parties in this matter are due by 04/08/2014. Responses for all parties are due by 04/21/2014. SO ORDERED BY Judge Christine M. Arguello on 04/02/14. Text Only Entry (cmasec) (Entered: 04/02/2014) |
| 04/07/2014 | 146 | CJA 21/31 Request for Service as to Mimi M. Vigil. (Attachments: # 1 CJA Attachment)(Tatum, John) (Entered: 04/07/2014) |
| 04/08/2014 | 155 | MEMORANDUM in Support by Mimi M. Vigil re 143 MOTION to Sever Defendant *and for Relief from Prejudicial Joinder* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Tatum, John) (Entered: 04/08/2014) |
| 04/09/2014 | 158 | Unopposed MOTION to Continue *Trial and Motions Hearing and to Exclude an Additional 120 Days from the Otherwise Applicable Speedy Trial Calculation in this Action* by Mimi M. Vigil. (Tatum, John) (Entered: 04/09/2014) |
| 04/13/2014 | 191 | CJA 21/31 Authorization for Service as to Mimi M. Vigil by Judge Christine M. Arguello on 4/13/2014. (shugh) (Entered: 04/29/2014) |
| 04/13/2014 | 201 | CJA 21/31 Payment Authorization as to Mimi M. Vigil by Judge Christine M. Arguello on 4/13/2014. (shugh) (Entered: 05/12/2014) |
| 04/16/2014 | 164 | ORDER granting 158 Motion to Continue and a 120 Day Ends of Justice Continuance as to Mimi M. Vigil, George Thomas Brokaw, John J. Pawelski, Clara M. Mueller. Motion Hearing, Final Trial Preparation Conference, and Jury Trial are vacated. Status Conference set for 7/2/2014 02:30 PM in Courtroom A 602 before Judge Christine M. Arguello. By Judge Christine M. Arguello on 04/16/2014. (athom, ) (Entered: 04/16/2014) |
| 04/18/2014 | 171 | RESPONSE to Motion by USA as to John J. Pawelski, Mimi M. Vigil, Clara M. Mueller re 161 MOTION to Exclude MOTION for Hearing, 140 MOTION for James Hearing *to Exclude Hearsay Statements and for Pretrial Evidentiary Hearing to Determine Admissibility of Co−Conspirator Hearsay Statements Pursuant to F.R.E. 801(d)(2)(E)*, 141 MOTION for James Hearing (Kirsch, Matthew) (Entered: 04/18/2014) |
| 04/18/2014 | 172 | RESPONSE in Opposition by USA as to Mimi M. Vigil, Clara M. Mueller re 143 MOTION to Sever Defendant *and for Relief from Prejudicial Joinder*, 157 MOTION to Sever Defendant (Kirsch, Matthew) (Entered: 04/18/2014) |
| 04/18/2014 | 175 | RESPONSE to Motion by USA as to Mimi M. Vigil re 142 MOTION to Suppress *Evidence − Illegal Search of Home and Violation of Attorney/Client Privilege* (Paluch, Martha) (Entered: 04/18/2014) |
| 04/22/2014 | 184 | MOTION for Order *TO RE−SCHEDULE STATUS CONFERENCE* by USA as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, Clara M. Mueller. (Kirsch, Matthew) (Entered: 04/22/2014) |
| 05/10/2014 | 205 | CJA 20/30 Payment Authorization as to Mimi M. Vigil by Judge Christine M. Arguello on 5/10/2014. (shugh) (Entered: 05/23/2014) |
| 05/29/2014 | 207 | RESPONSE to Motion by Mimi M. Vigil re 184 MOTION for Order *TO RE−SCHEDULE STATUS CONFERENCE and Request for Ruling Thereon* (Tatum, John) (Entered: 05/29/2014) |
| 06/03/2014 | 209 | ORDER GRANTING 184 Motion for Order as to George Thomas Brokaw (1), John J. Pawelski (2), Mimi M. Vigil (3), Clara M. Mueller (4). The Status Conference in this matter, set for 07/02/2014, is VACATED and must be reset. Counsel and pro se parties are DIRECTED to call Chambers (303−335−2174) via conference call no later than 06/09/2014 in order to reset this tatus Conference. SO ORDERED BY Judge Christine M. Arguello on 06/03/14. Text Only Entry (cmasec) (Entered: 06/03/2014) |

| | | |
|---|---|---|
| 06/06/2014 | 211 | MINUTE ORDER as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, Clara M. Mueller: Pursuant to a telephone conference between counsel, Defendant Brokow, Defendant Pawelski and Chambers staff, a Scheduling/Status Conference is set in this matter on 07/16/2014 at 11:00 AM, in Courtroom A602, before Judge Christine M. Arguello. SO ORDERED BY Judge Christine M. Arguello on 06/06/14. Text Only Entry (cmasec) (Entered: 06/06/2014) |
| 06/10/2014 | 214 | CJA 21/31 Payment Request as to Mimi M. Vigil. (Attachments: # 1 CJA Attachment)(Tatum, John) (Entered: 06/10/2014) |
| 06/12/2014 | 217 | ORDER as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, and Clara M. Mueller: 152 Motion to Modify Conditions of Release is granted. The Court reserves ruling on motions 140 , 141 , 142 , and 161 . The Court denies the remainder of the pending motions 103 , 104 , 122 , 123 , 135 , 137 , 143 , 150 , 151 , 153 , 156 , 157 , 159 , 160 , 162 , 185 , 202 , 212 , 213 , 215 , 216 . By Judge Christine M. Arguello on 06/12/2014. (athom, ) (Entered: 06/13/2014) |
| 06/17/2014 | 220 | MOTION to Modify Conditions of Release by Mimi M. Vigil. (Tatum, John) (Entered: 06/17/2014) |
