## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
## OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | February 19, 2015 | Chris Wolpert<br>Chief Deputy Clerk |

Ms. Mimi M. Vigil
513 Shady Crest Circle
Colorado Springs, CO 80916

**RE:** **15-1058, United States v. Vigil**
District docket: 1:13-CR-00392-CMA-3

Dear Appellant:

The court has received and docketed your appeal. Please note your case number above.

Attorneys for parties must complete and file an entry of appearance form within 14 days from the date of this letter. Pro se parties must complete and file the form within 30 days from the date of this letter. *See* 10th Cir. R. 46.1. Appellant's failure to enter an appearance may cause the appeal to be dismissed. An appellee who fails to enter an appearance may not receive notice or service of orders. If an appellee does not wish to participate in the appeal, a notice of non-participation should be filed via the court's Electronic Case Filing (ECF) system as soon as possible. The notice should also indicate whether counsel wishes to continue receiving notice or service of orders issued in the case.

The court will forward all forms, letters and orders to you via US Mail. If you wish to change the method of service from US Mail to email, you must make that request in writing and provide this office a valid email address. Requests to change the method of service must come via regular US Mail and may not be emailed. Please note that by providing the court with a valid email address you consent to receive all orders/letters issued by the court via "notices of docket activity" (NDAs). Paper copies will not be mailed to you. When you receive an email "NDA" a link to the order/letter that has been issued will appear in the notice; you are entitled to one free "look" at the document and should download it at that time. The document will appear as a PDF so you must have the ability to view PDFs. Finally, if your email address changes you must notify the court immediately. It is your responsibility to maintain your email address.

You will receive further instructions regarding prosecution of this appeal from the court within the next few weeks.

Please contact this office if you have questions.

Sincerely,

*[signature: Elisabeth A. Shumaker]*

Elisabeth A. Shumaker
Clerk of the Court


cc:    Matthew T. Kirsch
        Martha A. Paluch


EAS/ad

Case No. 1:13-cr-00392-CMA   Document 429   filed 02/19/15   USDC Colorado   pg 2 of 2
Appellate Case: 15-1058   Document: 01019387558   Date Filed: 02/19/2015   Page: 2

2