|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS<br>FOR THE TENTH CIRCUIT | **FILED**<br>United States Court of Appeals<br>Tenth Circuit<br><br>**February 27, 2015**<br><br>**Elisabeth A. Shumaker**<br>**Clerk of Court** |

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

MIMI M. VIGIL,

    Defendant - Appellant.

No. 15-1058
(D.C. No. 1:13-CR-00392-CMA-3)

## ORDER

On February 23, 2015, this court issued an order abating proceedings in this appeal pending the district court's entry of final judgment and disposition of Appellant's post-judgment motion. On February 25, 2015, the district court entered final judgment, and on February 26, 2015, the district court issued an order denying the post-judgment motion. Therefore, the abatement of proceedings in this appeal is lifted.

    The parties' notices of appearance remain due as set forth in this court's case opening letter of February 19, 2015.

                                  Entered for the Court,

                                  ELISABETH A. SHUMAKER, Clerk

                                  by: Chris Wolpert
                                       Chief Deputy Clerk