**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

13-cr-00392-CMA

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR - 2 2015

JEFFREY P. COLWELL
CLERK

DOC. 407

neopost
02/02/2015
US POSTAGE $00.48⁰

ZIP 80294
041L11245087

Mimi M. Vigil
513 Shady Crest Circle
Colorado Springs, CO 80916

NIXIE      802   5E   1   00/09        0002/24/15
         RETURN TO SENDER
         INSUFFICIENT ADDRESS
         UNABLE TO FORWARD

BC: 80294258999    *2020-06237-02-37