Case 1:13-cr-00392-CMA   Document 473   Filed 05/13/15   USDC Colorado   Page 1 of 2

## TRANSCRIPT ORDER FORM - DIRECTIONS ON THE REVERSE SIDE

**PART I - To be completed by appellant within fourteen days of filing the notice of appeal**

Short Title: U.S. v. Vigil                     District: USDC – Colorado
District Court Number: 1:13-CR-00392-CMA-3    Circuit Court Number: 15-1058
Name of Attorney: Jessica Yates & Neal McConomy  Name of Law Firm: Snell & Wilmer L.L.P.
Address of Firm: 1200 Seventeenth Street Suite 1900, Denver, CO 80202
Telephone of Firm: 303.634.2000               Attorneys for: Mimi M. Vigil
Name of Court Reporters: Darlene Martinez and Mary George  Telephone of Reporter: _____

**PART II - COMPLETE SECTION A OR SECTION B**
**SECTION A -   I HAVE NOT ORDERED A TRANSCRIPT BECAUSE**
   [] A transcript is not necessary for this appeal, or
   [X] The necessary transcript is already on file in District Court, **except for transcripts identified below in SECTION B**
   [] The necessary transcript was ordered previously in appeal number _____

**SECTION B -   I HEREBY ORDER THE FOLLOWING TRANSCRIPT:**
(Specify the date and proceeding in the space below)

Voir dire:_____;  Opening Statements:_____;
Trial proceedings: _____;  Instruction Cnf:_____;
Jury Instructions: _____;  Closing Arguments: _____;
Post Trial Motions: _____;  Other Proceedings: Detention Hearing held 11/7/14 before Magistrate Judge Tafoya (memorialized in Docs. 352–353); Sentencing Hearing held 1/28-29/15 and 2/10/15 before Judge Arguello (memorialized in Docs. 401, 405, 418)
(Attach additional pages if necessary)

[] Appellant will pay the cost of the transcript.
**My signature on this form is my agreement to pay for the transcript ordered on this form.**

**[X] This case is proceeding under the Criminal Justice Act.**
NOTE:   Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript.   An order of the district court allowing payment for the transcript at government expense must be obtained.   See 28 U.S.C. §753(f).

### CERTIFICATE OF COMPLIANCE
I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the **court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit.**   I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s).

Signature of Attorney/Pro Se: s/Jessica Yates            Date: May 13, 2015

---

**PART III - TO BE COMPLETED BY THE COURT REPORTER**

Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.

Date arrangements for payment completed: 5/15/15
Estimated completion date: 6/15/15
Estimated number of pages: 20
I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.

Signature of Court Reporter: *Mary J. George*
Date: 5/28/15

---