

D.B.
4195 Douglas Avenue
Unit 517
Sedelia, Co 80135

United States Postal Service
REGISTERED MAIL

Label 200, July 1999

RR 477 958 687 US

(102595) 99-M-1904

Alfred A. Aroj Christine M. Arguello
United States Courthouse
901 19th Street
Denver, Co 80294

Chambers
A638

CPU U.S. POSTAGE
$ 13.490
MAILED
MAR 02 2016
80121