U.S. POSTAGE PAID
DENVER, CO
80217
OCT 05, 17
AMOUNT
$4.54
R2304M113710-03

CERTIFIED MAIL
7015 0640 0001 8373 4443

Christine M. Arguello
Alfred A. Arraj
United States Courthouse A638
Courtroom A602
901 19th Street
Denver, Colorado
80294-3589

12 tribes of ezrapel
Fratz of ezrayel
Non domes TIC

