**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Postmark
Here

Total

Sent To  U. S. Department of State
CA/PPT/L/LA

Street  44132 Mercure Circle
or PO  P. O. Box 1227

City, S  Sterling, VA  20166-1227

PS Form 3800, July 2014          See Reverse for Instructions

7014 3490 0001 5489 6483

7014 3490 0001 5489 6483

CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7014 3490 0001 5489 6483