

13 cr 392 CMA

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 25 2023

JEFFREY P. COLWELL
CLERK

#570

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

John J. Pawelski(Terminated)
6547 North Academy Boulevard, #613
Colorado Springs, CO

NIXIE
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

DENVER, CO 802
9 AUG 2023 PM

quadient
FIRST-CLASS MAIL
IMI
$000.63
08/09/2023 ZIP 80294
043M31245131
**US POSTAGE**