| 06/27/2014 | 223 | RESPONSE by USA as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, Clara M. Mueller re: 217 Order Modifying Conditions of Supervision,, Terminate Motions, (Kirsch, Matthew) (Entered: 06/27/2014) |
| 07/07/2014 | 224 | CJA 21/31 Payment Request as to Mimi M. Vigil. (Attachments: # 1 CJA Attachment)(Tatum, John) (Entered: 07/07/2014) |
| 07/10/2014 | 230 | CJA 21/31 Payment Authorization as to Mimi M. Vigil by Judge Christine M. Arguello on 7/10/2014. (shugh) (Entered: 07/17/2014) |
| 07/16/2014 | 232 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Status Conference as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, Clara M. Mueller held on 7/16/2014. Defendants present on bond. ORDER: The proposed scheduling order regarding the James log 223 is approved. The Defendants shall file objections by 9/16/2014. The Government shall file any objections by 9/30/2014. With respect to Defendant Vigil's Motion to Modify Conditions of Release to Permit Contact with Co−Defendant Mueller, defense counsel for Defendant Muller shall file a proposed order. HEARING: A James Hearing is set for 10/3/2014 at 10:00 AM in Courtroom A602 before Judge Christine M. Arguello on all outstanding motions. TRIAL: A Three−week Jury Trial is set for 11/3/2014 at 8:30 AM. A Final Trial Preparation Conference is set for 10/9/2014 at 3:00 PM. (Total time: 00:39, Hearing time: 11:09−11:48)<br><br>**APPEARANCES**: Matthew Kirsch and Martha Paluch on behalf of the Government, George Brokaw (pro se), John Pawelski (pro se), John Tatum on behalf of Mimi Vigil, Miller Leonard on behalf of Clara Mueller. Court Reporter: Darlene Martinez. (shart) Text Only Entry (Entered: 07/17/2014) |
| 07/17/2014 | 231 | MOTION to Modify 220 MOTION to Modify Conditions of Release filed by Mimi M. Vigil by Clara M. Mueller as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, Clara M. Mueller. (Leonard, Miller) (Entered: 07/17/2014) |
| 07/17/2014 | 233 | NOTICE *of Defendant's Prior Acquaintanceship with Judge Assigned to Case* by Mimi M. Vigil (Tatum, John) (Entered: 07/17/2014) |
| 07/17/2014 | 234 | MOTION to Withdraw as Attorney *and Defendant Vigil's Motion for Self−Representation* by John S. Tatum by Mimi M. Vigil. (Tatum, John) (Entered: 07/17/2014) |
| 07/23/2014 | 235 | MOTION for Order by Clara M. Mueller as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, Clara M. Mueller. (Attachments: # 1 Proposed Order (PDF Only))(Leonard, Miller) (Entered: 07/23/2014) |
| 07/24/2014 | 238 | ORDER re 235 Motion for Order as to Clara M. Mueller. By Judge Christine M. Arguello on 07/24/2014. (athom, ) (Entered: 07/25/2014) |
| 07/24/2014 | 255 | CJA 21/31 Payment Authorization as to Mimi M. Vigil by Judge Christine M. Arguello on 7/24/2014. (shugh) (Entered: 08/20/2014) |

| | | |
|---|---|---|
| 07/25/2014 | 236 | NOTICE re 233 Notice of Prior Acquaintanceship by Mimi M. Vigil (3). Although this Court did practice law and was actively involved in the Colorado Springs Community in the late 1980's and early 1990's, she has never been a member of the Hispanic Chamber of Commerce of Colorado Springs, nor has she ever attended any meeting or event or served on any committee of the Hispanic Chamber of Commerce of Colorado Springs. This Court has no recollection of ever meeting or talking to Ms. Vigil at any time. Therefore, there is no reason for the Court to recuse herself in this case. (cmasec) (Entered: 07/25/2014) |
| 07/25/2014 | 237 | MINUTE ORDER as to Mimi M. Vigil re 234 MOTION to Withdraw as Attorney *and Defendant Vigil's Motion for Self–Representation* by John S. Tatum filed by Mimi M. Vigil: This matter is before the Court sua sponte. Upon review of Defendant's motion for self–representation and for withdrawal by present counsel, a hearing on said motion is set for 08/12/2014 at 9:00 AM, in Courtroom A602, before Judge Christine M. Arguello. Only government counsel, defense counsel for Defendant Vigil and Defendant Vigil are to be present at this hearing. SO ORDERED BY Judge Christine M. Arguello on 07/25/14. Text Only Entry (cmasec) (Entered: 07/25/2014) |
| 07/25/2014 | 239 | Utility Setting Hearing as to Mimi M. Vigil: Motion Hearing set for 8/12/2014 at 09:00 AM in Courtroom A 602 before Judge Christine M. Arguello pursuant to 237 Minute Order. Text Only Entry (athom, ) (Entered: 07/28/2014) |
| 08/05/2014 | 244 | CJA MOTION by Mimi M. Vigil. (Attachments: # 1 Exhibit Ex A Copy of Doc #118 CJA Request, # 2 Exhibit Ex B Invoice Advocates Resources LLC)(Tatum, John) (Entered: 08/05/2014) |
| 08/06/2014 | 245 | ORDER as to Mimi M. Vigil. Because a conflict has arisen on the Courts docket, the Motion Hearing currently set for 8/12/2014 at 9:00 AM is VACATED. By Judge Christine M. Arguello on 08/06/2014. (athom, ) (Entered: 08/06/2014) |
| 08/08/2014 | 246 | ORDER Setting Hearing on Motion as to Mimi M. Vigil re 234 MOTION to Withdraw as Attorney and Defendant Vigil's Motion for Self–Representation by John S. Tatum : Motion Hearing is RESET for 8/15/2014 09:00 AM in Courtroom A 602 before Judge Christine M. Arguello. SO ORDERED by Judge Christine M. Arguello on 8/8/2014. Text Only Entry (shart) (Entered: 08/08/2014) |
| 08/14/2014 | 247 | ORDER granting 220 Motion to Modify Conditions of Release as to Mimi M. Vigil; granting 231 Motion to Modify as to Mimi M. Vigil,Clara M. Mueller. By Judge Christine M. Arguello on 08/14/2014. (athom, ) (Entered: 08/14/2014) |
| 08/14/2014 | 248 | Unopposed MOTION for Order *To Allow Defense Counsel To Pay for Medical Records* by Clara M. Mueller as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, Clara M. Mueller. (Leonard, Miller) (Entered: 08/14/2014) |
| 08/14/2014 | 249 | Government's Proffer by USA as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, Clara M. Mueller (Attachments: # 1 Exhibit 1 Attachment A, # 2 Exhibit 1 Attachment B, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30, # 32 Exhibit 31, # 33 Exhibit 32, # 34 Exhibit 33, # 35 Exhibit 34, # 36 Exhibit 35)(Kirsch, Matthew) (Entered: 08/14/2014) |
| 08/15/2014 | 250 | MOTION to Disclose Grand Jury Material to Defendant by USA as to Mimi M. Vigil. (Attachments: # 1 Proposed Order (PDF Only))(Kirsch, Matthew) (Entered: 08/15/2014) |
| 08/15/2014 | 251 | SUPPLEMENT to 249 Govt's Proffer,,, by USA as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, Clara M. Mueller (Attachments: # 1 Exhibit 10, # 2 Exhibit 11, # 3 Exhibit 13, # 4 Exhibit 14, # 5 Exhibit 15, # 6 Exhibit 16, # 7 Exhibit 23)(Kirsch, Matthew) (Entered: 08/15/2014) |
| 08/15/2014 | 252 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Motion Hearing as to Mimi M. Vigil held on 8/15/2014. Defendant present; on bond. ORDER: A portion of this transcript is to remain under seal until further |

| | | |
|---|---|---|
| | | Order of the Court. MOTION and RULING: Defendant's Motion to Withdraw Attorney and Defendant Vigil's Motion for Self–Representation 234 is granted. The Court will allow Mr. Tatum to withdraw as counsel and for Defendant Vigil to proceed pro se. The Court will make this order effective as of close of business on Tuesday August 19, 2014 as requested by Mr. Tatum in order to give Mr. Tatum sufficient time to prepare a closing letter to advise Ms. Vigil of how to proceed forward. Defendant is allowed to remain free on bond as stated in the order setting conditions of release.(Total time: 00:51, Hearing time: 9:00–9:51)<br><br>**APPEARANCES**: Matthew Kirsch and Martha Paluch on behalf of the Government, John Tatum on behalf of the defendant. Court Reporter: Darlene Martinez. (shart) Text Only Entry (Entered: 08/18/2014) |
| 08/19/2014 | 256 | ORDER re 250 Motion to Disclose Grand Jury Material as to Mimi M. Vigil. It is ORDERED that a copy of the transcripts of testimony given before the grand jury and related exhibits be disclosed to pro se Defendant Mimi M. Vigil for preparation for trial. By Judge Christine M. Arguello on 08/19/2014. (athom, ) (Entered: 08/20/2014) |
| 08/27/2014 | 257 | CJA 21/31 Payment Request as to Mimi M. Vigil. (Attachments: # 1 CJA Attachment)(Tatum, John) (Entered: 08/27/2014) |
| 08/27/2014 | 258 | CJA 20/30 Payment Request as to Mimi M. Vigil. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Tatum, John) (Entered: 08/27/2014) |
| 09/08/2014 | 265 | NOTICE of Indemnification Contract With United States by Mimi M. Vigil (athom, ) (Entered: 09/10/2014) |
| 09/19/2014 | 273 | CJA 21/31 Payment Authorization as to Mimi M. Vigil by Judge Christine M. Arguello on 9/19/2014. (shugh) (Entered: 09/24/2014) |
| 09/19/2014 | 284 | CJA 20/30 Payment Authorization as to Mimi M. Vigil by Judge Christine M. Arguello on 9/19/2014. (shugh) (Entered: 10/01/2014) |
| 09/23/2014 | 274 | Letter to the Department of the Treasury by Mimi M. Vigil. (athom, ) (Entered: 09/24/2014) |
| 09/23/2014 | 275 | Letter to the US Department of Transportation by Mimi M. Vigil. (athom, ) (Entered: 09/24/2014) |
| 10/03/2014 | 285 | NOTICE of Dejure Private American Citizenship Status by Mimi M. Vigil (athom, ) (Entered: 10/03/2014) |
| 10/03/2014 | 286 | MINUTE ENTRY for James Hearing held on 10/3/2014 before Judge Christine M. Arguello: Defendants present; on bond. MOTIONS and RULINGS: Defendant Mueller's Motion for James Hearing 141 is denied as moot. Defendant Pawelski's Amended Motion for Advisory Counsel 218 is granted. Attorney Richard Stuckey is appointed as advisory counsel to Defendant Pawelski only. Defendant Pawelski's Notice of Objection to Exhibits which is construed by the Court as a Motion to Strike 278 ruling is reserved until trial. Defendant Pawelski's Motion to Dismiss 261 is denied. Defendant Pawelski's Motion to Accelerate Ruling 268 is denied. Defendant Pawelski's Motion to Exclude Hearsay Statements and for Pretrial Evidentiary Hearing to Determine Admissibility of Co–Conspirator Hearsay Statements Pursuant to F.R.E. 801(d)(2)(E) 161 is denied. Defendant Brokaw's Motion to Dismiss 267 is denied. Defendant Vigil's Motion for James Hearing to Exclude Hearsay Statements and for Pretrial Evidentiary Hearing to Determine Admissibility of Co–Conspirator Hearsay Statement Pursuant to F.R.E. 801(d)(2)(E) 140 is denied. The James Hearing evidence is provisionally admitted subject to the Government putting on testimony. Defendants' bond continued. (Total time: 00:48, Hearing time: 10:10–10:58)<br><br>**APPEARANCES**: Matthew Kirsch and Martha Paluch on behalf of the Government, George Brokaw, Pro Se, John Pawelski, Pro Se, Mimi Vigil, Pro Se. Court Reporter: Darlene Martinez. (shart) Text Only Entry Modified on 10/9/2014 to note the type of hearing held. Modified on 10/15/2014 (shart, ). (Entered: 10/03/2014) |

| | | |
|---|---|---|
| 10/06/2014 | 287 | AFFIDAVIT by Mimi M. Vigil re 285 Notice filed by Mimi M. Vigil (athom, ) (Entered: 10/07/2014) |
| 10/08/2014 | 290 | NOTICE of Entry of Appearance as a Third Party of Interest Mandatory Judicial Notice by Mimi M. Vigil (Attachments: # 1 Exhibit A)(athom, ) (Entered: 10/09/2014) |
| 10/09/2014 | 311 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Final Trial Preparation Conference as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil held on 10/9/2014. Defendants present; on bond. Defendant Brokaw was removed by U.S. Marshals from this proceeding. MOTIONS and RULINGS: Defendant Brokaw's Request for Passport Card 282 is denied. Defendant Pawelski's Oral Motion for the Issuance of a Subpoena In Forma Pauperis as to Mr. Kimbrel is granted. The Court lifts the restriction from bond conditions that preclude talking to prospective witnesses as to Defendant Pawelski, only. DEADLINES: Defendant Pawelski is to provide the following by 10/16/2014: subpoenas with the language that the Defendant wants to the Government; a proffer regarding the relevance of Dr. Schroeder's testimony; a brief that outlines Section 25 that would impact the credibility of witnesses; and to file justification to the issuance of subpoena duces tecum as to the government witnesses. TRIAL: A 3−week jury trial is set for 11/3/2014 at 8:30 AM. The parties waive to the transcription of jury instructions. Sequestration of witnesses. There will be no additional voir dire by the parties. Government will have 7 strikes and the Defendants will have 11 strikes. Jury of 14 with two alternates. Jurors will be allowed to take notes. Defendants' bond continued. (Total time: 01:22, Hearing time: 2:58−4:20)<br><br>**APPEARANCES**: Matthew Kirsch and Martha Paluch on behalf of the Government, George Brokaw, Pro Se, John Pawelski, Pro Se, Mimi Vigil, Pro Se on behalf of the defendant. Court Reporter: Darlene Martinez. (shart, ) Text Only Entry (Entered: 10/15/2014) |
| 10/10/2014 | 291 | MINUTE ORDER as to George Thomas Brokaw (1), John J. Pawelski 2), Mimi M. Vigil (3): This matter is before the Court *sua sponte*. The Court wishes to advise the parties that a modified trial schedule is conducted in her courtroom. The first day of trial, 11/03/2014, will begin at 8:30 AM with jury selection, and continue until 5:00 PM. Each subsequent day will begin at 8:00 AM and end at 2:30 PM. There will be a 15−min. break in the morning and a 15−min. break in the afternoon, with a half−hour lunch break. FURTHER, the Court wishes to advise that Tuesday, 11/11/2014, is a public holiday, and Friday, 11/14/2014, has previously been set aside as a judicial administrative day. **Therefore, there will be no trial proceedings conducted on those two days.** SO ORDERED BY Judge Christine M. Arguello on 10/10/14. Text Only Entry (cmasec) (Entered: 10/10/2014) |
| 10/28/2014 | 317 | TRANSCRIPT of Status Conference as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, Clara M. Mueller held on 7/16/14 before Judge Arguello. Pages: 1–27. <br><**br> NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 1/29/2015. (dmart, ) (Entered: 10/28/2014) |
| 10/28/2014 | 318 | TRANSCRIPT of Motions Hearing as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, Clara M. Mueller held on 10/03/14 before Judge Arguello. Pages: 1–37. <br><**br> NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time,** |

| | | |
|---|---|---|
| | | **this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br><br>** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 1/29/2015. (dmart, ) (Entered: 10/28/2014) |
| 10/28/2014 | 319 | TRANSCRIPT of Final Trial Preparations Conference as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, Clara M. Mueller held on 10/09/14 before Judge Arguello. Pages: 1–61. <br><br>**NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br><br>** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 1/29/2015. (dmart, ) (Entered: 10/28/2014) |
| 10/29/2014 | 320 | NOTICE Entry of Appearance as a Third Party of Interest, Maditory Judicial Notice, Affidavit of Truth, Mandatory Judicial Notice, Notice of Indemnification Contract With United States by Mimi M. Vigil (Attachments: # 1 Exhibit A) (athom, ) (Entered: 10/29/2014) |
| 10/29/2014 | 323 | Manditory Judicial NOTICE by Mimi M. Vigil (athom, ) (Entered: 10/29/2014) |
| 10/29/2014 | 326 | RESTRICTED BAIL REPORT – Level 4: as to Mimi M. Vigil. (athom, ) (Entered: 10/29/2014) |
| 10/29/2014 | 327 | RESTRICTED BAIL STATUS REPORT–RECONSIDERATION – Level 4: re: 326 as to Mimi M. Vigil. (athom, ) (Entered: 10/29/2014) |
| 10/30/2014 | 329 | Manditory Judicial NOTICE by Mimi M. Vigil (athom, ) (Entered: 10/30/2014) |
| 11/03/2014 | 337 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Jury Trial–DAY ONE held on 11/3/2014 as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil. Defendants present; on bond. MOTIONS and RULINGS: Defendant Pawelski's Motion to Terminate Counsel Representative, Subpeona Orders, and Investigator 315 is granted in part and denied in part. Attorney Richard Stuckey is relieved from representation and is excused for the remainder of the trial. Defendant Pawelski's Motion for Order for Service of Subpoenas in Forma Pauperis 294 is denied. Defendant Pawelski's Motion for an Open File Policy and Production of All Records in all State and Federal Agencies and Request to Declare FrCrimP16 Unconstitutional 296 is denied. Defendant Pawelski's Motion for Finding of Fact and Conclusions of Law 297 is denied. Defendant Pawelski's Motion for Court Order for Petitioner to Receive Contact Information 298 is denied. Defendant Pawelski's Motion for Production of FINCEN Records, or Dismissal of Indictment with Prejudice Due to Violation of the First, Fourth, Fifth, and Sixth Amendments of the United States 299 is denied. Defendants informed the Court that they did not recognize the Court's jurisdiction over them, they were not the proper parties in the case, and they did not wish to participate in the trial. Defendant's attempted to leave the Courtroom but were stopped by Deputy Marshals. Defendants indicated that they wished to sit in the holding cells next to the courtroom rather than remain in the courtroom and they were allowed to do so. TRIAL: Jury Selection. Voir Dire. Jury of 14 impaneled and sworn. A juror was dismissed for a reason known to the Court. Case will be tried to a jury of 13. WITNESSES SWORN AND TESTIFIED: Michael Pryor, Troy Parker, William Frankel. EXHIBITS ADMITTED AND ENTERED: 82, 83, 84, 210, 250, 258, 289, 320, 321, 322, 323, 324, 325, 326. Jury is excused with the instruction to return on 11/4/2014 at 8:00AM. Outside hearing of the jury, the Court gave further advisements to Defendants regarding their rights and options and advised them that the Court would not require them to be present at trial if they did not wish to be present. The court, however, directed the Defendants to contact their assigned probation officers, prior to 8:00 AM on 11/4/2014, to advise whether |

| | | |
|---|---|---|
| | | they intended to participate further in the trial. Court further advised Defendants that it would require them to be present for the reading of the Verdict. Defendants' bond continued subject to the same terms and conditions as set for the forth in the order setting conditions of release. (Total time: 04:39, Hearing time: 8:47–3:41)<br><br>**APPEARANCES**: Matthew Kirsch and Martha Paluch on behalf of the Government, George Brokaw, Mimi Vigil and John Pawelski, pro se. Court Reporter: Darlene Martinez. (shart) Text Only Entry (Entered: 11/04/2014) |
| 11/04/2014 | 336 | MOTION to Modify *Bond Conditions* by USA as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, Clara M. Mueller. (Kirsch, Matthew) (Entered: 11/04/2014) |
| 11/04/2014 | 339 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Jury Trial DAY TWO as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil held on 11/4/2014. Defendants not present. Pursuant to the Court's order on 11/3/2014, Defendant Vigil contacted her probation officer and stated that she would not be present for trial. Defendants Brokaw and Pawelski did not contact their probation officers to advise whether or not they would be present for trial, but upon being contacted by the probation office, confirmed that they chose not to participate. WITNESSES SWORN AND TESTIFIED: Kristy Morgan, Stacie Gleeson, David Riordan, William McLeod, Kelly Hanson, Michael Gorham, Toni Payne, Tamie Lucas. EXHIBITS RECEIVED:10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 50, 51, 52, 53, 60, 61, 62, 70, 71, 72, 73, 74, page 49 of 80, pages 50 and 52 of 80 (conditionally), 90, 91, 92, 93, 94, 96, 97, 98, 99, 100, 101, 102, 103, 104, 106, 110, 125, 202, 203, 204, 205, 206, 207, 208, 209, 212, 215, 216, 218, 219, 220, 221, 251, 253, 254, 255, 256, 257, 259, 260, 261, 262, 263, 272, 300, 301. (Total time: 05:19, Hearing time: 8:14–2:22)<br><br>**APPEARANCES**: Matthew Kirsch and Martha Paluch on behalf of the Government, Defendants not present. Court Reporter: Darlene Martinez. (shart) Text Only Entry Modified on 11/5/2014 to indicate the day number (shart). (Entered: 11/05/2014) |
| 11/04/2014 | 340 | RESTRICTED DOCUMENT – Level 1: by Mimi M. Vigil. (shart) (Entered: 11/05/2014) |
| 11/04/2014 | 341 | Court Exhibit 1. Public entry to 340 RESTRICTED DOCUMENT LEVEL 1 filed on 11/4/2014. (shart) (Entered: 11/05/2014) |
| 11/05/2014 | 342 | ORDER Directing Defendants to Appear as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil. By Judge Christine M. Arguello on 11/05/2014. (athom, ) (Entered: 11/05/2014) |
| 11/05/2014 | 350 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Jury Trial–DAY THREE as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil held on 11/5/2014. Defendants not present. WITNESSES SWORN AND TESTIFIED: Peter Lee, Ginger Wray, Howard Beck, David Silverman, Cynthia Wood, Annette Perea, Susan Skovgaard, Adam Rutkowski, Kymberly Johnson, Brian Canty, Maureen Green, Marilyn Alvarez, Pamela Combe. EXHIBITS RECEIVED: 120, 121, 211, 264, 265, 266, 267, 268, 269, 290. Jury is excused for the day with the instruction to return on 11/6/2014 at 8:00 AM. Trial continued. (Total time: 03:05, Hearing time: 8:03–11:53)<br><br>**APPEARANCES**: Matthew Kirsch and Martha Paluch on behalf of the Government, Defendants not present. Court Reporter: Darlene Martinez. (shart) Text Only Entry (Entered: 11/07/2014) |
| 11/06/2014 | 347 | Manditory Judicial NOTICE by Mimi M. Vigil (athom, ) (Entered: 11/06/2014) |
| 11/06/2014 | 361 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Jury Trial–DAY FOUR as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil held on 11/6/2014. Defendants present; on bond. MOTION and RULING: Defendant Pawelski's oral motion for a status hearing is denied. Defendant Pawelski's Emergency Motion for the Court to Declare a State of Judicial Bias in this Case and to Dismiss this Case Prior to Trial 343 is denied. WITNESSES |

| | | |
|---|---|---|
| | | SWORN AND TESTIFIED: Leland Derring, Michael Quinn, Stacy Ebert, Linda Chavez, Lynette Cornelius, Dulce Marroquinn, Anthony Dillman, Terry Gearhart, John Maloney, Paul Danley, Timothy OMalley, Mario Morales, Darcy Emme. EXHIBITS RECEIVED: 113, 114, 116, 117, 118, 119, 122, 123, 124, 126, 127, 128, 213, 270, 271. Charging conference. Government rests. Defendants chose not to present evidence nor to testify. Jury instructed. Closing arguments. Jury deliberations begin. (Total time: 05:37, Hearing time: 7:56–2:42)<br><br>**APPEARANCES**: Matthew Kirsch and Martha Paluch on behalf of the Government, John Pawleski, George Brokaw, Mimi Vigil pro se. Court Reporter: Darlene Martinez. (shart) Text Only Entry (Entered: 11/10/2014) |
| 11/06/2014 | 362 | Proposed Jury Instructions (shart) (Entered: 11/10/2014) |
| 11/06/2014 | 363 | Court Exhibit 2 (shart) (Entered: 11/10/2014) |
| 11/07/2014 | 352 | COURTROOM MINUTES for Detention Hearing as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil held on 11/7/2014 before Magistrate Judge Kathleen M. Tafoya. Defendants present in custody. Statements by the Defendants. Government states its position regarding bond. Discussion regarding Defendants' conduct during trial before District Judge Arguello. Statement by Mr. Brokaw's wife. The Court would like to contact certain probation officers to gather additional information. Detention hearing continued to 11/7/14 at 3:00 PM before Magistrate Judge Kathleen M. Tafoya. Defendants remanded. Hearing continued.(Total time: 44 mins, Hearing time: 12:34–1:18)<br><br>**APPEARANCES**: Matthew Kirsch and Martha Paluch on behalf of the Government. FTR: KMT C201. (sgrim) Text Only Entry (Entered: 11/07/2014) |
| 11/07/2014 | 353 | COURTROOM MINUTES for Detention Hearing as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil held on 11/7/2014 before Magistrate Judge Kathleen M. Tafoya. Defendant present in custody. Court has contacted several individuals from the probation department and has verified that the Defendants have complied with their previous bond conditions. Bond set as to George Thomas Brokaw (1) $50,000 unsecured, John J. Pawelski (2) $25,000 unsecured, Mimi M. Vigil (3) $25,000 unsecured. Defendant advised of conditions of bond, to include GPS monitoring and a curfew, and remanded for processing and to be released from the Byron Rogers Courthouse to probation for monitoring set up. (Total time: 23 mins, Hearing time: 3:08–3:31)<br><br>**APPEARANCES**: Matthew Kirsch and Martha Paluch on behalf of the Government, Darren Streich on behalf of probation. FTR: KMT C201. (sgrim) Text Only Entry (Entered: 11/07/2014) |
| 11/07/2014 | 358 | Bond Entered as to Mimi M. Vigil in amount of $ $25,000, unsecured. (sgrim) (Entered: 11/10/2014) |
| 11/07/2014 | 359 | ORDER Setting Conditions of Release as to Mimi M. Vigil (3) $25,000 unsecured by Magistrate Judge Kathleen M. Tafoya on 11/7/14. (sgrim) (Entered: 11/10/2014) |
| 11/07/2014 | 364 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Jury Trial–DAY FIVE as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil held on 11/7/2014. Defendants present; on bond. JURY VERDICT. Jury excused with the thanks of the Court. HEARINGS: Sentencing hearing is set for 1/28/2015 at 3:30 PM. The US Probation Office shall prepare a Presentence Report in accordance with Federal Rule of Criminal Procedure 32. The Parties shall file their sentencing positions and all motions at least 14 days before the sentencing date; responses or objections no later than seven days before the sentencing date. Defendants are remanded and directed to the Duty Magistrate Judge for Detention Hearings immediately following this proceeding. Trial concluded.(Total time: 00:15, Hearing time: 10:00–10:15)<br><br>**APPEARANCES**: Matthew Kirsch and Martha Paluch on behalf of the Government, John Pawleski, George Brokaw, Mimi Vigil pro se. Darren Streich on behalf of probation. Court Reporter: Darlene Martinez. (shart) Text Only Entry |

| | | |
|---|---|---|
| | | (Entered: 11/10/2014) |
| 11/07/2014 | 365 | FINAL Jury Instructions as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil (shart) (Entered: 11/10/2014) |
| 11/07/2014 | 366 | Court Note 3 as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil (shart) (Entered: 11/10/2014) |
| 11/07/2014 | 367 | REDACTED JURY VERDICT as to George Thomas Brokaw, John J. Pawelski and Mimi M. Vigil.(shart) (Entered: 11/10/2014) |
| 11/07/2014 | 368 | Utility Setting/Resetting Deadlines/Hearings as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil: Text Only Entry. Pursuant to the Minute Entry dated 11/7/2014, Sentencing set for 1/28/2015 03:30 PM in Courtroom A 602 before Judge Christine M. Arguello. (shart) (Entered: 11/12/2014) |
| 11/07/2014 | 371 | Jury Verdict UnRedacted – Level 4 Viewable by Court Only (shart) (Entered: 11/21/2014) |
| 11/10/2014 | 360 | MINUTE ORDER finding as moot 336 Motion to Modify Bond Conditions as to George Thomas Brokaw (1), John J. Pawelski (2), Mimi M. Vigil (3), Clara M. Mueller (4) in light of the court's reconsideration of bond on the three defendants post−trial, by Magistrate Judge Kathleen M. Tafoya on 11/10/14. Text Only Entry (sgrim) (Entered: 11/10/2014) |
| 11/18/2014 | 369 | MOTION for New Trial Pursuant to FRCRIMP 33 by George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil. (athom, ) (Entered: 11/18/2014) |
| 11/20/2014 | 370 | RESPONSE in Opposition by USA as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil re 369 MOTION for New Trial (Kirsch, Matthew) (Entered: 11/20/2014) |
| 11/21/2014 | 372 | SENTENCING STATEMENT by USA as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil (Attachments: # 1 Exhibit Government Exhibit 230, # 2 Exhibit Government Exhibit 231, # 3 Exhibit Government Exhibit 232)(Kirsch, Matthew) (Entered: 11/21/2014) |
| 11/24/2014 | 373 | ORDER denying 369 Motion for a New Trial Pursuant to FRCrimP 33 [sic] as to George Thomas Brokaw (1), John J. Pawelski (2), Mimi M. Vigil (3) by Judge Christine M. Arguello on 11/24/14. (dkals, ) (Entered: 11/24/2014) |
| 12/08/2014 | 378 | MOTION for Reconsideration re 373 Order on Motion for New Trial and Request for Findings of Fact and Law, by George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil. (evana, ) (Entered: 12/08/2014) |
| 12/15/2014 | 380 | ORDER denying 378 Motion for Reconsideration as to George Thomas Brokaw (1), John J. Pawelski (2), Mimi M. Vigil (3). By Judge Christine M. Arguello on 12/15/2014. (athom, ) (Entered: 12/16/2014) |
| 12/29/2014 | 383 | RESTRICTED PRESENTENCE REPORT first disclosure for attorney review as to Mimi M. Vigil. (lbump) (Entered: 12/29/2014) |
| 01/12/2015 | 386 | SUPPLEMENT to 372 Sentencing Statement by USA as to Mimi M. Vigil (Paluch, Martha) (Entered: 01/12/2015) |
| 01/14/2015 | 387 | OBJECTION/RESPONSE to Presentence Report 381 , 382 , 383 by George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil. (athom, ) (Entered: 01/14/2015) |
| 01/16/2015 | 392 | RESTRICTED PRESENTENCE REPORT as to Mimi M. Vigil (Attachments: # 1 Exhibit A)(lbump) (Entered: 01/16/2015) |
| 01/16/2015 | 393 | RESTRICTED ADDENDUM to Presentence Report 392 as to Mimi M. Vigil (lbump) (Entered: 01/16/2015) |
| 01/26/2015 | 394 | STRICKEN Letter by Esther Jean Williams as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil (athom, ) Modified on 2/2/2015 to STRIKE pursuant to the Minute Entry dated 1/29/2015. (shart, ). (Entered: 01/26/2015) |
| 01/26/2015 | 395 | STRICKEN Letter by Jean M. Delmonico as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil (athom, ) Modified on 2/2/2015 to STRIKE pursuant to |

| | | |
|---|---|---|
| | | the Minute Entry dated 1/29/2015. (shart). (Entered: 01/26/2015) |
| 01/27/2015 | 398 | STRICKEN Letter by Sea Back as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil (athom, ) Modified on 2/2/2015 to STRIKE pursuant to the Minute Entry dated 1/29/2015. (shart) (Entered: 01/28/2015) |
| 01/27/2015 | 399 | STRICKEN PETITION for Writ of Habeas Corpus by George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil (athom, ) Modified on 2/2/2015 to STRIKE pursuant to the Minute Entry dated 1/29/2015. (shart) (Entered: 01/28/2015) |
| 01/28/2015 | 401 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Sentencing held on 1/28/2015 as to defendant George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil. Defendants not present. ORDERED: The Court will issue Bench Warrants for the arrest of the defendants. Sentencing is CONTINUED to 1/29/2015 03:30 PM in Courtroom A 602 before Judge Christine M. Arguello, contingent upon the arrest of the defendants.(Total time: 00:02, Hearing time: 3:45–3:47)<br><br>**APPEARANCES**: Matthew Kirsch, Martha Paluch on behalf of the Government, Not Present on behalf of the defendant, Gary Burney, Robert Ford on behalf of probation. Court Reporter: Darlene Martinez. (shart) Text Only Entry (Entered: 01/28/2015) |
| 01/28/2015 | 403 | RESTRICTED DOCUMENT – Level 3. (athom, ) (Entered: 01/28/2015) |
| 01/29/2015 | 404 | Letter by Jarvis Blease as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil (athom, ) (Entered: 01/29/2015) |
| 01/29/2015 | 405 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Sentencing held on 1/29/2015 as to defendant George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil. Defendants present; in custody. ORDER: Documents 395 , 394 , 398 are STRICKEN as irrelevant to this case. Document 399 is construed as a writ of habeas corpus and is STRICKEN as inappropriate filing in this case. Defendant Brokaw's oral motion to continue sentence is granted. Defendant Brokaw's bond is revoked. Defendant Pawelski's oral motion to continue sentence is granted Defendant Pawelski's bond is revoked. Defendant Vigil was removed from the courtroom. Defendant Vigil's bond is revoked. Sentencing is CONTINUED to 2/10/2015 03:00 PM in Courtroom A 602 before Judge Christine M. Arguello. Defendants remanded. (Total time: 00:29, Hearing time: 3:28–3:57)<br><br>**APPEARANCES**: Matthew Kirsch and Martha Paluch on behalf of the Government, Prose on behalf of the defendant, Gary Burney and Robert Ford on behalf of probation. Court Reporter: Darlene Martinez. (shart) Text Only Entry (Entered: 01/30/2015) |
| 01/29/2015 | 408 | Letter by Mimi M. Vigil (athom, ) (Entered: 01/30/2015) |
| 01/29/2015 | 409 | Letter by Lorrie Lunnon as to George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil (athom, ) Modified on 1/30/2015 to correct filing date (athom, ). (Entered: 01/30/2015) |
| 01/29/2015 | 410 | Letter by Donna–Joan Kringlen as to Mimi M. Vigil (athom, ) (Entered: 01/30/2015) |
| 02/03/2015 | 411 | RESTRICTED SECOND ADDENDUM to Presentence Report 392 as to Mimi M. Vigil (lbump) (Entered: 02/03/2015) |
| 02/10/2015 | 418 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Sentencing held on 2/10/2015 as to defendant Mimi M. Vigil. Defendant present; in custody. Defendant sentenced as reflected on the record. Defendant remanded. (Total time: 00:21, Hearing time: 4:25–4:46)<br><br>**APPEARANCES**: Matthew Kirsch and Martha Paluch on behalf of the Government, Mimi Vigil, pro se, Gary Burney and Robert Ford on behalf of probation. Court Reporter: Mary George. (shart) Text Only Entry (Entered: 02/12/2015) |

| | | |
|---|---|---|
| 02/18/2015 | 420 | MOTION to Dismiss Pursuant to FRCrimP 33 and FRCrimP 34 by George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil. (athom, ) (Entered: 02/18/2015) |
| 02/18/2015 | 423 | NOTICE OF APPEAL re 418 Minute Entry by Mimi M. Vigil. (athom, ) (Entered: 02/18/2015) |